# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as *assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTBOX PARENT, L.P., LIGHTBOX HOLDINGS, L.P., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | CASE NO. 24-4105 |

## CERTIFICATE OF SERVICE

I, Kevin M. McDonough, hereby certify that on March 22, 2024, I caused true and correct copies of the: (1) Notice of Removal from Superior Court of New Jersey, Mercer County, dated 3/22/2024; (2) Civil Cover Sheet, dated 3/22/2024; and (3) D.N.J Local Rule 11.2 Statement, to be served via electronic mail, pursuant to an agreement between counsel upon:

| | |
|---|---|
| Genova Burns LLC<br>Rajiv D. Parikh, Esq.<br>Kathleen Barnett Einhorn, Esq.<br>494 Broad Street<br>Newark, NJ 07102<br>T: (973) 533-0777<br>rparikh@genovaburns.com<br>keinhorn@genovaburns.com | Morgan & Morgan<br>John A. Yanchunis<br>Ryan J. McGee<br>Melissa Hill<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>T: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>melissahill@forthepeople.com |

*Counsel for Plaintiffs*

Dated: March 22, 2024                                   LATHAM & WATKINS LLP

                                                                          By: /s/ *Kevin M. McDonough*
                                                                                   Kevin M. McDonough

2