UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corp., et al.
*Plaintiff*

v.

LightBox Parent, L.P., et al.
*Defendant*

Civil Action No. 24-4105

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Lightbox Parent, L.P.; Lightbox Holdings, L.P. is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ Kevin M. McDonough*
Signature of Attorney

1271 Avenue of the Americas
Address

New York, NY 10020
City/State/Zip

3/22/2024
Date

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as *assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br>        Plaintiffs, <br><br>    v. <br><br> LIGHTBOX PARENT, L.P., LIGHTBOX HOLDINGS, L.P., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br>        Defendants. | CASE NO. 24-4105 |

## **CERTIFICATE OF SERVICE**

I, Kevin M. McDonough, hereby certify that on March 22, 2024, I caused true and correct copies of the: (1) Defendants' Corporate Disclosure Statement to be served via electronic mail, pursuant to an agreement between counsel upon:

| | |
|---|---|
| Genova Burns LLC <br> Rajiv D. Parikh, Esq. | Morgan & Morgan <br> John A. Yanchunis |

| | |
|---|---|
| Kathleen Barnett Einhorn, Esq.<br>494 Broad Street<br>Newark, NJ 07102<br>T: (973) 533-0777<br>rparikh@genovaburns.com<br>keinhorn@genovaburns.com | Ryan J. McGee<br>Melissa Hill<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>T: (813) 223-5505<br>jyanchunis@forthepeople.com<br>rmcgee@forthepeople.com<br>melissahill@forthepeople.com |

*Counsel for Plaintiffs*

Dated: March 22, 2024                                         LATHAM & WATKINS LLP

By: /s/ *Kevin M. McDonough*
    Kevin M. McDonough

2