**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Tel: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants Lightbox Parent, L.P.,*
*and Lightbox Holdings, L.P*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>LIGHTBOX PARENT, L.P., LIGHTBOX HOLDINGS, L.P., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES *1-10, fictitious names of unknown entities*,<br><br>　　　　　　　Defendants. | Civ. No. 24-4105 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the following attorney appears as counsel on behalf

of Defendants Lightbox Parent, L.P. and Lightbox Holdings, L.P. (collectively

"Defendants") in the above captioned action.  Pursuant to Local Civil Rule 10.1(a),

Defendants state that their principal place of business is located at 1450 Broadway,

41st Floor, New York, NY 10018.  The undersigned respectfully requests that copies

of all notices, pleadings, and orders entered in this matter be sent to the undersigned:

> Kevin M. McDonough
> **LATHAM & WATKINS LLP**
> 1271 Avenue of the Americas
> New York, NY 10020
> Telephone: (212) 906-1200
> Email: kevin.mcdonough@lw.com

In making this appearance, Defendants do not waive or forfeit any rights, remedies,

or defenses, including without limitation all defenses based on lack of personal

jurisdiction and/or venue, all of which are expressly reserved.

Dated: March 22, 2024                     Respectfully submitted,

> **LATHAM & WATKINS LLP**
>
> By: /s/ *Kevin M. McDonough*
>     Kevin M. McDonough
>     1271 Avenue of the Americas
>     New York, NY 10020
>     Telephone: (212) 906-1200
>     kevin.mcdonough@lw.com
>
> *Attorneys for Defendants*
> *Lightbox Parent, L.P. and*
> *Lightbox*
> *Holdings, L.P*

## **CERTIFICATE OF SERVICE**

I, Kevin M. McDonough, hereby certify that on March 22, 2024, I caused true and correct copies of : (1) Notice of Appearance to be served via electronic mail, pursuant to an agreement between counsel upon:

Genova Burns LLC
Rajiv D. Parikh, Esq.
Kathleen Barnett Einhorn, Esq.
494 Broad Street
Newark, NJ 07102
T: (973) 533-0777
rparikh@genovaburns.com
keinhorn@genovaburns.com

Morgan & Morgan
John A. Yanchunis
Ryan J. McGee
Melissa Hill
201 N. Franklin St., 7th Floor
Tampa, FL 33602
T: (813) 223-5505
jyanchunis@forthepeople.com
rmcgee@forthepeople.com
melissahill@forthepeople.com

/s/ *Kevin M. McDonough*
Kevin M. McDonough, Esq.