Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: kevin.mcdonough@lw.com
*Attorneys for Defendants LightBox Parent, L.P. and LightBox Holdings, L.P.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br>      Plaintiffs, <br><br>  v. <br><br>LIGHTBOX PARENT, L.P., LIGHTBOX HOLDINGS, L.P., RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br>      Defendants. | CASE NO. 3:24-cv-04105-MAS-TJB <br><br> District Judge Michael A. Shipp <br><br> Magistrate Judge Tonianne J. Bongiovanni |

## APPLICATION FOR CLERK'S ORDER EXTENDING TIME PURSUANT TO LOCAL RULE 6.1(B)

Application is hereby made for a Clerk's Order, pursuant to L. Civ. R. 6.1(b), extending by 14 days the time within which defendants LightBox Parent, L.P. and LightBox Holdings, L.P. ("LightBox") may answer, move or otherwise respond to the Complaint filed by Plaintiffs herein. It is represented that:

1. No previous extension of time to answer, move, or otherwise respond to the Complaint has been obtained by LightBox.

2. LightBox removed this action to this Court on March 22, 2024.

3. Pursuant to Fed. R. Civ. P. 81(c)(2), LightBox's time to answer, move or otherwise respond to the Complaint expires on March 29, 2024.

4. LightBox respectfully requests, pursuant to L. Civ. R. 6.1(b), a 14-day extension of time within which to answer, move, or otherwise respond to the Complaint, i.e., until April 12, 2024.

Dated: March 28, 2024                **LATHAM & WATKINS LLP**

*/s/ Kevin M. McDonough*
Kevin M. McDonough (ID: 41892005)
Serrin Turner (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com
          serrin.turner@lw.com

*Attorneys for Defendants LightBox Parent, L.P. and LightBox Holdings, L.P.*

## **[PROPOSED] ORDER**

The application is GRANTED; the time within which defendant LightBox is required to answer, move or otherwise reply is extended to April 12, 2024.

Dated: March __, 2024                                    By: _____

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 28, 2024, I electronically filed the foregoing by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

/s/ *Kevin M. McDonough*
Kevin M. McDonough
