**LATHAM & WATKINS LLP**
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: kevin.mcdonough@lw.com

*Attorneys for Defendants LightBox Parent, L.P. and LightBox Holdings, L.P.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons,* JANE DOE-1, *a law enforcement officer,* JANE DOE-2, *a law enforcement officer,* EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LIGHTBOX PARENT, L.P., LIGHTBOX HOLDINGS, L.P., RICHARD ROES 1-10, *fictitious names of unknown individuals and* ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>　　　　　　Defendants. | Honorable Harvey Bartle, III<br><br>Case No. 1:24-cv-04105-HB<br><br>Motion Day: May 6, 2024<br><br>**NOTICE OF MOTION FOR ADMISSION OF COUNSEL** *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that on May 6, 2024 or as soon thereafter as counsel may be heard, pursuant to Rule 101.1(c) of the Local Rules for the United States District Court for the District of New Jersey, the undersigned attorney for Defendants LightBox Parent, L.P. and LightBox Holdings, L.P. ("LightBox") shall move before the United States District Court, District of New Jersey, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order allowing the admission *pro hac vice* of Serrin Turner, Scott D. Joiner, and Bradley M. Baglien as counsel for LightBox in the above-captioned case.

LightBox shall rely on the accompanying Certifications of Kevin M. McDonough, Serrin Turner, Scott D. Joiner, and Bradley M. Baglien in support of this motion. Oral argument is requested if opposition to this motion is filed. A proposed form of Order is submitted for the Court's convenience.

**WHEREFORE,** it is respectfully requested that the motion for admission of Serrin Turner, Scott D. Joiner, and Bradley M. Baglien *pro hac vice* as counsel for LightBox in the above-captioned matter be granted.

Dated: April 11, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Kevin M. McDonough*
Kevin M. McDonough
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: kevin.mcdonough@lw.com

*Attorneys for Defendants LightBox Parent, L.P. and LightBox Holdings, L.P.*