UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                             **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE: HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell        **DOCKET #**  CV 24-4105 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
           v.
LIGHTBOX PARENT, L.P. et al

**APPEARANCES:**
SEE ATTACHED LIST

NATURE OF PROCEEDINGS: STATUS CONFERENCE


Time commenced:  10:00 AM                    Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes


                                             s/ *David Bruey*
                                             **DEPUTY CLERK**