UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION et al<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>LIGHTBOX PARENT, L.P. et al<br><br>　　　　Defendant(s) | **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**<br><br>Civil Action No.  1:24-cv-04105-HB |

　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

　　1.　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

　　2.　If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin M. McDonough
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Local Counsel

PRO HAC VICE ATTORNEY INFORMATION:

Name:　　　Bradley M. Baglien

Address:　　Latham & Watkins LLP

　　　　　　555 Eleventh Street NW

　　　　　　Suite 1000

　　　　　　Washington, D.C. 20004

E-mail:　　　brad.baglien@lw.com

(One email address only)

DNJ-CMECF-002