UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                          **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**   CV 24-4105 (HB)

  **TITLE OF CASE:**
  ATLAS DATA PRIVACY CORPORATION et al
                    v.
  LIGHTBOX PARENT, L.P. et al

  **APPEARANCES:**
  SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time  commenced:   3:38  PM                    Time Adjourned: 3:40 PM


Total:  2 minutes



                                    s/ *David Bruey*
                                    **DEPUTY CLERK**