# EXHIBIT 12

**PageVault**

| | |
|---|---|
| Document title: | Remove Your Personal Information From Google \| Atlas Privacy |
| Capture URL: | https://www.atlas.net |
| Page loaded at (UTC): | Wed, 17 Apr 2024 23:07:21 GMT |
| Capture timestamp (UTC): | Wed, 17 Apr 2024 23:07:23 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 7 |
| Capture ID: | 1iTVESRSEfLzVeax9aUGws |
| User: | automation@page-vaul |

PDF REFERENCE #:      ojqi9oBXG1Wa9SnuWUMBDg



# Remove Your Personal Data From The Web

Remove your name, home address, phone number, family members, and other private details from hundreds of data brokers and people search websites.

GET STARTED

**Hundreds**
WEBSITES COVERED

**12 billion**
DARK WEB RECORDS MONITORED

**50+**
AVG. HOURS SAVED

# Take Control Of Your Privacy

Protect yourself and your family by removing your information from Google and data broker websites.

   



### Prevent ID Theft & Fraud

Make it difficult for identity thieves to use data brokers to get your personal information.



### Reduce Spam & Phishing

Stop data brokers from selling your email and phone number without your permission.



### Protect Against Stalkers

Block people from obtaining your home address through a simple Google search.



### Reduce
Make it h
telemarketers
callers to find

# Features To Protect Your Privacy



- Remove your information from 150+ websites
- Make it hard for strangers to find you or your family
- Stop data brokers repopulating your information
- Reduce spam emails and robocalls
- See breached passwords on the dark web
- Protect up to 5 family members on a single account







# Prevent People From Finding Your Private Details

Names, addresses, phone numbers, identities of family members, and other private data are routinely bought and sold by data brokers and spam lists.

**What We Protect:**

- Name
- Age
- Home Address
- Phone Numbers
- Relatives
- Interests
- Emails
- Net Worth
- Voter Details
- Court Records
- Others

# Where You're Removed From

With our system, we remove you from over 150 data brokers and people finder websites. We use our own search algorithms to scan each site and automatically remove your information.

## Get Protected In Minutes

Atlas gets you set up and protected in just a few short steps.



**Sign Up For An Account**

Submit your full name, address, email address, and other basic information to start your scan.

**Atlas Goes To Work**

We scan 150+ sites and the dark web to find where your information is being sold or exposed.

**Begin Removals**

Subscribe to Atlas's protection plan to remove your info from data brokers, or go the DIY route.

## We Monitor The Dark Web

Atlas notifies you if your home address, phone number, email, passwords, or other personal information is found on the dark web.

GET FREE SCAN





**PRIVACY OBSESSED**

Our business is keeping your information protected. Your information stays fully encrypted and **we never sell customer data**.

**OUR PRIVACY PLEDGE**

# Start Living In A World Where You're Protected

**GET STARTED**



© 2023 Atlas
All Rights Reserved

**Company**

About Us

Pricing

Privacy Pledge

Terms & Conditions

Privacy Policy

**Support**

FAQs

Atlas For LEO

Contact Us