# EXHIBIT 16

PageVault

| | |
|---|---|
| Document title: | Credit Scores, Credit Reports & Credit Check \| TransUnion |
| Capture URL: | https://www.transunion.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:43:17 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:43:19 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | o23bHTBXgjhiMbA3wVQFrJ |
| User: | automation@page-vaul |

PDF REFERENCE #:     wTDVbLjzNyR5fLEtEfppbs



PERSONAL

Life won't be upside-down forever

# Make sure your credit stays right-side-up with TransUnion®

Get started now



Know your score. Protect your credit.

● PERSONAL | BUSINESS | SEARCH | UNITED STATES | US

TransUnion  Products  Resources  Services  Insights  About  Consumer Support  Member Login  Get Credit Monitoring



Get started now



- PERSONAL
- BUSINESS
- SEARCH
- UNITED STATES | US

- Products
- Resources
- Services
- Insights
- About
- Consumer Support

Member Login

Get Credit Monitoring

## Make sure your credit stays right-side-up with TransUnion Credit Monitoring.

Get started now

## Take control of your credit health

- **Fraud Alerts**

  A fraud alert is free and notifies creditors to take extra steps to verify your identity before extending credit.

  Get Started →

- **Credit Freeze & Unfreeze**

  Add a free freeze to control who can access your credit information. Unfreeze to apply for credit.

  Get Started →

- **Free Annual Credit Report**

  Get your free weekly credit report from **annualcreditreport.com** to stay on top of your credit health.

  Get Started →

- **Credit Dispute**

  Confirm information on your credit report for free, start a dispute or check a current dispute status.

  Get Started →

**What You Need to Know:** The credit scores provided are based on the VantageScore® 3.0 model. Lenders use a variety of credit scores and are likely to use a credit score different from VantageScore® 3.0 to assess your creditworthiness. Subscription price is $29.95 per month (plus tax where applicable). Cancel anytime.



- Solutions
- Industries
- Business Needs
- Company
- Support

## Take control of your credit health

### Fraud Alerts
A fraud alert is free and notifies creditors to take extra steps to verify your identity before extending credit.

Get Started →

### Credit Freeze & Unfreeze
Add a free freeze to control who can access your credit information. Unfreeze to apply for credit.

Get Started →

### Free Annual Credit Report
Get your free weekly credit report from **annualcreditreport.com** to stay on top of your credit health.

Get Started →

### Credit Dispute
Confirm information on your credit report for free, start a dispute or check a current dispute status.

Get Started →

**What You Need to Know:** The credit scores provided are based on the **VantageScore® 3.0 model**. Lenders use a variety of credit scores and are likely to use a credit score different from **VantageScore® 3.0** to assess your creditworthiness.
Subscription price is $29.95 per month (plus tax where applicable). Cancel anytime.

Information for Good®

**Connect with us**

| Solutions | Industries | Business Needs | Company | Support |
|---|---|---|---|---|
| TruAudience | Automotive Solutions | Credit Portfolio Management | About Us | Consumer Support Services |
| TruValidate | Communications | Customer Acquisition | Careers | Human Trafficking Survivor Resources |
| TruVision | Financial Services | Customer Experience | Partners | Business Support Services |
| TruIQ | Gaming | Debt Recovery | Investor relations | Compliance Notifications |
| TruEmpower | Insurance | Fraud Prevention | Newsroom | Data Security |
| TruLookup | Media & Entertainment | | Sustainability | Data Reporting |
| TruContact | Explore all Industries → | | Diversity, Equity & Inclusion | Personal information we collect |
| | | | Global Technology, Data, and Analytics | |

Terms of Use · Privacy · FCPA policy · Accessibility · Sitemap · Cookie Preferences · Your Privacy Choices

© Copyright 2024 TransUnion LLC. All Rights Reserved.