# EXHIBIT 17

PageVault

| | |
|---|---|
| Document title: | Equifax \| Credit Bureau \| Check Your Credit Report & Credit Score |
| Capture URL: | https://www.equifax.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:45:49 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:45:51 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | uGPaiRjtbjxzKgw1RMYhzs |
| User: | automation@page-vaul |

PDF REFERENCE #:     hqHiqU2YeDAkTHqSHjeESR



# Your Credit. Your Identity.

We monitor your Equifax credit report, provide you with alerts, and help you recover from ID theft so you can focus on living your financial best.

**$9.95 / month.** Cancel at any time; no partial month refunds.[1]

**SIGN UP NOW**    Learn More →

✓ Checking your own credit will NOT harm it.

# Get robust identity theft protection and feel more secure from fraud

Our products help keep you informed and better protected.



**EQUIFAX Complete™**

Equifax credit monitoring & ID theft protection features for one adult.

✓ Identity restoration services
✓ Equifax credit report lock[2]

**$9.95 / month**
Cancel anytime, no partial month refunds.[1]

SIGN UP NOW

**EQUIFAX COMPLETE™ Premier**

3-bureau credit features & extra ID theft protection features for one adult.

✓ All features of Equifax Complete
✓ Up to $1MM in ID theft insurance[3]

**$19.95/ month**
Cancel anytime, no partial month refunds.[1]

SIGN UP NOW

**EQUIFAX COMPLETE™ Family Plan**

Credit and ID theft protection features for the family.

✓ All features of Premier for two adults
✓ Equifax credit monitoring for four kids

**$29.95 / month**
Cancel anytime, no partial month refunds.[1]

SIGN UP NOW

| $9.95 / month | $19.95/ month | $29.95 / month |
|---|---|---|
| Cancel anytime, no partial month refunds.[1] | Cancel anytime, no partial month refunds.[1] | Cancel anytime, no partial month refunds.[1] |
| SIGN UP NOW | SIGN UP NOW | SIGN UP NOW |
| Learn More → | Learn More → | Learn More → |

### New  Explore Credit Offers



**Credit Card**

Find Credit Cards →



**Personal Loan**

Check loan rates →



**Auto Loans**

Get a loan quote →



**Insurance**

Explore insurance quotes →

Plan your next big purchase

# Reach your financial goals

Life is a series of milestones, and when it comes to finances, knowledge is your most valuable asset. If you're planning to buy a home, purchase a car, or take out a loan, find out what potential lenders are looking for.

READ MORE





**Learn more about protection**

# Don't fall prey to identity theft

Find out how identity theft happens, and whether you or your loved ones may be at risk. Learn how to better protect your identity, and what you should look out for. And if you've been the victim of identity theft, find out what you can do immediately to begin the recovery process.

**READ MORE**

# Visit the Equifax Consumer Services Center

Access helpful services and useful information to help you take control of your credit report, and better protect yourself from identity theft and fraud.



**Get a Free Credit Report →**



**Place or Manage a Freeze →**



**Add a Fraud or Active Duty Alert →**



**Submit a Dispute →**



**Looking for business solutions?**   **EXPLORE BUSINESS**

1. We will require you to provide your payment information when you sign up. We will immediately charge your card the price stated and will charge the card the price stated for each month you continue your subscription. You may cancel at any time; however, we do not provide partial month refunds.

2. Locking your credit file with Equifax Credit Report Control will prevent access to your Equifax credit file by certain third parties, such as credit grantors or other companies and agencies. Credit Report Control will not prevent access to your credit file at any other credit reporting agency, and will not prevent access to your Equifax credit report include: companies like Equifax Consumer Services LLC, which provide you with access to your credit report or credit score or monitor your credit file; Federal, state and local government agencies; companies reviewing your application for employment; companies that have a current account or relationship with you, and collection agencies acting on behalf of those whom you owe; for fraud detection and prevention purposes; and companies that wish to make pre-approved offers of credit or insurance to you. To opt out of such pre-approved offers, visit www.optoutprescreen.com.

**Get a Free Credit Report** →    **Place or Manage a Freeze** →    **Add a Fraud or Active Duty Alert** →    **Submit a Dispute** →



## Looking for business solutions?

**EXPLORE BUSINESS**

1. We will require you to provide your payment information when you sign up. We will immediately charge your card the price stated and will charge the card the price stated for each month you continue your subscription. You may cancel at any time; however, we do not provide partial month refunds.

2. Locking your credit file with Equifax Credit Report Control will prevent access to your Equifax credit file by certain third parties, such as credit grantors or other companies and agencies. Credit Report Control will not prevent access to your credit file at any other credit reporting agency, and will not prevent access to your Equifax credit report include: companies like Equifax Consumer Services LLC, which provide you with access to your credit report or credit score or monitor your credit file; Federal, state and local government agencies; companies reviewing your application for employment; companies that have a current account or relationship with you, and collection agencies acting on behalf of those whom you owe; for fraud detection and prevention purposes; and companies that wish to make pre-approved offers of credit or insurance to you. To opt out of such pre-approved offers, visit www.optoutprescreen.com.

3. The Identity Theft Insurance benefit is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company, under group or blanket policies issued to Equifax, Inc., or its respective affiliates for the benefit of its Members. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## Credit Report Help

- Get My Free Annual Credit Report
- Get My Free Credit Score
- Dispute info on Credit Report
- Manage or Place a Security Freeze
- Request a Fraud Alert
- Active Duty Credit Monitoring
- Compare Credit Monitoring Products
- Human Trafficking Victim Assistance

## Credit Education

- Credit Scores
- Credit Reports
- Fraud & Identity Theft
- Debt Management
- Credit Cards
- Personal Finance
- Loans
- Life Stages
- Cybersecurity
- Información crediticia de EE. UU.
- Knowledge Center

## For Businesses

- Equifax Ignite
- Market Pulse
- Insights Blog
- Resource Library
- Developer Portal

## Who We Are

- Our Story
- Careers & Culture
- Newsroom
- Investor Relations
- Furnishing Data to Equifax

## Support

- Personal Credit: Contact Equifax Support
- Business Customer Support
- Connect with Sales
- Security Breach Alerts
- Equifax Consumer Services LLC Licenses and Disclosures

Accessibility    Ad Choices    Your Privacy Choices    Privacy Policy    Report a Vulnerability    Sitemap    Terms of Use

Unsolicited Idea Submission Policy

EFX    Copyright 2024 Equifax Inc. All rights reserved Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

powering the world with knowledge™