# EXHIBIT 18

PageVault

| | |
|---|---|
| Document title: | Identity and Credit Information Solutions \| Innovis |
| Capture URL: | https://innovis.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:48:12 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:48:13 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | sNpdkDyKQHGoxxMNvNbKoE |
| User: | automation@page-vaul |

PDF REFERENCE #:        mNBQKtxZbjKRqUGuQnxYxx

Innovis — information that empowers

Personal | Business | About | Sign In

# Welcome to Innovis

We make it easy to order your report, dispute inaccuracies, and recognize fraud and identity theft. Click the button below to order your Innovis Credit Report and take control of your financial journey.

**Order My Credit Report**

 **Security Freeze**
Limit access to your Innovis Credit Report

 **Dispute Resolution**
Dispute inaccurate or incomplete information on your file.

 **Fraud & Active Duty Alerts**
Place an alert if you suspect you are a victim of fraud or are on active military duty.

 **Learning Center**
Learn more about your Innovis Credit Report and your rights as a consumer.

See all Services ›

### Security Freeze

Limit access to your Innovis Credit Report

### Dispute Resolution

Dispute inaccurate or incomplete information on your file.

### Fraud & Active Duty Alerts

Place an alert if you suspect you are a victim of fraud or are on active military duty.

### Learning Center

Learn more about your Innovis Credit Report and your rights as a consumer.

See all Services >

## Business Services

We partner with leading financial institutions to create innovative data-driven solutions to maximize customer experience and business performance.

Learn More

### FailSafe® Multi-factor Authentication

Protect your business from fraudsters with our multi-layer authentication solution.

### Identity Verification

Reach higher verification rates for more new accounts and stronger compliance.

### Fraud Prevention

Reduce the risk from consumer-not-present and other forms of fraud.

### Receivables Management

Make contact with confidence using Innovis data.

Innovis *Information that empowers*

Terms of Use | Privacy | Passcode Terms & Conditions | Site Map | Contact Us

© Copyright 2024 Innovis. All Rights Reserved

