# EXHIBIT 19

PageVault

| | |
|---|---|
| Document title: | CoStar \| # 1 Commercial Real Estate Information Company |
| Capture URL: | https://www.costar.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:41:44 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:41:46 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | n5fCwY5PopDzCBn5op3m1w |
| User: | automation@page-vaul |

PDF REFERENCE #:      8Cw3MZDkCwFUdShbDmWQQ8

☰  CoStar♦  Product & Solutions   Contact Us                        Login   Add a Listing ▼

**News**  Properties  Leasing  Sales  Funds  Tenants  Directory  Markets  Public Record  Marketing Center  Benchmark

**CHICAGO**

Lendlease's Pullback Involves US Projects From New York to San Francisco

Waste Management's Deal for Medical Waste Handler May Include Hundreds of Industrial Properties

**SNAPSHOTS**
From Groceries to Gold on Chicago's North Side

Chicago-Based Flexible Workspace Provider Raises More Than $17 Million for National Expansion

JLL Fortifies Data Center Team With 20-Year Industry Veteran

Here's What It Costs To Build the Office Tenants Say They Want

**EXCLUSIVE**
Real Estate Tech Company To Move Across From Google's Future Offices in Chicago Loop

**EXCLUSIVE**
Original Schwinn Bicycle Factory To Become 140-Room Hotel in Chicago's Fulton Market

How Salesforce Evolves Its Real Estate Strategy

**EXCLUSIVE**
Chicago Apartments Go Up for Sale After Late Billionaire Sam Zell Owned Them for Decades

**MORE NEWS**

Real Estate Industry Looks for Boost From First Canadian Interest Rate Cut in More Than Four Years



**Minneapolis' Second-Tallest Tower Handed Back to Lender After Failing To Land a Buyer**

BY **KATIE BURKE**

Shorenstein returned the Capella Tower property back to MetLife at a time of financing woes.

**Retail 'Having a Moment Now,' Global Developer Says**

The property sector is standing solidly on its own, according to Portman's Dotan Zuckerman in a video interview.



**Large Banks Face Higher Risk From Commercial Property Loans, Sparking Increased Concern**

The risk of failure was found to rise at more than 65 major lenders, based on new data.



**PODCAST**
**US Hotel Forecast Down, but Not Out, Analysts Say**

The hosts of "Tell Me More: A Hospitality Data Podcast" break down why STR and Tourism Economics downgraded their U.S. hotel forecast for 2024 and 2025.



**DAILY ROUNDUP**
**Auto Sales Rise, Job Openings Decline, Office Attendance Edges Lower**

Here's what you need to know to start your day.



Sections: US News ▼



SEARCH MARKET NEWS >>                    SEARCH TOP NEWS >>

**FEATURED**

      

---

Document title: CoStar | # 1 Commercial Real Estate Information Company
Capture URL: https://www.costar.com
Capture timestamp (UTC): Wed, 05 Jun 2024 19:41:46 GMT                             Page 1 of 4

# FEATURED



**COSTAR INSIGHT**

**ANALYTICS**

**Renters of Mid-Priced Apartments Face Sticker Shock**

Middle- and Lower-Income Renter Households Absorb Highest Rent Increases in Past Four Years



**COSTAR INSIGHT**

**ANALYTICS**

**Biggest Availability Rate Drop in US Occurs in These Two Markets**

Tight Operating Environment Powers Record Retail Rent Growth



**COSTAR INSIGHT**

**TOP NEWS**

**Cities With Higher Living Costs See Weaker Office Demand**

More Expensive Markets Post Biggest Declines in Occupancy

# INTERNATIONAL NEWS



**GERMANY**

**Barings Buys German Site for Around €70 Million Logistics Development**

Investor To Speculatively Build 72,000-Square-Metre Property



**UNITED KINGDOM**

**UK Stays Top for Cross-Border Commercial Real Estate Investment**

Price Stability Means UK Pips US and China to Top Spot



**SPAIN**

**ActivumSG Sells Three Spanish Shopping Centres for €140 Million**

Fund Manager Bought Underperforming Malls in Separate Deals Before Pandemic

# CATEGORIES

**OFFICE**

SL Green To Identify Two Sites Outside US To Expand Its New York Observatory Concept 

Cresa Acquires Houston-Based Firm Specializing in Tenant Representation

Minneapolis' Second-Tallest Tower Handed Back to Lender After Failing To Land a Buyer

**RETAIL**

Luxury Pet Hotel Enters Brooklyn, New York, Market With 15-Year Lease 

Dollar Tree Weighs Offloading Family Dollar, Its Still-Struggling Acquisition

Retail 'Having a Moment Now,' Global Developer Says

**MULTIFAMILY**

Apartment REIT Sells Property in Seattle's Belltown for Millions Below Appraised Value 

Miami's Wynwood Neighborhood Adds Second Coliving Project

The Goddard School Sells Property in Hendersonville, Tennessee

**INDUSTRIAL**

Texas Developer Breaks Ground on Warehouse in Tight Industrial Market Near Los Angeles 

DRA Advisors Buys Industrial Portfolio in Dallas-Area Suburb From Link Logistics

**PEOPLE**

Birch Group EVP Leaves and Is Succeeded by Fellow Mack-Cali Veteran 

RE/MAX Chief Operating Officer Resigns Amid Financial Struggles

**FINANCE**

Real Estate Industry Looks for Boost From First Canadian Interest Rate Cut in More Than Four Years 

