# EXHIBIT 20

| | |
|---|---|
| Document title: | CRE Data Analytics and Location Intelligence Platform \| LightBox |
| Capture URL: | https://www.lightboxre.com |
| Page loaded at (UTC): | **Wed, 05 Jun 2024 19:44:22 GMT** |
| Capture timestamp (UTC): | **Wed, 05 Jun 2024 19:44:24 GMT** |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 8 |
| Capture ID: | wzK1u6JuBPrkygQuUTdPz9 |
| User: | automation@page-vaul |

Customer Support | Developer Portal



# LIGHTB**X**
### LOCATE. ANALYZE. ACT.

Industries & Roles ▾    Products ▾    Data ▾    Insights ▾    About ▾    🔍    Login    Contact

# Connected data for commercial real estate

**WATCH NOW**

## Why choose LightBox℠

Three simple words that empower decision makers in the commercial real estate market by delivering the most authoritative property data, integrated CRE workflows & unmatched industry connections.



### Locate.

The most comprehensive set of property characteristics, tax parcels and building footprints, and spatial & environmental data.



### Analyze.

A deeper understanding of all facets of property data along with location intelligence and a simplified workflow to help you move



### Act.

Know you have the most comprehensive commercial real estate database and most detailed analytics so you can act on decisions with



LIGHTBOX
LOCATE. ANALYZE. ACT.

Industries & Roles ▾    Products ▾    Data ▾    Insights ▾    About ▾    🔍    Login    Contact

footprints, and spatial & environmental data.

intelligence and a simplified workflow to help you move forward.

most detailed analytics so you can act on decisions with the highest degree of confidence.



## Transform your business with connected CRE technology solutions

From location intelligence to environmental due diligence to lending, valuation and broker resources, we offer solutions that deliver depth, speed and accuracy to help transform how you do business.

VIEW LIGHTBOX SOLUTIONS



## Power your business with market-leading commercial real estate data

We unify and optimize the world's broadest, deepest data sources — boundaries, neighborhoods, property and environmental — to ensure you can make every decision with confidence.

VIEW LIGHTBOX DATA





# LIGHTB⬢X
## LOCATE. ANALYZE. ACT.

Industries & Roles ▾    Products ▾    Data ▾    Insights ▾    About ▾    🔍    Login    Contact



**VIEW LIGHTBOX DATA**

# Industries thriving with LightBox

Our pioneering CRE solutions facilitate thousands of decisions daily across diverse industry sectors, including:

- Broadband
- Brokers
- Building Development
- Energy
- Government

- Insurance
- Mapping and Routing
- Real Estate Investors
- Telecom
- Utilities

Let's chat about your needs. Talk to support specialist or request a demo.

**CONTACT US**



# See connected data in a whole new light





LIGHTBOX
LOCATE. ANALYZE. ACT.

Industries & Roles    Products    Data    Insights    About    Login    Contact

# Customers we've empowered

We provide solutions for customers ranging from the world's leading mobile and web applications to government agencies and regional real estate developers. And we never stop seeking new ways to solve our customers' unique challenges.

   

   

   

   

NEWMARK



**LIGHTBOX**
LOCATE. ANALYZE. ACT.

Industries & Roles ▾    Products ▾    Data ▾    Insights ▾    About ▾    🔍    Login    Contact

# Recommended Insights



Data

### Understanding Geocoding: What It Is, Its Uses, and Its Relation to GIS

Maps have always been a crucial part of human life (any Gen Xers remember Mapquest?). Today, Geographic Information Systems (GIS)...

June 5, 2024                    ⏱ 4 min



Data

### Leading Analysts Examine CRE Green Shoots in a Hyper-Local and Uncertain Market

Manulife's Dr. Victor Calanog "is expecting one or two rate cuts this calendar year," cautioning that "nuance is required across...

June 4, 2024                    ⏱ 5 min



Appraisers

### LightBox CRE Monthly Commentary: Signs of Hope Dot CRE Landscape Even as Headlines Weigh on Market

Manus Clancy is head of data strategy at LightBox One of the big commercial real estate (CRE) headlines in May...

May 31, 2024                    ⏱ 5 min



Environmental Due Diligence

### PFAS and CERCLA: What's Next?

The recent news that the U.S. Environmental Protection Agency (USEPA) designated two PFAS chemicals (per- and polyfluoroalkyl substances) as hazardous...

May 30, 2024                    ⏱ 4 min



Legal

### The Crucial Role of Zoning Reports in Lending

Alan Hall, Senior Account Executive, LightBox Picture this: You've found the perfect property for your next real estate venture. The...

May 30, 2024                    ⏱ 3 min



Environmental Due Diligence

### PRISM 2024 Track Tackles the Urgency and Challenges of Assessing Climate Risk in CRE

Suzy Gardner of Trusted Advisors GAP Services moderating the LightBox PRISM 2024 panel on climate risk featuring Rich West from...

May 30, 2024                    ⏱ 6 min





**VIEW MORE INSIGHTS**

# Customer Testimonials



**LIGHTB⬢X**
LOCATE. ANALYZE. ACT.

Industries & Roles ▾    Products ▾    Data ▾    Insights ▾    About ▾    🔍    Login    Contact

Customer Support  |  Developer Portal

