# EXHIBIT 21

PageVault

| | |
|---|---|
| Document title: | Zillow: Real Estate, Apartments, Mortgages & Home Values |
| Capture URL: | https://www.zillow.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:42:48 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:42:49 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 3 |
| Capture ID: | rz248ags3GMEVhAZaqhRZV |
| User: | automation@page-vaul |

PDF REFERENCE #:      wtiBomjY5hDiWuC16g3aCP

Buy    Rent    Sell    Home Loans    Find an Agent            Manage Rentals    Advertise    Help    Sign In



# Agents. Tours. Loans. Homes.

  Enter an address, neighborhood, city, or ZIP code  

### Get home recommendations

Sign in for a more personalized experience.

Sign in





### Buy a home

Find your place with an immersive photo experience and the most listings, including things you won't find anywhere else.

Search homes



### Sell a home

No matter what path you take to sell your home, we can help you navigate a successful sale.

See your options



### Rent a home

We're creating a seamless online experience – from shopping on the largest rental network, to applying, to paying rent.

Find rentals

Find your place with an immersive photo experience and the most listings, including things you won't find anywhere else.

Search homes

No matter what path you take to sell your home, we can help you navigate a successful sale.

See your options

We're creating a seamless online experience, from shopping on the largest rental network, to applying, to paying rent.

Find rentals

### About Zillow's Recommendations

Recommendations are based on your location and search activity, such as the homes you've viewed and saved and the filters you've used. We use this information to bring similar homes to your attention, so you don't miss out.

Real Estate  |  Rentals  |  Mortgage Rates  |  Browse Homes

About   Zestimates   Research   Careers   Careers - U.S. Privacy Notice   Careers - Mexico Privacy Notice   Help   Advertise   Fair Housing Guide   Advocacy

Terms of use   Privacy Portal   Cookie Preference   Learn   AI   Mobile Apps

Trulia   StreetEasy   HotPads   Out East   ShowingTime+

Do Not Sell or Share My Personal Information →

Zillow Group is committed to ensuring digital accessibility for individuals with disabilities. We are continuously working to improve the accessibility of our web experience for everyone, and we welcome feedback and accommodation requests. If you wish to report an issue or seek an accommodation, please let us know.

Zillow, Inc. holds real estate brokerage licenses in multiple states. Zillow (Canada), Inc. holds real estate brokerage licenses in multiple provinces.
§ 442-H New York Standard Operating Procedures
§ New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #1522444

Contact Zillow, Inc. Brokerage

For listings in Canada, the trademarks REALTOR®, REALTORS®, and the REALTOR® logo are controlled by The Canadian Real Estate Association (CREA) and identify real estate professionals who are members of CREA. The trademarks MLS®, Multiple Listing Service® and the associated logos are owned by CREA and identify the quality of services provided by real estate professionals who are members of CREA. Used under license.



 Follow us:     © 2006-2024 Zillow