# EXHIBIT 22

![PageVault]

| | |
|---|---|
| Document title: | Real Estate, Homes for Sale, Home Values, Agents and Advice \| RE/MAX |
| Capture URL: | https://www.remax.com/ |
| Page loaded at (UTC): | Fri, 07 Jun 2024 17:28:35 GMT |
| Capture timestamp (UTC): | Fri, 07 Jun 2024 17:30:27 GMT |
| Capture tool: | 10.47.5 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 5 |
| Capture ID: | 7EkeVK18rnHBSNDDn2jbkR |
| User: | lw-erivera |

PDF REFERENCE #:    txwvaTjYgwFva5Aw6SGLXY




**Voted #1 Most Trusted Real Estate Agents in the USA**
Voted most trusted Real Estate Agency brand by American shoppers based on the BrandSpark® American Trust Study, years 2022-2024 and 2019.



### Have confidence in any market with us.

RE/MAX® agents have the experience to get the job done in today's market[1], backed by a robust network of over 140,000 agents in more than 9,000 offices worldwide. With our extensive global connections and deep local insights, you gain an edge that transcends what you'll find online. Regardless of market conditions, life moves on—people need to move, sell and buy. RE/MAX agents understand that market shifts open new doors of opportunity, and with a trusted and experienced RE/MAX agent, these opportunities are yours to seize.

The right time to move is when you're with the right agent—nobody sells more real estate than RE/MAX[2].

[1,2] As measured by residential transaction sides.

**FIND YOUR RE/MAX AGENT TODAY**

## Popular Searches Nearby

  





New Listings

Luxury Homes

Open Houses

Price Reductions

Virtual Tours

Miracle Homes

## Get the App

Finding your dream home just got easier. Our home search app allows you to continue your search for available listings from the convenience of your smartphone or tablet — anytime, anywhere. Save homes you love, request information, schedule showings, and receive push notifications within minutes of homes hitting the market.

Learn More

Download on the App Store

GET IT ON Google Play

## RE/MAX News

Looking to Xeriscape Your Yard? 3 Steps to...







## RE/MAX News

### Looking to Xeriscape Your Yard? 3 Steps to...

**May 22, 2024**
**Owning A Home**

In drier climates, some people ditch the grass and get creative with other natural elements. Find out ways to save on water and spruce up your home's outdoor space.

READ POST

## Popular Real Estate Searches

| | | |
|---|---|---|
| New Listings Near Me | Open Houses Near Me | Price Reductions Near Me |
| Virtual Tours Near Me | Homes For Sale Near Me | |

## Search Homes For Sale By State

| | | |
|---|---|---|
| Alabama (Alabama Real Estate) | Alaska (Alaska Real Estate) | Arizona (Arizona Real Estate) |
| Arkansas (Arkansas Real Estate) | California (California Real Estate) | Colorado (Colorado Real Estate) |
| Connecticut (Connecticut Real Estate) | Delaware (Delaware Real Estate) | Florida (Florida Real Estate) |
| Georgia (Georgia Real Estate) | Hawaii (Hawaii Real Estate) | Idaho (Idaho Real Estate) |

VIEW ALL

---

| | | | | |
|---|---|---|---|---|
| WORLDWIDE PROPERTY SEARCH | NEWEST LISTINGS | RE/MAX HOLDINGS | NAHREP English-Spanish Glossary of Real Estate Industry Terms | Children's Miracle Network Hospitals |
| RE/MAX CANADA | NEWS | INVEST IN A RE/MAX FRANCHISE | | |
| RE/MAX COMMERCIAL | LEADERSHIP | RE/MAX, LLC CAREERS | | |
| THE RE/MAX COLLECTION | INVESTOR RELATIONS | BECOME A RE/MAX AGENT | | |

### Our Family of Brands



Each office independently owned and operated.
RE/MAX, LLC is an Equal Opportunity Employer and supports the Fair Housing Act and equal opportunity housing.
If you have a disability that is preventing you from experiencing this website, call (800) 525-7452.
© 2024 RE/MAX, LLC. All Rights Reserved.

PRIVACY NOTICE     TERMS OF USE

By using this site, you consent to the collection, recording, and use of some personal information by RE/MAX and/or its third-party providers for site operation, analytics, and third-party advertising.

YOUR PRIVACY PREFERENCES