# EXHIBIT 23

**Page Vault**

| | |
|---|---|
| Document title: | DMGroup.com |
| Capture URL: | https://www.dmgroup.com |
| Page loaded at (UTC): | **Wed, 05 Jun 2024 19:47:55 GMT** |
| Capture timestamp (UTC): | **Wed, 05 Jun 2024 19:47:57 GMT** |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 4 |
| Capture ID: | 9aQAwk4G1LrVY5EWJ86RHR |
| User: | automation@page-vaul |



**Call 866-735-5621**

HOME    ABOUT    SOLUTIONS    DATA SERVICES    EXPERTISE    **CONTACT**



# Direct Marketing Solutions that deliver:
## Great Brand Stewardship,|

# What We DO

### Looking for solutions that get results?

Look no further than **DM Group**.

At the **DM Group** we understand that successful marketing requires more than just a great idea. It takes solutions to get results. That's why we offer a full range of services to help our clients achieve their marketing goals.

From concept to design, to printing, to mailing, we'll take care of everything. We specialize in creating custom solutions that get results. We've been in business for over 50 years, and our experience is unmatched. Call us today **866-735-5621** and let us show you what we can do.



► **AGENCY & CREATIVE**



► **INSIGHT & ANALYTICS**



► **DATA PRODUCTS & LISTS**









**► EXPERTISE**



**► MULTI-CHANNEL**



**► PRODUCTION & LOGISTICS**



● ● ●

WE'RE HERE TO HELP

# Whatever YOU need, we're on your team.

**DM Group**, the inventors of the industry's first mapping solution for marketers, is a full-service provider of multi-channel, marketing communications powered by cutting-edge technology and rich data insight.



### The #1 Data Provider Since 1970



### Superior Data Accuracy
We guarantee the most up-to-date, accurate information possible.



### 200+ Direct Marketing Professionals
Knowledge and experience to craft and execute effective solutions.



### 115,000 Square Foot Production Facility
In-house production capacity of over 3 million pieces per day.



Contact Us

# Looking for a new marketing partner?

# Whatever YOU need, we're on your team.



**DM Group**, the inventors of the industry's first mapping solution for marketers, is a full-service provider of multi-channel, marketing communications powered by cutting-edge technology and rich data insight.



### The #1 Data Provider Since 1970



### Superior Data Accuracy

We guarantee the most up-to-date, accurate information possible.



### 200+ Direct Marketing Professionals

Knowledge and experience to craft and execute effective solutions.



### 115,000 Square Foot Production Facility

In-house production capacity of over 3 million pieces per day.

WE'RE HERE TO HELP

[ Contact Us ]

## Looking for a new marketing partner?

Give us a call at **866-735-5621**.

---



5540 Ketch Road
Prince Frederick, MD 20678

   

Shopify SECURE

**HOME**

**ABOUT**
Leadership
Our Work
Blog

**SOLUTIONS**
Agency & Creative
Insight & Analytics
Data Products & Lists
Expertise
Multi-Channel
Marketing
Production & Logistics
Print and Mail
Calculator

© 2024 DMGroup.com

**DATA SERVICES**

**EXPERTISE**

[ Connect Us ]

1-866-735-5621

**Customer FTP**
Support@DMgroup.com

DM Group's list & small business site:



---

Document title: DMGroup.com
Capture URL: https://www.dmgroup.com
Capture timestamp (UTC): Wed, 05 Jun 2024 19:47:57 GMT