# EXHIBIT 24

PageVault

| | |
|---|---|
| Document title: | Direct Mail & Digital Advertising Campaigns |
| Capture URL: | https://www.postcardmania.com/products-services/ |
| Page loaded at (UTC): | Fri, 07 Jun 2024 15:45:13 GMT |
| Capture timestamp (UTC): | Fri, 07 Jun 2024 15:46:32 GMT |
| Capture tool: | 10.47.5 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 8 |
| Capture ID: | okTmxQydkpkZvAmFe5CHTr |
| User: | lw-apasillas |

PDF REFERENCE #:    jT7YDQpmAozZPDFbZg18m4

Case 1:24-cv-04105-HB   Document 27-25   Filed 06/10/24   Page 3 of 9 PageID: 979



# Small Business Advertising: Direct Mail & Digital Marketing Services

## Get personalized advice on which products work best for your industry.

Enter your business email to get started:

you@yourbusiness.com

**GET STARTED**

🔒 *We never share or sell personal information. Privacy policy.*

Call or text us at **1-877-436-8078** to get started even faster!

PostcardMania was the first to offer complete postcard marketing services all in one place: printing, graphic design, mailing list and bulk mail services.

After creating campaigns for 118,342 customers, we became laser-focused on generating the best results and return on investment for our clients' marketing campaigns. We obsess over every detail of what design elements create the best response, what mailing lists are the most responsive, and what frequency of mailing generates the best response.

We have now extended our services beyond just direct mail to offer automatic integration with online ads through our Everywhere Small Business product. This allows small business owners to effortlessly and inexpensively get their business in front of prospects all over the internet, on social media and in their mailboxes, giving our clients exponential results from their campaigns.



il Printing



**Standard Postcards - 4.25" x 6"**
An effective marketing piece with no envelopes, just your company name for all to see.



**Jumbo Postcards - 6" x 8.5"**
Jumbo cards are twice the size of our standard postcards and get your name out there in a big way.

Document title: Direct Mail &amp; Digital Advertising Campaigns
Capture URL: https://www.postcardmania.com/products-services/
Capture timestamp (UTC): Fri, 07 Jun 2024 15:46:32 GMT
Page 1 of 7

## Direct Mail Printing


**Standard Postcards - 4.25" x 6"**
An effective marketing piece with no envelopes, just your company name for all to see.


**Jumbo Postcards - 6" x 8.5"**
Jumbo cards are twice the size of our standard postcards and get your name out there in a big way.


**Colossal Postcards - 6" x 11"**
Nothing jumps out of a stack of mail like a colossal postcard. You're sure to get noticed!


**Brochures**
Share more about your business with our brochures — printed on high quality, glossy paper.


**Yellow "Handwritten" Letters**
Send "handwritten" notes in a personalized envelope with a real stamp!


**Snap-Pack Mailers**
Genius mailers make marketing a snap! Easy pull apart edges to reveal your message


**Business Reply Cards**
Make it easy for your prospects to respond to your offer or survey with a business reply card.

## Direct Mail Services


**Website to Mailbox**
Send direct mail retargeting postcards to anonymous prospects who visit your website!


**Mailer Advertising**
Increase your response rates with affordable custom mailers!


**Bulk Mailing Services**
Save time and get postage discounts with our mailing services!


**Graphic Design Services**
Get a better response with a professional and effective design!


**Mailing Lists**
We determine your market and get you a list to target only your best prospects.


**Shopify Abandoned Cart Postcards**
Send postcards to your online customers who abandon their Shopify carts!

## Direct Mail Upgrades


**Everywhere Small Business**
A complete multi-channel marketing program combining direct mail with the genius of Google, Facebook, and Instagram advertising.


**Informed Delivery**
Generate additional exposure and engagement before your mail is delivered!



**QR Codes**
Send prospects directly to your website from your postcard by scanning a barcode with their smartphone camera.


**Personalized Postcards**
Increase your response rate with individually personalized postcards.


**QR Codes**
Send prospects directly to your website from your postcard by scanning a barcode with their smartphone camera.


**Personalized Postcards**
Increase your response rate with individually personalized postcards.


**Everywhere Political Campaign**
Reach voters with targeted Google, Facebook, YouTube, & Instagram ads integrated into your postcard mailings!


**Google Street View Postcards**
Upgrade your personalized postcards to include google street view images.


**Everywhere Dental**
Everywhere Dental brings together several powerful marketing channels to form a marketing campaign that is far greater than the sum of its parts.


