# EXHIBIT 25

| | |
|---|---|
| Document title: | Data, Identity Solution & People-Based Marketing Solutions \| Acxiom |
| Capture URL: | https://www.acxiom.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:45:25 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:45:27 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 9 |
| Capture ID: | 5hrXVMAobQKYZmDkEh5b8G |
| User: | automation@page-vaul |

PDF REFERENCE #:    4dSGG3wZGo3bSwvWkGG3ZK



When it Comes to **Customer Intelligence**, Your **Data Foundation** is Everything.

We've got you covered. Bringing together the best strategy, experts, data, and tech to help you **acquire**, **retain**, and **grow** your business. It's marketing made better.

Our Story View Resources

lending-tree L'ORÉAL Office DEPOT physicians-mutual SHI

**7** of the top 10 **Retail Banks**

**Your choice regarding cookies on this site**

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

Ok Cookie Preferences ×

Solutions | Industries | Impact | Partners | Resources | About | Contact Us

# How Can We Help?

**Our Solutions**  **Solve a Challenge**  **Industry Work**

| ACQUIRE | RETAIN | GROW |
|---|---|---|
| **2X** | **154%** | **20%** |
| more conversions of ideal prospects | more purchases from repeat customers | more spend from loyal members |

**CLIENT CASE STUDY**

### Your choice regarding cookies on this site

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve your experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

**Ok**  **Cookie Preferences**

Agencies    Careers    Events    Privacy

Solutions    Industries    Impact    Partners    Resources    About    Contact Us

# Elevates Customer Engagement

Learn More

# Get the Most Value Out of Your Marketing Cloud Investments

Partnering with the best means **growth for our clients**. We serve as strategic advisors and technical experts on the latest **marketing cloud** and **AI technologies** and integrate our data and identity solutions to help brands build the right data foundation for **improved marketing performance**. Plus, you can find and activate our data in leading ad technology platforms.

Explore Our Partners

## Your choice regarding cookies on this site

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

Ok    Cookie Preferences

Agencies   Careers   Events   Privacy

Solutions   Industries   Impact   Partners   Resources   About   Contact Us

# Success Stories

We don't win unless our clients win. We put our **55+** years of data-driven marketing expertise to work solving our clients' biggest challenges. While marketing has never been more complicated or fragmented, we've never been more committed to clients' success.



Scott's Miracle-Gro Achieves 11x Campaign Lift using InfoBase-Powered Audience Modeling

Learn more ❯



Heathrow's Digital Transformation

Learn more ❯



Acxiom Provides up to 75% Savings on New Client Acquisition for Upwork

Learn more ❯

More Case Studies

## Your choice regarding cookies on this site

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

Ok   Cookie Preferences





   



  

   

# Results You Can Count On

0

in proven campaign performance

0

greater recognition of people

activation destinations

# The Trusted Data-Driven Marketing Experts

We love our people. Recognized as a Great Place to Work™, our average associate tenure is 13 years – that's 2-3x the industry average. People who love people **love to**

**Your choice regarding cookies on this site**

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

Ok Cookie Preferences

EQUALITY

## Our Story



We've been **making marketing better** for the world's biggest brands and agencies since humans took their first steps on the moon. And while tech has changed, our commitment to help brands acquire, retain, and grow has not. It's an **AI-enabled, data-driven** world, and we've always been at the forefront of data done right. Best of all, we're here to make it work for you.

## Featured Resources

 01 / 04 

### Your choice regarding cookies on this site

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

Ok    Cookie Preferences

Agencies    Careers    Events    Privacy

Solutions    Industries    Impact    Partners    Resources    About    Contact Us

# Are You Ready for Marketing Made Better?

We can help you understand your customers, stay ahead of regulations, and **grow your business**.

Contact Us

### What We Do
- Data
- Martech Services
- Identity Resolution
- Digital Transformation
- Analytics Services
- Data Privacy

### What We Think
- Blog
- Downloads
- Case Studies
- People-Based Marketing
- Data Privacy and Ethics
- CCPA
- Understanding the GDPR
- The New Data Economy

### About Us
- Company
- Our Partners
- Careers
- News
- Contact Us
- Diversity, Equity and Inclusion

© 2024 Acxiom LLC

DO NOT SELL MY PERSONAL INFORMATION
LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION

## Your choice regarding cookies on this site

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

Ok    Cookie Preferences

Document title: Data, Identity Solution &amp; People-Based Marketing Solutions | Acxiom
Capture URL: https://www.acxiom.com
Capture timestamp (UTC): Wed, 05 Jun 2024 19:45:27 GMT
Page 7 of 8

# Are You Ready for Marketing Made Better?

We can help you understand your customers, stay ahead of regulations, and **grow your business**.

**Contact Us**

**What We Do**
- Data
- Martech Services
- Identity Resolution
- Digital Transformation
- Analytics Services
- Data Privacy

**What We Think**
- Blog
- Downloads
- Case Studies
- People-Based Marketing
- Data Privacy and Ethics
- CCPA
- Understanding the GDPR
- The New Data Economy

**About Us**
- Company
- Our Partners
- Careers
- News
- Contact Us
- Diversity, Equity and Inclusion

© 2024 Acxiom LLC

**DO NOT SELL MY PERSONAL INFORMATION**

**LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION**

Acxiom is a data broker under Texas law. To conduct business in Texas, a data broker must register with the Texas Secretary of State (Texas SOS). Information about data broker registrants is available on the Texas SOS website at https://www.sos.state.tx.us/index.shtml

Privacy    Site Map

### Your choice regarding cookies on this site

We use cookies to enable core website functionality, and to improve your experience by providing insights into how the site is being used. For more information about how we use your cookies, please visit our privacy policy. If you continue to use our website, you are agreeing to our use of cookies. We and our advertising partners use cookies on this website to improve the experience of your visit and provide you with personalized advertising from this website and other advertisers in AdRoll's network.

**Ok**    **Cookie Preferences**