# EXHIBIT 26

PageVault

| | |
|---|---|
| Document title: | Leading software for nonprofits, education, and CSR |
| Capture URL: | https://www.blackbaud.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:43:09 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:43:12 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 8 |
| Capture ID: | gN9JESyApRyPJXJwWyrHcd |
| User: | automation@page-vaul |

PDF REFERENCE #:    nHZQFSnHuDo68sN6t66zck

# For the People Who Change the World.

Request a Demo →

bbcon 2024   |   bbcon Early-Bird Registration Is Open: Lock in Your Rate by June 13!   →

Software built for fundraising, nonprofit accounting, education, CSR and more.

Fueling bigger, bolder impact — everywhere.

**Millions**
of users in
100+ countries

**$100B+**
raised, granted, or invested
through our software annually

**100%**
focused on social impact:
nonprofits + foundations,
education, CSR

Explore what's possible.
Purpose-built solutions for:




Explore what's possible.
Purpose-built solutions for:





### Fundraising

Increase your revenue through ticketing, marketing, and CRM management.



### Fund Accounting

Simplify your accounting and track budgets, revenue, donations and taxes.



### Education Solutions

Get end-to-end school management from LMS to tuition and student information.



### CSR and Corporate Impact

Easily manage your employee engagement programs.



### Grantmaking

Make your giving programs more efficient, strategic and outcome-focused.



We understand what's at stake when you count on us.



"Our partnership with Blackbaud is critical. We need to scale as we are growing, and Blackbaud products allow us to do that."

**Jennifer Grantham**
*Senior Director of Annual Giving,*

# We understand when you count on us.

> critical. We need to scale as we are allow us to do that.
>
> **Jennifer Grantham**
> *Senior Director of Annual Giving,
> San Diego Humane Society*



Explore Customer Stories →

       

       

## Expertise is built in.

Blackbaud software is designed for your organization's core business needs. Built for wins, not workarounds.

### Your Privacy is important to us

Blackbaud uses anonymous data provided by cookies to improve site navigation, analyze site usage, and assist in our marketing efforts. Learn more.

Accept

Manage Cookies





Welcome to Blackbaud!
Can I help you find something?

This chat may be recorded for quality assurance purposes. View our Privacy policy here.







Explore our solutions for:

- Nonprofit Organizations →
- K-12 Schools →
- Higher Education Institutions →
- Arts and Cultural Organizations →
- Healthcare Organizations →
- Foundations →
- Companies →

LATEST RESOURCES

Welcome to Blackbaud! 

Can I help you find something?

This chat may be recorded for quality assurance purposes. View our Privacy policy here.

## Your Privacy is important to us

Blackbaud uses anonymous data provided by cookies to improve site navigation, analyze site usage, and assist in our marketing efforts. Learn more.

Accept

Manage Cookies

RESOURCE | EBOOK

### Major Giving with Blackbaud Raiser's Edge NXT: A Lookbook for Fundraisers

Flip through the pages of our lookbook to discover how nonprofit and healthcare organizations, schools, and foundations use Blackbaud Raiser's Edge NXT to expand their major giving programs to reach their mission goals.

Learn More →

RESOURCE | WHITE PAPER

### Protecting Your Data and Your Impact: How Your Organization Can Enhance Your Data Security

Download this white paper to make sure your organization has the tools and processes in place to protect your data in the event of a cybersecurity attack.

Learn More →

**THE LATEST AT BLACKBAUD**



PRESS RELEASES

### Blackbaud Announces Major Wave of Innovation in Essential Social Impact Technology at bbcon 2023

Blackbaud kicked off its annual technology conference, bbcon, announcing the latest innovations for its purpose-built, essential software that's used worldwide to power fundraising, nonprofit financial management, company volunteering and giving, and education. ...



PRESS RELEASES

### Blackbaud Announces Winners of 2023 Social Good Startup Showcase

Blackbaud announced that FundMiner, Trellis, and Hatch have been named the winners of Blackbaud's annual Social Good Startup Showcase. This year for the first time, the showcase took place at bbcon, giving startup founders a chance to interact directly with Blackbaud customers. ...

Blackbaud kicked off its annual technology conference bbcon, announcing the latest innovations for its purpose-built, essential software that's used worldwide to power

been named the winners of Blackbaud's annual Social Good Startup Showcase. This year took place at bbcon, giving Blackb

Welcome to Blackbaud!

Can I help you find something?

This chat may be recorded for quality assurance purposes. View our Privacy policy here.

## Your Privacy is important to us

Blackbaud uses anonymous data provided by cookies to improve site navigation, analyze site usage, and assist in our marketing efforts. Learn more.

Accept

Manage Cookies

# Ready to fuel your impact?

Request a customized demo to see how Blackbaud software will help your team achieve its goals.

First Name:

Last Name:

Email Address:

Organization:

Job Title:

Phone:

Country:

Select...

Solution Area of Interest

Select...

Request a Demo →

All fields required

Company → Training → Support → Partners and Developers →

Welcome to Blackbaud!

Can I help you find something?

This chat may be recorded for quality assurance purposes. View our Privacy policy here.

## Your Privacy is important to us

Blackbaud uses anonymous data provided by cookies to improve site navigation, analyze site usage, and assist in our marketing efforts. Learn more.

Accept

Manage Cookies

Solution Area of Interest

Select...

Request a Demo →

All fields required

**Company** →

Our Executive Leadership

Corporate and Social Responsibility

Newsroom

Investor Relations

Cybersecurity

Privacy Resource Center

Locations

Careers

**Training** →

Blackbaud University

BlackbaudU Campus

Explore Our Curriculum

Continuing Education

Blackbaud Certification

**Support** →

Support Login

Knowledgebase

System Requirements

Downloads

How-to Documentation

**Partners and Developers** →

Blackbaud Marketplace

Partner Portal

For Developers

Our Flexible Ecosystem

**Contact Us** →

Chat With Us

Acceptable Use Policy Manage Cookies Your Privacy Choices Privacy Policy

Terms of Use

© 2023 Blackbaud, Inc. All Rights Reserved.

Select Your Region

United States





