# EXHIBIT 27

PageVault

| | |
|---|---|
| Document title: | Whitepages® - Official Site \| Find People, Phone Numbers, Addresses & More |
| Capture URL: | https://www.whitepages.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:45:39 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:45:41 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 54.175.14.236 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 5 |
| Capture ID: | eZvUWkN8hAG6mPn9ch5tNq |
| User: | automation@page-vaul |

PDF REFERENCE #:     dY52VzuUun3X3WXEGRMWMR

Background Checks | Whitepages for Business


whitepages
SEARCH. FIND. KNOW.

PEOPLE | PHONE | ADDRESS

e.g. Jon Snow | City, State, or ZIP

Log In | Sign Up

# Find people, contact info & background checks

Trusted by over 30 million people every month

**PEOPLE SEARCH** | REVERSE PHONE | REVERSE ADDRESS

e.g. Jon Snow | City, State, or ZIP | Search

Let's get started.
Search for a person by name, phone or address.



## What can I find on Whitepages?

| 📱 Cell phone numbers | 📋 Background checks | ⚖️ Criminal records |
| 🏠 Addresses | 👥 Relatives | ☎️ Landline numbers |

Show more ⌄

## How can I use Whitepages?

 **Find a Person**
Find people, cell phone numbers, addresses, relatives and more.

 **Look Up a Phone Number**
Find out who's calling, get owner's name. Identify spam and scam calls.

---

Document title: Whitepages® - Official Site | Find People, Phone Numbers, Addresses &amp; More
Capture URL: https://www.whitepages.com
Capture timestamp (UTC): Wed, 05 Jun 2024 19:45:41 GMT

Page 1 of 4





**Look Up an Address**
Find residents, tenants, property owners and property information.

**Get a Background Check**
Get instant criminal history, financial history, addresses and contact info.

## Names Directory

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| | | | | |
|---|---|---|---|---|
| Marisol Velasco | Nathaniel Hamilton | Sandra Faulkner | Norberta Moreno | Jennifer Clark |
| Randy Webb | Eun Yoon | Debra Mau | Patricia Taylor | Maurice Woodson |
| Anna Southern | Michael Messerly | Stephen Lowman | Lonnie Kline | David Ward |

Show more

# Frequently Asked Questions

**What is Whitepages?**

**How do I look up a person for free?**

**Can you find someone's address online?**

**How do I find an address from a number?**

**How can I find a phone number by name?**

**Is there a white pages mobile app?**

**How can a small business get updated addresses for its customer list?**

**What additional features are available in Whitepages Premium?**

Whitepages has been featured on

Forbes NBC The New York Times abc THE WALL STREET JOURNAL USA TODAY CBS

## What is Whitepages?

Whitepages is the authority in people search, established in 1997. With comprehensive contact information, including cell phone numbers, for over 250 million people nationwide, and **Whitepages SmartCheck** , the fast, comprehensive background check compiled from criminal and other records from all 50 states. Whitepages provides answers to over 2 million searches every day and powers the top ranked domains: **Whitepages** , **411** , and Switchboard.

**Start a search**

What additional features are available in Whitepages Premium? 

Whitepages has been featured on

     

## What is Whitepages?

Whitepages is the authority in people search, established in 1997. With comprehensive contact information, including cell phone numbers, for over 250 million people nationwide, and **Whitepages SmartCheck** , the fast, comprehensive background check compiled from criminal and other records from all 50 states. Whitepages provides answers to over 2 million searches every day and powers the top ranked domains: **Whitepages** , **411** , and Switchboard.

**Start a search**

### Company
Home
About Us
Careers
Blog

### Find
People Search
Phone Search
Address Search
Background Checks
Email Search

### Your Whitepages
Help
Privacy Policy
Terms of Use
Do Not Sell My Personal Information
California Privacy Notice

### More
White Pages
411.com
Peoplesearch.com

ZIP Codes   |   Area Codes   |   Phone Numbers   |
Last Name Directory:   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

  

© Whitepages Inc.   |   Sitemap