# EXHIBIT 28

PageVault

| | |
|---|---|
| Document title: | Registered Voter Lists \| eMerges.com |
| Capture URL: | https://www.emerges.com |
| Page loaded at (UTC): | Wed, 05 Jun 2024 19:44:10 GMT |
| Capture timestamp (UTC): | Wed, 05 Jun 2024 19:44:11 GMT |
| Capture tool: | 2.58.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/121.0.6167.85 Safari/537.36 |
| Operating system: | linux x64 (Node v20.5.1) |
| PDF length: | 2 |
| Capture ID: | jjbNYS9hDnfmqPKz3WmoA6 |
| User: | automation@page-vaul |

PDF REFERENCE #:    cCDSuAE9DLnogSii9NEqcQ

# You Need The Quantum Registered Voter List to Ensure You Are Heard.

*quan·tum* / ˈkwän(t)əm/ *noun* - a discrete quantity of political energy proportional in magnitude to the frequency it represents.

eMerge's is the nationally recognized provider of accurate and fresh registered voter data. eMerges has been providing registered voter lists to political campaigns, pollsters, committees, universities, and researchers etc. since February of 2000. Voter lists are nuanced and quirky; eMerges cleans them up and makes them right for you. Visit at our **Success Stories** page to see who we have assisted.

**You may customize two types of registered voter lists:**

## Standard Registered Voter Lists

For mailing and basic organizing: very similar to how the board of elections provides them but we customize it for you into an easy to use, standard, uniform format.

## Quantum Enhanced Registered Voter Lists™

Quantum voter data is our Standard Registered Voter List but super-charged with over 200 demographic-specific appends, e.g., phones, income, race, etc. This is for *precise targeting*. The magnitude of our Quantum enhanced voter demographics ensures that your message is heard by your targeted audience.

Whether you need just our basic Standard list or the enhanced Quantum list, eMerges registered voter lists may be tailored to your budget and customized pursuant to **statute**. Both our voter files are a hybrid of rare data that is no longer publicly available, commingled with fresh and accurate voter demographic data points so your message has a Quantum impact.

eMerges grants BUYERS a non-exclusive, non transferable, non-assignable, limited license to the eMerges.com Files subject to the terms and conditions of our **Agreement and any Exhibits**. The data is not for resale. BUYER agrees not to sell/transfer/trade/barter or permit any access or use of either all or part or any of the data to any other entity public or private or otherwise without written pre-approval from eMerges. The data is not for public display and is not permitted to be posted on the internet.

## More Customized Voter List Options:

**Polling Samples** - Acquire a carefully selected, statistically random polling sample to take the political pulse of any area in the US. **Membership Matching** - Match your membership list to any state voter file or our national voter file, to be sure your political supporters are both registered and participating.



### Links

- Government Record Opt Out
- Standard Registered Voters List
- Privacy Policy
- About Us
- Success Stories
- Ordering Quantum Registered Voter Lists
- Terms and Conditions
- My Account
- Blog
- Paying

### Mailing List

Email Address

○ Subscribe  ○ Unsubscribe

ABOUT SSL CERTIFICATES

Copyright 2024 eMerges.com, inc. All Rights Reserved. eCommerce Software by 3dcart.