# EXHIBIT 29

| | |
|---|---|
| Document title: | Oracle \| Cloud Applications and Cloud Platform |
| Capture URL: | https://www.oracle.com/ |
| Page loaded at (UTC): | Thu, 06 Jun 2024 16:12:40 GMT |
| Capture timestamp (UTC): | Thu, 06 Jun 2024 16:15:32 GMT |
| Capture tool: | 10.47.5 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 3 |
| Capture ID: | cZKC9gLjqeEw6BaNi1zswr |
| User: | lw-apasillas |

PDF REFERENCE #:    9EV9HCKs4JdYwX799Ehngj













ORACLE Database 23ai

## Announcing Oracle Database 23ai: bring AI to your data

Hear Larry Ellison and Juan Loaiza talk about the GenAI strategy behind Oracle Database 23ai.

Watch the announcement

### Intelsat cuts connectivity costs by 50% with Oracle Integration

A premier integrated space and terrestrial network operator seamlessly connects applications, data, and partner ecosystems.

INTELSAT

Read the story

### AT&T uses Oracle Cloud to revamp finance and planning processes

The telecom giant migrates to Oracle Cloud ERP and EPM, improving access to data and insights.

AT&T

Read the story

### Royal Vopak implements new target operating model with Oracle Cloud ERP

The provider of tank storage services simplifies its global IT landscape, establishes smart controls, and more with Oracle Cloud ERP.

Vopak

Read the story

Oracle Cloud
## Applications

A complete suite of cloud applications delivering consistent processes and data across your business

Explore cloud apps

Oracle Cloud
## Infrastructure

An automated, secure platform for migrating enterprise workloads and building new cloud native apps

Explore OCI

Talk to sales

## Learn why more than 400,000 customers trust Oracle

Explore all customer stories

# Products  Industries  Resources  Customers  Partners  Developers  Company

### Oracle Cloud Applications
A complete suite of cloud applications delivering consistent processes and data across your business

Explore cloud apps

### Oracle Cloud Infrastructure
An automated, secure platform for migrating enterprise workloads and building new cloud native apps

Explore OCI

## Learn why more than 400,000 customers trust Oracle

Explore all customer stories

  Australian National University  MGM RESORTS AMC THEATRES



### Uber relies on Oracle Cloud to deliver on promises to its customers

Read Uber's story

| Resources for | Why Oracle | Learn | News and Events | Contact Us |
|---|---|---|---|---|
| Careers | Analyst Reports | What is cloud computing? | News | US Sales: +1.800.633.0738 |
| Developers | Best cloud-based ERP | What is CRM? | Oracle CloudWorld | How can we help? |
| Investors | Cloud Economics | What is Docker? | Oracle CloudWorld Tour | Subscribe to emails |
| Partners | Corporate Responsibility | What is Kubernetes? | Oracle Health Summit | Integrity Helpline |
| Researchers | Culture and Inclusion | What is Python? | Oracle DevLive | |
| Students and Educators | Security Practices | What is SaaS? | Search all events | |

© 2024 Oracle  /  Privacy  /  Do Not Sell My Info  /  Cookie Preferences  /  Ad Choices  /  Careers