# EXHIBIT 30

PageVault

| | |
|---|---|
| Document title: | Homes.com: Homes for Sale, Homes for Rent, Real Estate |
| Capture URL: | https://www.homes.com/ |
| Page loaded at (UTC): | Thu, 06 Jun 2024 00:08:18 GMT |
| Capture timestamp (UTC): | Thu, 06 Jun 2024 00:09:11 GMT |
| Capture tool: | 10.47.5 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 6 |
| Capture ID: | iwRUgjApBpnRGT2fhCsumM |
| User: | lw-apasillas |

PDF REFERENCE #:   9xX3vPRzTmiRiyVrkMPvKq

Find an Agent | Homes.com | Register / Sign In



# Find a home in a neighborhood you love.

[For Sale ▾] [Place, Neighborhood, School or Agent 🔍]

## Trusted By 100 Million Buyers

Only Homes.com connects you directly to the person that knows the most about a property for sale, the listing agent.



**Explore Great Neighborhoods**
Explore video tours, in-depth research, and articles on 20,000 neighborhoods.

**Find Highly Rated Schools**
Find the very best schools with in-depth reviews and ratings from multiple experts.

**Discover Residential Buildings**
Discover residential buildings with our comprehensive building search.

**Find the Best Agent for You**
Search a million agent profiles with bios, photographs, reviews, and deal history.

## Neighborhoods in the Cambridge Area



**Lower Allston** — Trendy living in Lower Allston with famed music clubs

**Harvard Square** — A college town next to Charles River and downtown Boston

**Neighborhood Nine** — Historic homes near restaurants, Raymond Park

**Strawberry Hill** — Highly desirable neighborhood situated right next to Cambridge's Fresh Pond

**Allston** — Trendy riverside college community that thrums with action

See All Neighborhoods

## Open Houses



See All Neighborhoods

## Open Houses

Thursday, June 6 11am - 12pm

**$925,000** • 4 Beds • 1.5 Baths
18 Highland Ave
Arlington, MA 02476

Thursday, June 6 12pm - 1pm

**$1,475,000** • 2 Beds • 1.5 Baths
20 Clinton St Unit 7
Cambridge, MA 02139

Thursday, June 6 5pm - 6pm

**$995,000** • 1 Bed • 1 Bath
355 Congress St Unit 404
Boston, MA 02210

## Homes.com Suggestions

**$1,595,000**
3 Beds • 2.5 Baths • 2,267 Sq Ft
9 Winslow St
Cambridge, MA 02138

**$1,095,000**
3 Beds • 2 Baths • 1,454 Sq Ft
7 Arlington St Unit 23
Cambridge, MA 02140

**$1,350,000**
3 Beds • 2.5 Baths • 1,773 Sq Ft
188 Green St Unit 188
Cambridge, MA 02139

## Most Viewed

**769,539** Views

**$2,699,000** • 2 Beds • 2 Baths
975 Memorial Dr Unit 501
Cambridge, MA 02138

**57,294** Views

**$1,595,000** • 3 Beds • 2.5 Baths
9 Winslow St
Cambridge, MA 02138

**50,307** Views

**$1,095,000** • 3 Beds • 2 Baths
7 Arlington St Unit 23
Cambridge, MA 02140





$2,699,000 • 2 Beds • 2 Baths
975 Memorial Dr Unit 501
Cambridge, MA 02138



$1,595,000 • 3 Beds • 2.5 Baths
9 Winslow St
Cambridge, MA 02138



$1,095,000 • 3 Beds • 2 Baths
7 Arlington St Unit 23
Cambridge, MA 02140

## New to Market and Coming Soon

New 23 mins ago



$1,079,000 • 2 Beds • 1.5 Baths
52 Allston St
Charlestown, MA 02129

New 1 hour ago



$1,099,000 • 4 Beds • 2 Baths
38 Glencoe St
Brighton, MA 02135

New 1 hour ago



$700,000 • 1 Bed • 1 Bath
190 Commonwealth Ave Unit 4
Boston, MA 02116

## Luxury Homes

$35,000,000 List Price

4 Beds • 6 Baths • 7,256 Sq Ft
1 Dalton St Unit 6103
Boston, MA 02199

$29,900,000 List Price

6 Beds • 10 Baths • 10,022 Sq Ft
130 Commonwealth Ave
Boston, MA 02116

$27,000,000 List Price

6 Beds • 8 Baths • 9,624 Sq Ft
129 Commonwealth Ave
Boston, MA 02116

## Price Drop



$875,000  $900,000   ↓ $25K



$250,000  $625,000   ↓ $375K



$499,000  $525,000   ↓ $26K





| 2 Beds • 2 Baths • 1,149 Sq Ft | 1 Bath • 205 Sq Ft | 1 Bed • 1 Bath • 420 Sq Ft |
| --- | --- | --- |
| 99 Tremont St Unit 415 | 2 Westerly St Unit 1 | 35 Lawrence St Unit 1 |
| Boston, MA 02135 | Boston, MA 02130 | Boston, MA 02116 |