Commercial Properties Get Early Boost From Efforts To Revive US Semiconductor Industry

## INDUSTRIAL

Texas Developer Breaks Ground on Warehouse in Tight Industrial Market Near Los Angeles 

DRA Advisors Buys Industrial Portfolio in Dallas-Area Suburb From Link Logistics

Morgan Stanley Affiliate Scoops Up New Warehouse in Major Denver Industrial Hub

## PEOPLE

Birch Group EVP Leaves and Is Succeeded by Fellow Mack-Cali Veteran 

RE/MAX Chief Operating Officer Resigns Amid Financial Struggles

CBRE Austin, Texas, Employees, Vendors Raise Money at Charity Golf Tournament

## FINANCE

Real Estate Industry Looks for Boost From First Canadian Interest Rate Cut in More Than Four Years 

Commercial Properties Get Early Boost From Efforts To Revive US Semiconductor Industry

Mortgage Demand Slides as Rates Stay High

## ANALYTICS

As Supply Wave Looms, Retail Vacancies Remain Tight in Boise, Idaho 

Rising Apartment Vacancy Ends Two-Year Run in Columbus

Office Leasing Outperforms Pre-Pandemic Benchmark in San Antonio

## DEVELOPMENT

Ford Reopens Long-Vacant Train Station in Detroit as Innovation Hub 

Marriott Autograph Hotel That Connects To Offices Proposed for Dallas-Area Lake

Joint Venture Secures Financing, Breaks Ground on San Antonio Industrial Property

## HOSPITALITY

Easier International Travel Increasingly Key for US Hotel Industry 

Conrad Seoul Sold to Singapore REIT ARA for $292 Million

Marriott's Leeny Oberg Says Hotel Investors Are More Comfortable With Higher Costs

## HEALTHCARE

Novant Health Agrees to Sale-Leaseback of North Carolina Healthcare Portfolio

Washington Developer Nears Completion of 145-Unit Senior Living Facility in Bellevue

Kaiser Permanente Plans $50 Million Expansion of Atlanta Medical Clinic

## SPECIALTY

Paramount Nears Merger Deal, Construction Spending Slows, Retailers Expect Father's Day Splurging

Knight Frank Appoints Global Head of Healthcare

Elite Pickleball Club Expands Into Southeast Houston With 40,000-Square-Foot Lease

## LEGAL/LEGISLATION

Governments Seek Live Nation Breakup, Recession Risks Deemed Low, Jobless Claims Decline

Florida Governor Signs Beefed Up Live Local Act

US Real Estate Brokers Could See Exit of Noncompetes With FTC's New Ruling

---

### See CoStar In Action

**REQUEST A DEMO**

---

**Company**
- About CoStar
- CoStarGroup.com
- Careers
- Press Room
- Privacy Notice
- CA: Do Not Sell My Personal Info
- Cookie Preferences
- Terms of Use
- Help Fight Data Theft
- Accessibility
- Contact Us

© 2024 CoStar Group

**Products**
- CoStar
- Costar for Lenders
- STR Benchmarking
- CoStar Risk Analytics
- CoStar Real Estate Manager

**Social**

   

| Morgan Stanley Affiliate Scoops Up New Warehouse in Major Denver Industrial Hub | CBRE Austin, Texas, Employees, Vendors Raise Money at Charity Tournament | Mortgage Demand Slides as Rates Stay High |

## ANALYTICS

As Supply Wave Looms, Retail Vacancies Remain Tight in Boise, Idaho 

## DEVELOPMENT

Ford Reopens Long-Vacant Train Station in Detroit as Innovation Hub 

## HOSPITALITY

Easier International Travel Increasingly Key for US Hotel Industry 

Rising Apartment Vacancy Ends Two-Year Run in Columbus

Marriott Autograph Hotel That Connects To Offices Proposed for Dallas-Area Lake

Conrad Seoul Sold to Singapore REIT ARA for $292 Million

Office Leasing Outperforms Pre-Pandemic Benchmark in San Antonio

Joint Venture Secures Financing, Breaks Ground on San Antonio Industrial Property

Marriott's Leeny Oberg Says Hotel Investors Are More Comfortable With Higher Costs

## HEALTHCARE

Novant Health Agrees to Sale-Leaseback of North Carolina Healthcare Portfolio 

## SPECIALTY

Paramount Nears Merger Deal, Construction Spending Slows, Retailers Expect Father's Day Splurging 

## LEGAL/LEGISLATION

Governments Seek Live Nation Breakup, Recession Risks Deemed Low, Jobless Claims Decline 

Washington Developer Nears Completion of 145-Unit Senior Living Facility in Bellevue

Knight Frank Appoints Global Head of Healthcare

Florida Governor Signs Beefed Up Live Local Act

Kaiser Permanente Plans $50 Million Expansion of Atlanta Medical Clinic

Elite Pickleball Club Expands Into Southeast Houston With 40,000-Square-Foot Lease

US Real Estate Brokers Could See Exit of Noncompetes With FTC's New Ruling

## See CoStar In Action

REQUEST A DEMO

### Company

About CoStar
CoStarGroup.com
Careers
Press Room
Privacy Notice
CA: Do Not Sell My Personal Info
Cookie Preferences
Terms of Use
Help Fight Data Theft
Accessibility
Contact Us

© 2024 CoStar Group

### Products

CoStar
Costar for Lenders
STR Benchmarking
CoStar Risk Analytics
CoStar Real Estate Manager

### Social