**Everywhere Real Estate**
Everywhere Real Estate brings together several powerful marketing channels to form a marketing campaign that is far greater than the sum of its parts.


**Call Tracking System**
Call Tracking from PostcardMania is the easiest way to track and analyze the responses to your marketing campaigns.


**Mail Tracking**
Our mail tracking software predicts the day your postcards should arrive, so you can prepare in advance.


**Postcard Magnets**
Make your message "hang around" longer with the addition of a magnetic strip.


**Sticky Notes**
Put a sticky note on your postcard mailing!


**Scratch-off Postcards**
Add an interactive element to your postcards with scratch-off labels.

## Direct Mail Campaigns


**Pre-mover Postcards**
Our pre-mover marketing program targets residents who are selling their homes and are moving!

**Every Door Direct Mail (EDDM)**
Reach every home in an area and save big on postage!


**New to Town Daily Mailers**
Automatically target new homeowners in your service area every day.


**Birthday Mailers**
Birthdays provide the perfect opportunity to reach out to your prospects and make a great impression

**Nonprofit Direct Mail**
Save money on our nonprofit bulk mail rates. PostcardMania's Nonprofit Mailings affordably help you achieve your organization's goals .



rketing

## Digital Marketing


**Everywhere Small Business**
A complete multi-channel marketing program combining direct mail with the genius of Google, Facebook, and Instagram advertising.


**Website to Mailbox**
Send direct mail retargeting postcards to anonymous prospects who visit your website!


**Everywhere Political Campaign**
Reach voters with targeted Google, Facebook, YouTube, & Instagram ads integrated into your postcard mailings!


**Everywhere Dental**
Everywhere Dental brings together several powerful marketing channels to form a marketing campaign that is far greater than the sum of its parts.


**Everywhere Real Estate**
Everywhere Real Estate brings together several powerful marketing channels to form a marketing campaign that is far greater than the sum of its parts.


**DirectMail2.0**
Close more leads without more work. Direct mail + Google automation = $$!


**DirectMail2.0 - Regional**
Get more leads with direct mail + Google's online ads in your targeted region.


**Email Marketing**
Close up to 80% more sales with professional email follow-up.


**Local Search Engine Optimization**
Improve Your Small Business' Rank On Google & Bing With Local Search Engine Optimization (SEO)


**Pay Per Click: Get Leads from Google**
Get more sales with a complete, affordable Google advertising campaign.


**Drip Marketing**
Automated email follow-up turns prospects into buying customers.


**Digital Marketing Packages**
Get everything you need to successfully market your new or existing business online!

## Website Development


**Website Design Services**
Get a website that reflects the quality of your business and brings in leads with our design services.


**Landing Pages**
Convert more website visitors into leads with a targeted landing page.


**Blog Design**
Get a professional blog design to match your website!


**Catch-That-Lead Tool**
We continuously split-test lead-capture forms on your website. Your conversions never stop improving!



**Catch & Close Booster Package**
Capture contact information for prospects who visit your website and follow up with them by email – automatically!



**Catch & Close Booster Package**

Capture contact information for prospects who visit your website and follow up with them by email – automatically!

## Other Business Printing



**Letterhead & Envelopes**

Showcase your style and professionalism with custom letterhead.



**Door Hangers - 4" x 9"**

A guaranteed way to get more exposure in neighborhoods and save tons on postage!



**Business Cards**

Get the professional look that you really need to make an impression with high quaility business cards.



**Flyers**

Get attention and make an impression with flyers – folded or unfolded.



**Pocket Folders**

Make a great impression with PostcardMania's pocket presentation folders.



**Business Holiday & Christmas Cards**

Looking for business Christmas or holiday cards to mail? We've got you covered!

## Branding



**Logo Design**

Get a professionally designed custom logo at an amazingly affordable price.



**Letterhead & Envelopes**

Showcase your style and professionalism with custom letterhead.



**Business Cards**

Get the professional look that you really need to make an impression with high quaility business cards.



**Pocket Folders**

Make a great impression with PostcardMania's pocket presentation folders.



**ign Services**

the best direct mail postcard for you!



**Addressing Services**

Let us take care of your postcard mailing for you!



**List Services**

Hit your prospects with precisely targetted mailing lists.



Products    Designs    Case Studies    About    Contact    CALL OR TEXT 1-877-436-8078    GET A QUOTE    SIGN IN



## Design Services

We can design the best direct mail postcard for you!

**CLICK HERE**



## Addressing Services

Let us take care of your postcard mailing for you!

**CLICK HERE**

## List Services

Hit your prospects with precisely targetted mailing lists.