## Agents Specializing in Cambridge








**Jose Rojas** — Success! Real Estate — (781) 404-3627 — 87 Closed Sales
**Jay Liu** — Jiang Hua Liu — (781) 790-4120 — 32 Closed Sales
**Kathy Dwyer-Hydorn** — KAD Homes, LLC — (351) 300-4802 — 72 Closed Sales
**Alex Genovese** — Flow Realty, Inc. — (351) 666-4632 — 107 Closed Sales
**Stephen Dirrane** — Coldwell Banker Realty - … — (774) 806-8153 — 25 Closed Sales
**Carlina Nabatoff** — Real Broker MA, LLC — (857) 858-6750 — 5 Closed Sales

See All Agents

---

### REAL ESTATE IN POPULAR MARKETS

| | | |
| --- | --- | --- |
| Albuquerque Homes | Indianapolis Homes | Omaha Homes |
| Arlington Homes | Irvine Homes | Orlando Homes |
| Atlanta Homes | Jacksonville Homes | Pacific Palisades Homes |
| Aurora Homes | Kansas City Homes | Palm Beach Homes |
| Austin Homes | Knoxville Homes | Pasadena Homes |

### REAL ESTATE BY STATE

| | | |
| --- | --- | --- |
| AL Homes | KY Homes | ND Homes |
| AK Homes | LA Homes | OH Homes |
| AZ Homes | ME Homes | OK Homes |
| AR Homes | MD Homes | OR Homes |
| CA Homes | MA Homes | PA Homes |

+ View more

---

### RESOURCES
Blog
How To
Help

### MARKETPLACES
Apartments.com
ApartmentFinder.com
ApartmentHomeLiving.com
LoopNet.com
Land.com
Ten-X.com
BizBuySell.com
CitySnap.com

### LEGAL
Terms of Use
Privacy Notice
Accessibility
California Privacy Notice
Communication Opt Out
Equal Opportunity Housing

### ABOUT HOMES.COM
About Us
Why Agents Love Homes.com
Contact
Sitemap

Homes.com Licensing Information
§ 442-H New York Standard Operating Procedures
New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #01937601

Find an Agent  Register Sign In 

### Agents Specializing in Cambridge


Jose Rojas
Success! Real Estate
(781) 404-3627
87 Closed Sales


Jay Liu
Jiang Hua Liu
(781) 790-4120
32 Closed Sales


Kathy Dwyer-Hydorn
KAD Homes, LLC
(351) 300-4802
72 Closed Sales


Alex Genovese
Flow Realty, Inc.
(351) 666-4632
107 Closed Sales


Stephen Dirrane
Coldwell Banker Realty - ...
(774) 806-8153
25 Closed Sales


Carlina Nabatoff
Real Broker MA, LLC
(857) 858-6750
5 Closed Sales

See All Agents

### REAL ESTATE IN POPULAR MARKETS

| | | |
|---|---|---|
| Albuquerque Homes | Indianapolis Homes | Omaha Homes |
| Arlington Homes | Irvine Homes | Orlando Homes |
| Atlanta Homes | Jacksonville Homes | Pacific Palisades Homes |
| Aurora Homes | Kansas City Homes | Palm Beach Homes |
| Austin Homes | Knoxville Homes | Pasadena Homes |

### REAL ESTATE BY STATE

| | | |
|---|---|---|
| AL Homes | KY Homes | ND Homes |
| AK Homes | LA Homes | OH Homes |
| AZ Homes | ME Homes | OK Homes |
| AR Homes | MD Homes | OR Homes |
| CA Homes | MA Homes | PA Homes |

+ View more

### RESOURCES
Blog
How To
Help

### MARKETPLACES
Apartments.com
ApartmentFinder.com
ApartmentHomeLiving.com
LoopNet.com
Land.com
Ten-X.com
BizBuySell.com
CitySnap.com

### LEGAL
Terms of Use
Privacy Notice
Accessibility
California Privacy Notice
Communication Opt Out
Equal Opportunity Housing

### ABOUT HOMES.COM
About Us
Why Agents Love Homes.com
Contact
Sitemap

Homes.com Licensing Information
§ 442-H New York Standard Operating Procedures
New York Fair Housing Notice
TREC: Information about brokerage services, Consumer protection notice
California DRE #01937601
Contact Homes.com Brokerage



© 2024 CoStar Group