**CLICK HERE**



# PLAN YOUR MARKETING CAMPAIGN FOR FREE!

you@yourbusiness.com    **CONTINUE**

### Products and Services

- Postcard Printing
- Brochure Printing
- Addressing/Bulk Mail Services
- Graphic Design
- Mailing Lists
- Every Door Direct Mail (EDDM)
- Online Follow Up Ads
- Automated Email Follow Up
- Website Design Services
- Pay Per Click Management
- **View All Products**

### Industry Specific Marketing

- A/C & Heating
- Accounting
- Chiropractic
- Cleaning & Janitorial
- Dance & Gymnastics
- Dental
- Financial
- Insurance
- Landscaping
- Realtors
- Roofing
- **View All 85 Industries**

### Marketing Resources

- Direct Mail in 2022
- Mailing List Guide 2022
- Direct Mail Planning Guide
- Direct Mail API
- Zapier Direct Mail Integration
- FAQs
- Case Studies
- Learn Marketing
- Marketing Articles
- Marketing Reports
- Postcard Marketing Manual
- Upcoming Marketing Events
- Customer Value Calculator
- Marketing Budget Calculator
- Blog

### Get In Touch

Contact Us
Facebook
Twitter
Instagram
LinkedIn
**Call/text**: 1-877-436-8078
**Fax**: 727-442-5130
info@postcardmania.com
Upload Artwork



  4.81 ★★★★★

Based on 1239 *client reviews*.

**CALL OR TEXT:**
# 1-877-436-8078

2145 Sunnydale Blvd.
Clearwater, FL 33765

*We're hiring!*

All Products Manufactured in our USA Printing Plant • Over 260 Hard-Working Employees • 69,800 Square Foot Facility in Clearwater, Florida



        

PostcardMania. All Rights Reserved. Privacy Policy | CCPA/CPA

Contact Us | Sitemap | Employment Opportunities

---

Document title: Direct Mail &amp; Digital Advertising Campaigns
Capture URL: https://www.postcardmania.com/products-services/
Capture timestamp (UTC): Fri, 07 Jun 2024 15:46:32 GMT    Page 6 of 7





Products | Designs | Case Studies | About | Contact   CALL OR TEXT 1-877-436-8078   GET A QUOTE   SIGN IN



### Design Services
We can design the best direct mail postcard for you!
**CLICK HERE**

### Addressing Services
Let us take care of your postcard mailing for you!
**CLICK HERE**

### List Services
Hit your prospects with precisely targetted mailing lists.
**CLICK HERE**

## PLAN YOUR MARKETING CAMPAIGN FOR FREE!

you@yourbusiness.com   **CONTINUE**




### Products and Services
- Postcard Printing
- Brochure Printing
- Addressing/Bulk Mail Services
- Graphic Design
- Mailing Lists
- Every Door Direct Mail (EDDM)
- Online Follow Up Ads
- Automated Email Follow Up
- Website Design Services
- Pay Per Click Management
- **View All Products**

### Industry Specific Marketing
- A/C & Heating
- Accounting
- Chiropractic
- Cleaning & Janitorial
- Dance & Gymnastics
- Dental
- Financial
- Insurance
- Landscaping
- Realtors
- Roofing
- **View All 85 Industries**

### Marketing Resources
- Direct Mail in 2022
- Mailing List Guide 2022
- Direct Mail Planning Guide
- Direct Mail API
- Zapier Direct Mail Integration
- FAQs
- Case Studies
- Learn Marketing
- Marketing Articles
- Marketing Reports
- Postcard Marketing Manual
- Upcoming Marketing Events
- Customer Value Calculator
- Marketing Budget Calculator
- Blog

### Get In Touch
- Contact Us
- Facebook
- Twitter
- Instagram
- LinkedIn
- **Call/text**: 1-877-436-8078
- **Fax**: 727-442-5130
- info@postcardmania.com
- Upload Artwork

**PostcardMania – MULTI-CHANNEL MARKETING EXPERTS**

**4.81** ★★★★★
Based on 1239 *client reviews*.

**CALL OR TEXT:**
# 1-877-436-8078

2145 Sunnydale Blvd.
Clearwater, FL 33765

*We're hiring!*

All Products Manufactured in our USA Printing Plant • Over 260 Hard-Working Employees • 69,800 Square Foot Facility in Clearwater, Florida


        

PostcardMania. All Rights Reserved. Privacy Policy | CCPA/CPA        Contact Us | Sitemap | Employment Opportunities