# EXHIBIT 31



# 2023
# Annual Report

www.elec.nj.gov



New Jersey
Election Law Enforcement Commission
April, 2024



# COMMISSIONERS & SENIOR STAFF



New Jersey Election Law Enforcement Commission
25 South Stockton Street, 5th Floor
Trenton, New Jersey

(609) 292-8700



Clockwise: Chairman Thomas H. Prol, Commissioner Ryan Peters, Commissioner Jon-Henry Barr, Acting Executive Director Joseph Donohue, IT Director Anthony Giancarli, Compliance Director Stephanie Olivo, Legal Administrator of Review and Investigation Theresa Lelinski, Acting Legal Director Amanda Haines, and Commissioner Norma R. Evans.



# TABLE OF CONTENTS

## MISSION STATEMENT

The essence of Democracy is an informed electorate. It is the fulfillment of this goal that the New Jersey Election Law Enforcement Commission (ELEC) embraces as its valued mission.

Established in 1973, ELEC monitors the campaign financing of all elections in the State. Whether the election is for Governor or Mayor, member of the Legislature or a City Council, candidates and campaign organizations are required to file with the Commission contribution and expenditure reports.

The Commission also administers the law requiring candidates for the Governorship and Legislature to make public their personal finances prior to election day. Moreover, ELEC administers those sections of the law, which establish a filing obligation on the part of lobbyists and their clients. Finally, ELEC is responsible for enforcing various aspects of the Pay-to-Play law, particularly as it pertains to disclosure.

In addition, the Commission is responsible for administering partial public financing of gubernatorial primary and general elections, for rule making, and, as part of its regulatory duties, for holding public hearings. Finally, ELEC exercises its enforcement authority, ensuring the integrity of the financial aspects of the State's electoral process.

A major part of New Jersey's system of elections, the Election Law Enforcement Commission has upheld a tradition of fair, but energetic, administration of the State's financial disclosure laws. That tradition is strong today and will remain so in the future.

**PAGE**

The Commission ........................................ 1

Message from the Chairman ...................... 5

Legislative Review and

    Recommendations .......................... 7

Statutory History of ELEC........................... 11

Compliance Division ................................. 13

Law Division

    Legal Section ...................................... 15

    Review and Investigation Section........ 16

Information Technology Division.............. 18

    Homepage .......................................... 20

Finance and Administration Division ........ 21

Commission Staff & Organization ............. 23

ELEC Overview ......................................... 24



## THE COMMISSION

### THOMAS H. PROL, CHAIRMAN

Thomas H. Prol is a member of the law firm Sills Cummis & Gross P.C. and is admitted to practice law in New Jersey, New York and before several federal courts.  He is a member of the American Bar Association House of Delegates, a Life Fellow of the National Conference of Bar Presidents, a Fellow of the American Bar Foundation, and a Past President of the New Jersey State Bar Association ("NJSBA"). Mr. Prol served as NJSBA's first openly gay leader in 2016-2017 and he has championed the resurgent effort to ratify New Jersey native Alice Paul's Equal Rights Amendment as the 28th Amendment to the United States Constitution.

Holding *Juris Doctorate* from New York Law School and Bachelor of Arts and Master of Public Health degrees from Emory University, in March 2020, the NJSBA called Mr. Prol back to service to oversee its Pandemic Task Force, leading the effort to fashion a strategic roadmap to address the impact of COVID-19 on the legal profession.

Throughout his legal career, Mr. Prol has been a vocal advocate on issues of equality, individual dignity, and access to justice. He co-drafted New Jersey's marriage equality legislation that was signed into law by Governor Phil Murphy on January 10, 2022. He was an advocate for, and successfully argued the defense of the New Jersey Criminal Justice Reform Act and the New Jersey Anti-Bullying Act. As a founding executive board member of Garden State Equality, New Jersey's largest LGBTQ education organization, Mr. Prol has championed civil rights and personal liberties for over two decades. He served as vice chairman of the National LGBT Bar Association and director of the LGBT Bar Association of Greater New York in 1999-2000.

Mr. Prol has appeared and authored/co-authored numerous briefs before the New Jersey Supreme and Superior Courts, New Jersey Council on Local Mandates, the U.S. Third Circuit Court of Appeals, and the United States Supreme Court over the past two decades. He has represented over a dozen municipal entities as general or special counsel and is an expert in local government law and parliamentary procedure.

Mr. Prol is General Counsel to the Municipal Clerks' Association of New Jersey and special environmental counsel to the County of Sussex and its municipal utilities authority. He previously served as Associate General Counsel and Agency Chief Contracting Officer for New York City's Department of



From left: Chairman Thomas H. Prol, Commissioner Ryan Peters, Commissioner Norma R. Evans, and Commissioner Jon-Henry Barr.

Consumer Affairs, and was an adjunct professor at Seton Hall University School of Law and New York Law School. Prior to practicing law, Mr. Prol was an environmental scientist and enforcement officer for the U.S. Environmental Protection Agency, and served two years as a volunteer in the U.S. Peace Corps in Nepal where he taught sanitation and health in Nepali villages in the eastern hill region near Mount Everest. Mr. Prol has also held externships with the U.S. Attorney's Office (EDNY), the New York City Commission on Human Rights, CNN and The Carter Presidential Center.

Governor Phil Murphy appointed Mr. Prol as Chairman of the New Jersey Election Law Enforcement Commission on June 14, 2023, and the Honorable Janine Allen, J.S.C., administered his oath of office on June 19, 2023.  He resides in Asbury Park.



## THE COMMISSION continued

### RYAN PETERS, COMMISSIONER

Ryan Peters is a native of Mount Laurel, New Jersey. He is a 2004 graduate of the U.S. Naval Academy, a 2012 graduate of the Rutgers School of Law and a graduate of the Johnson College of Business at Cornell University.

Upon successfully finishing training and certification as a Navy SEAL, he completed three combat deployments to Iraq and Afghanistan. At present, Ryan is a Navy Captain assigned to SEAL Team EIGHTEEN.

Ryan is a Vice President with Holman Enterprises in Mount Laurel, New Jersey. Formerly an associate attorney with Pepper Hamilton, LLP, resident in the Philadelphia and Princeton Offices, he concentrated his practice in commercial litigation, with a particular focus on arbitration, breach of contract litigation, and class action litigation. He is also a Certified Fraud Examiner and a Certified Anti-Money Laundering specialist with experience in anti-money laundering compliance and internal investigations.

Ryan is also actively involved in the community. He served as a member of the Burlington County Board of Chosen Freeholders from 2016 until 2018. In January of 2018, Ryan was sworn into the New Jersey Legislature as an Assemblyman representing New Jersey's 8th Legislative District. Ryan also served as the Chairman of the Board of Directors for the Liberty USO of Pennsylvania and Southern New Jersey; the Chairman of the Board of Directors for Goodwill Industries of Southern New Jersey and Philadelphia; and on the Board of Directors for Habitat for Humanity of Burlington and Mercer County.

### NORMA R. EVANS, COMMISSIONER

Norma R. Evans received her Juris Doctorate from Temple University Beasley School of Law. While in Law School she was a member of the Moot Court Honor Society and President of the Black Law Students Association.

Ms. Evans began her legal career at the Philadelphia law firm of Montgomery, McCracken, Walker and Rhoads as a Litigation Associate. Following her passion for public service, she became an Assistant Prosecutor with the Camden County Prosecutor's Office. She later joined the Attorney General's Office, Division of Criminal Justice, where she rose to the ranks of Supervising Deputy Attorney General, Deputy Chief of the Office of the Insurance Fraud Prosecutor and Counsel to the Insurance Fraud Prosecutor.

As a Deputy Attorney General, she helped to ensure fair and efficient elections, and assisted county election officials in resolving election day voting-related legal issues, to facilitate the preservation and protection of the right to vote. Her duties included handling any court applications, and providing timely legal advice to County Superintendents of Elections and Boards of Elections on emergent voting-related matters to help ensure the integrity of the voting process.

Over the course of her career, Ms. Evans was assigned to the Sandy Fraud Task Force and represented the Attorney General as legal counsel to the New Jersey Police Training Commission, the State Toxicology Lab and the Human Trafficking Task Force.

Recognized for her exceptional contribution to the Division of Criminal Justice and the State of New Jersey, Ms. Evans is the recipient of the Professional Lawyer of the Year Award from the New Jersey State Bar Association's Commission on Professionalism in the Law, the United States



# THE COMMISSION continued

Inspector General's Integrity Award, the Division of Criminal Justice Director's Award, and the New Jersey Outstanding Public Official Award.

Ms. Evans is the former President of the Association of Black Women Lawyers of New Jersey. She is a Life Member of Alpha Kappa Alpha Sorority, Inc. Ms. Evans currently serves on the South Jersey Legal Services, Inc. Board of Trustees and is the Vice President of the Garden State Unit of the National Association of Parliamentarians.

Ms. Evans earned her B.S. from Towson University and her J.D. from the James E. Beasley School of Law at Temple University.

## JON-HENRY BARR, COMMISSIONER

Jon-Henry "J.H." Barr is a lifelong resident of Union County, New Jersey. He graduated from Lehigh University with a bachelor's degree in government, and he earned his law degree from Seton Hall University School of Law. While in law school, he won a seat on the Clark Township Council at age 23, becoming one of the youngest elected officials in New Jersey at that time. After law school, he was a law clerk to Superior Court Judge Paul F. Chaiet in Monmouth County.

In 2001, Mr. Barr was appointed as Chief Municipal Prosecutor for Clark, a position he continues to hold today. He is a founding member of the New Jersey State Municipal Prosecutors Association, and served as its president for eight years. As a frequent speaker for continuing legal education seminars and for his leadership in the area of municipal court practice, he received the New Jersey State Bar Association's 2014 Municipal Court Practitioner of the Year award. That same year, due to his extensive experience prosecuting marijuana possession offenses, he joined the steering committee of New Jersey United for Marijuana Reform (NJUMR), a partnership of public safety, medical, civil rights, faith, and social justice groups and individuals. NJUMR played a key role in

the overwhelming approval of a November 2020 public referendum in which the citizens of New Jersey voted to legalize the possession of marijuana.

Mr. Barr's community involvement includes membership in the Clark Volunteer Emergency Squad, where he was a certified Emergency Medical Technician from 2003 to 2020, and served twice as the squad's president. For his volunteer service with the Clark squad, the Young Lawyer's Division of the New Jersey State Bar Association rewarded him with its "Service to the Community" trophy in 2005.

In 2017, Mr. Barr was appointed by the Union County Board of County Commissioners to the Board of Education of the Union County Vocational-Technical Schools, becoming the school board's vice-president two years later. He also earned a Certified Board Member recognition in 2023 from the New Jersey School Boards Association, where he currently sits on the Board of Directors as an Alternate Delegate for the vocational school boards of the state.

Mr. Barr is admitted to practice law in New Jersey, the District of Columbia, the U.S. Court of Appeals for the Third Circuit, and the United States Supreme Court. He has maintained a private law practice as the managing member of the law firm of Barr & Gulyas, L.L.C. in Clark since 1998. He is also a past president of the Union County Bar Association, which honored him in 2022 with its annual "Pro Bono Attorney of the Year" award.



THE COMMISSION continued

## EDWIN R. MATTHEWS, LEGAL COUNSEL

Edwin R. Matthews was selected to be the Commission's Legal Counsel and began serving in that capacity in November, 2012.

Mr. Matthews is a partner with the Summit, New Jersey law firm of Bourne, Noll & Kenyon. He specializes in the areas of civil litigation, municipal law, appellate practice, personal injury, products liability, and tax appeals.

Upon graduation from Law School, Mr. Matthews served as a Law Clerk for Associate Justice Mark A. Sullivan of the New Jersey State Supreme Court and as an Assistant United States Attorney for the District of New Jersey. He was twice recognized by the United States Attorney General for Sustained Superior Performance. Mr. Matthews has in the past served the Township of South Orange Village, as a member of its governing body, as its Municipal Court Judge, and as its Village Counsel.

Mr. Matthews, a Certified Civil Trial Attorney, is admitted in the State of New Jersey; United States District Courts for the District of New Jersey, the Southern District of New York, and the Eastern District of New York; United States Courts of Appeals for the Third Circuit and Second Circuit; the United States Supreme Court; and the State of New York. He has been designated Mediator for the United States District Court for the District of New Jersey as well as the New Jersey State Court Mediation Program. He has served as an Arbitrator for the Federal Court in New Jersey as well as a number of counties in the state court system. He served as a Member of the Committee on Character, appointed by the New Jersey Supreme Court (1993-2009, 2020 to present) and the Fee Arbitration Committee (2019 to present). His membership in a number of bar associations includes serving as a member of the Board of Trustees of the Trial Attorneys of New Jersey since 1986 and as its President from 2004 to 2005.

Mr. Matthews has lectured frequently at seminars on trial tactics, product liability, the Rules of Procedure and the Rules of Evidence. He is a Master of the Worrall F. Mountain Inn of Court and has been an adjunct faculty member of the School of Law and a Master of the Inn of Court at Seton Hall University School of Law.

Mr. Matthews served in the United States Marine Corps where he attained the rank of Captain. He was awarded the Bronze Star Medal with Combat V, Navy Commendation Medal with Combat V, two Purple Heart Medals, Combat Action Ribbon, and the New Jersey Distinguished Service Medal for service in Vietnam. Mr. Matthews has been recognized as a New Jersey Super Lawyer in the editions for 2009 through 2022. The New Jersey Commission on Professionalism presented him with its Professionalism Award in 2010.

Mr. Matthews received an A.B. degree from the College of the Holy Cross and J.D. degree from Seton Hall University School of Law.

## MESSAGE FROM THE CHAIRMAN

"It is a privilege to serve this State, and I am grateful to once again have that opportunity. I look forward to working alongside my fellow commissioners, continuing my commitment to public service, and protecting the integrity of our elections with transparent and fair enforcement of the law."
– NJ ELEC Commissioner Ryan Peters

"I consider it a great honor to be selected to serve on the Election Law Enforcement Commission.  As a career public servant, I am committed to vigilantly maintaining the integrity of campaign finances and other election matters, as well as providing transparency to the citizens of the State of New Jersey. I am proud to continue the important work of the Commission."
– NJ ELEC Commissioner Norma R. Evans

"My life's work has been a commitment to justice. I can think of no better way to serve the people of New Jersey than with the enforcement of our election laws. I am extraordinarily honored and grateful…and I look forward to working in a bipartisan manner with my fellow commissioners."
– NJ ELEC Commissioner Jon-Henry Barr

"The integrity of elections is a vital and sacrosanct component of a free and fair democracy. I commit to engaging the important work ahead with fairness, honesty, and respect for the dignity of all. Our representative government requires adherence to the rule of law and due process and I look forward to implementing the Commission's mandate with the guidance of those bedrock democratic principles."
– NJ ELEC Commission Chairman Thomas Prol

With these statements, my fellow Commissioners of the New Jersey Election Law Enforcement Commission ("NJ ELEC") and I have dedicated ourselves to taking up and vigorously enforcing the New Jersey Elections Transparency Act ("ETA") as well as implementing Governor Murphy's June 15, 2023, Executive Order 333 that mandates that "the residents of New Jersey are entitled to a government that is effective, efficient, and free from corruption, favoritism, and waste."

The new law promises transparency and we have and will continue to deliver. With the broad declarations of the legislative policy at N.J. Stat. § 19:44A-2.1 as our backdrop, the newly installed Commission has taken up the sacrosanct mission of overseeing and protecting the integrity of New Jersey's elections.



**Thomas H. Prol, Chairman**

As we assumed our offices, we were grateful to find support in the highly skilled and experienced staff of NJ ELEC. My fellow Commissioners and I were greeted by a group of dedicated and knowledgeable people, many of whom have dedicated their lives to free and fair elections in the Garden State. They are truly committed to their non-partisan service as the fiscal watchdogs of New Jersey elections.

The ETA and Governor's Executive Order brought many changes, including a lower reporting limit, enhanced disclosure requirements, uniform statewide pay-to-play mandates, and a reduced statute of limitations. The latter change required that NJ ELEC become a nimbler and even more immediately responsive enforcement agency – and we did.



## MESSAGE FROM THE CHAIRMAN continued

We appreciate the input of our friends (and, indeed, critics) in the press and public who continue to bring concerns and issues to our attention. In direct response to David Wildstein of New Jersey Globe, we headed-off a potential concern about the timing of reporting record releases that had the potential to interfere with the public's right to know. NJ ELEC addressed that concern in record time, engaging an intentional effort to turn records around quickly and fulfill the meaning of the ETA's transparency mandate as well as its public policy declarations.  We welcome and appreciate this. There is more to come.

Members of the public and press have been engaged in following and checking in on NJ ELEC. In particular, I had a frank and meaningful discussion with Matt Freidman of Politico about the better days that are ahead for NJ ELEC.

There are many new challenges on the horizon, and we intend to meet them head-on. We will be vigilant in watching for misuse of Artificial Intelligence in campaign finance and continuing to seek ways within the agency's authority to address it. The use of candidate and campaign funds to unlawfully interfere with the electoral process will not be tolerated. Nor will other acts that serve to disenfranchise voters.

We focus particular attention on preventing the use of campaign funds to target vulnerable and historically disenfranchised communities by suppressing voter turnout sowing, disinformation or fraudulently misrepresenting the truth.

Should the agency uncover issues of concern that lie are beyond its statutory scope, we will work with other agencies, including the state Attorney General's Office, county prosecutors, the U.S. Attorney's Office and the Federal Bureau of Investigation to address them.

On behalf of the New Jersey Election Law Enforcement Commission, we respectfully submit this Annual Report to the New Jersey Legislature.

### Five ELEC Employees Honored for Long Public Service



From Top Left: Elaine Salit, Shirley R. Bryant, Kimberly Key and Chairman Thomas Prol.
Bottom Left: Brian Robbins and Brenda A. Brickhouse.



## LEGISLATIVE REVIEW & RECOMMENDATIONS

### CAMPAIGN FINANCE ACTIVITY STRONG IN 2023 FOLLOWING ENACTMENT OF MAJOR NEW LAW

During the same year when the most sweeping overhaul of campaign finance laws in two decades became law, the 2023 legislative election drew heavy spending by candidates and independent groups active in the election.



**Joseph W. Donohue,
Acting Executive Director**

Among the milestones:

➢ Overall spending topped $70 million for only the second time in a legislative election, though those dollars had less buying power compared to some past years.
➢ Legislative fund-raising topped $55 million for the first time.
➢ At $47.4 million, legislative spending reached a new high.
➢ Nearly $23 million spent independently by special interest groups was the second highest ever for a legislative election.
➢ 25 independent groups took part in the general election- the most ever.

| | Campaign Finance Activity in 2023 New Jersey Legislative General Election | | | | | |
|---|---|---|---|---|---|---|
| **Year** | **Raised by Legislators** | **Spent by Legislators** | **Houses Running\*\*** | **Independent Spending** | **Total Spending** | **Totals In 2023 Dollars** |
| **2017** | $44,117,517 | $44,164,473 | S, A | $26,562,428 | $70,726,901 | **$88,775,360** |
| **2013** | $46,691,108 | $43,446,977 | S, A | $15,375,071 | $58,822,048 | **$77,687,463** |
| **2003** | $47,911,008 | $44,990,255 | S, A | $    4,857 | $44,995,112 | **$75,237,452** |
| **2007** | $50,797,317 | $47,231,847 | S, A | $   165,000 | $47,396,847 | **$70,331,314** |
| **2023\*** | **$55,852,814** | **$47,351,472** | **S, A** | **$22,969,841** | **$70,321,313** | **$70,321,313** |
| **2021** | $47,896,089 | $45,474,841 | S, A | $14,000,959 | $59,475,800 | **$67,531,383** |
| **2011** | $45,656,674 | $44,024,272 | S, A | $ 1,835,500 | $45,859,772 | **$62,726,881** |
| **2001** | $34,825,851 | $32,550,394 | S, A | $ 3,166,463 | $35,716,857 | **$62,084,978** |
| **2015** | $22,883,719 | $22,632,814 | A | $10,908,983 | $33,541,797 | **$43,540,498** |
| **2005** | $25,081,696 | $23,713,193 | A | $    3,476 | $23,716,669 | **$37,362,679** |

\*Preliminary \*\* S= Senate, A=Assembly



LEGISLATIVE REVIEW & RECOMMENDATIONS continued

The 2023 general election was the first to take place under the Elections Transparency Act, which Governor Phil Murphy enacted April 3, 2023. It imposed several key changes on election financing in the state.

For the first time since ELEC was created in 1973, the law required independent spending groups to identify all significant donors (those who gave more than $7,500). The new law raised contribution limits for non-gubernatorial candidates, parties and political committees for the first time since 2005. In another significant change, the new law removed past restrictions on public contractors that contribute to committees such as state parties and legislative leadership committees.

ELEC has not completed its final analysis of spending on the 2023 legislative campaign. Even so, some initial observations can be made about the impact of the new law.

One is that new donor disclosure rules for independent groups did a good job of flushing out major sources of funding. Only a single independent group that spent about $50,000- less than one percent of all spending- reported that all contributions were received in an amount below the reporting threshold. All other independent groups reported receiving contributions in excess of $7,500.

The new law also led to more disclosure of last-minute contributions and expenditures received by candidates, parties and some independent groups within 13 days of the election.

With one exception addressed in ELEC's legislative recommendations below, the law required disclosure of all contributions and expenditures above $200 within 72 or 24 hours during the final two weeks before the election. Faster turnaround was required closest to the election. Previously, only contributions and expenditures above $1,900 had to be reported during the final days of the election.

Legislators raised a record haul of nearly $56 million compared to an average of $46 million for four legislative campaigns since 2011 that included both houses. One likely reason for the nearly $10 million increase is that legislative candidates last fall were able to raise $5,200 for the election compared to $2,600 for the earlier races.

Another factor could be that party committees that support legislative candidates also were able to raise more money under the law, giving them more to give candidates.

ELEC found that the so-called "Big Six" committees- the two state parties and four legislative leadership committees- last year collectively raised about $2.1 million more under higher contribution limits. County parties in 2023 raised about $2.4 million more than they would have without the new law.

## NEW LEGISLATIVE RECOMMENDATIONS

### Recommendation One- Extend statute of limitations from two years to four years.

The Elections Transparency Act implemented a two-year statute of limitations for Campaign Act violations. While ELEC has demonstrated that it can issue complaints within two years, such a short statute of limitations may inhibit ELEC's ability to address certain violations. For example, candidate reporting is on a per election basis. Many candidates have reporting obligations for longer than two years for a single election, as terms of office vary within New Jersey. Extending the statute of limitations from two to four years will allow ELEC to effectively enforce the Campaign Act over the entirety of an election. The four-year period also matches the agency's record retention requirement. ELEC further recommends that the statute of limitations begin with the election date rather than the date of a violation.



LEGISLATIVE REVIEW & RECOMMENDATIONS continued

**Recommendation Two- Require Independent Expenditure Committees to Disclose Contributions above $7,500 and Independent Expenditures above $200 during the final 13 days before an Election; also require such committees to file postelection quarterly reports until the depository is closed.**

The Elections Transparency Act created "independent expenditure committees" that are required to disclose significant donors- those providing more than $7,500 in an election- and all independent expenditures. While all other reporting entities were transitioned from a 48-hour rapid reporting obligation to a bifurcated 72/24-hour rapid reporting obligation, no such obligation was created for independent expenditure committees.  As a result, transactions between the 11-day preelection report and the election are not required to be disclosed until the 20-day postelection report.

The 2023 election involved eight independent expenditure committees that were exempt from the 72/24-hour disclosure rule.  Sixty-one percent of their combined campaign finance activity was disclosed before the election- a total of $10.4 million. However, $6.7 million was reported after the election- or 39 percent. One committee disclosed eight percent of its activity before the election while another disclosed 36 percent. On the other hand, the one committee among the group that voluntarily submitted such reports disclosed 99 percent of its activity before the election.

In addition to a 72/24-hour rapid reporting provision for independent expenditure committees, ELEC recommends that independent expenditure committees file postelection quarterly reports. All other election-related committees are required to file quarterly reports until they pay off any remaining obligations.  At that point, such committees certify that their accounts are finalized.  Currently, independent expenditure committee reporting concludes with a 20-day postelection report.  There is no requirement to report the reconciliation of any outstanding obligations.  To increase transparency as to the sources of funding for independent expenditures, ELEC recommends a postelection quarterly report requirement for independent

expenditure committees that do not conclude all activity with the 20-day postelection report.

**Recommendation Three- Resolve Conflict Between ELEC Law and Daniel's Law**

Daniel's Law, as initially envisioned, was to provide that personal information including addresses and telephone numbers of Judges both sitting and former would be exempt from any disclosure made by any state agency.  The law was expanded to include additional persons who could register for non-disclosure under Daniel's Law, including prosecutors and former prosecutors, and employees of the Division of Child Protection. Persons residing with exempt persons can also register to have addresses exempted from disclosure.

While the Commission appreciates and respects the intent of Daniel's Law, it is apparent that complying with Daniel's Law would force ELEC to ignore its obligations under the Campaign Act. In addition, Commission and staff members believe it would be impossible to fully comply even if the two statutes were not fundamentally at odds.

## PRIOR RECOMMENDATIONS

**Broaden the governmental activities law to include lobbying of local governmental entities and to require more disclosure by professionals who advise lobbyists.**

Potential Benefit: Current law requires disclosure by lobbyists who try to influence state officials, but not those who try to influence county or municipal officials. This expansion of disclosure requirements will make the public better aware of influence peddling at local levels of government. For instance, dozens of New Jersey municipalities enacted bans on recreational marijuana in 2018 but no one knows who lobbied them. In recent years, lobbyists increasingly have sought the services of professionals in areas such as public relations, political, legal, and digital and television advertising.



LEGISLATIVE REVIEW & RECOMMENDATIONS continued

Disclosure by these so-called "shadow" lobbyists will provide the public with a more complete picture of lobbying activity in today's digital age. Also seek statutory authority to require lobbyists to provide more details on their quarterly reports when they lobby on substantive matters on their quarterly reports. This might include date and location of meeting, name and title of official or officials who took part in the meeting, and the specific reason for the meeting.

**When candidates spend campaign funds on dinners or other meetings, they must keep detailed records about who attended the event, what was purchased and why they considered the expense "ordinary and necessary."**

    Potential Benefit: More disclosure for the public and less chance that a candidate will misuse campaign funds for personal use.

**Enact legislation authorizing public financing in the event of a special gubernatorial election.**

    Potential Benefit:  Would ensure that candidates involved in a special election can avail themselves of public financing just like candidates in regular election years.

**Enact legislation that would require any state and local candidates in New Jersey setting up legal defense funds to disclose their contributions and expenditures in reports filed with ELEC.**

    Potential Benefit: Closes a gap in current law, which requires no such disclosure.

**Require school board candidates spending below the current reporting threshold to file a candidate certified statement (Form A-1).**

    Potential Benefit: School board candidates are the only candidates except for write-in candidates who are not required to make such a declaration.  Given that spending on school elections grew steadily during the past decade, fuller disclosure by candidates seems warranted.

**Expand the 72/24-hour notice requirement for continuing political committee (PACs) expenditures to require that they file notices for expenditures made to May Municipal, Runoff, School, and Special Elections.**

    Potential Benefit: More disclosure since an increasing amount of money is being spent on local elections.

**Change the filing date for personal financial disclosure statements to improve efficiency.**

    Potential Benefit: Personal financial disclosure forms of candidates discourage conflicts of interest by revealing information about the wealth and assets of those who seek elected office.  Providing candidates with more time in which to carefully complete these forms, along with a less confusing due date, will enhance compliance and disclosure with the law.

**OTHER RECOMMENDATIONS**

**Cost Savings and Efficiencies.**
- Eliminate the gubernatorial spending qualification threshold.
- Lengthen Commissioner terms to six years from three years and select the Commission Chairman or Chairwoman for a fixed term.

**Strengthen Campaign Finance, Personal Financial Disclosure and Lobbying Laws.**
- Enact legislation that gives statutory force to Commission prohibition against the use of campaign funds to pay legal bills that arise from criminal allegations.
- Require candidates who are no longer in office to close their campaign accounts within a specified time set by the Legislature.

# STATUTORY HISTORY OF ELEC

| LAW | CREATED/ESTABLISHED | EFFECTIVE DATE |
|---|---|---|
| *Election Law Enforcement Commission* | P.L. 1973, c.83 (N.J.S.A. 19:44A-1 et seq.) "The New Jersey Campaign Contributions and Expenditures Reporting Act" Signed by Governor William Cahill | April 24, 1973 |
| *Gubernatorial Public Financing Program* | P.L. 1974, c.26 (N.J.S.A. 19:44A-27 et seq.) Signed by Governor Brendan Byrne | May 6, 1974 |
| *Gubernatorial Public Financing Program Extending to Primary Elections* | (Chapter 74) Signed by Governor Brendan Byrne | July 23, 1980 |
| *Personal Financial Disclosure Program* | P.L. 1981, c.129 (N.J.S.A. 19:44B-1 et seq.) Signed by Governor Brendan Byrne | May 1, 1981 |
| *Lobbying Program* | P.L. 1981, c.150 (N.J.S.A. 52:13C-18 et seq.) Signed by Governor Brendan Byrne | May 22, 1981 |
| *Continuing Political Committee Quarterly Reporting* | P.L. 1983, c.579 (amendments to N.J.S.A. 19:44A-1 et seq.) Signed by Governor Thomas Kean | January 17, 1984 |
| *Gubernatorial Campaign Contributions & Expenditures -amendments* | (amendments to N.J.S.A. 19:44A-3 et al) Signed by Governor Thomas Kean | January 10, 1989 January 21, 1989 |
| *Lobbying Reform* | P.L. 1991, c.243 (amendments to N.J.S.A. 52:13C-18 et seq.) Signed by Governor James Florio | January 1, 1992 |
| *Campaign Finance Reform* | P.L. 1993, c.65 (amendments to N.J.S.A. 19:44A-1 et seq.) Signed by Governor James Florio | April 7, 1993 |
| *Street Money Reform Law* | P.L. 1993, c.370, (codified as N.J.S.A. 19:44A-11.7) Signed by Governor James Florio | January 7, 1994 |
| *Uniform Recall Election Law* | P.L. 1995, c.105, (codified as N.J.S.A. 19:27A-1 et seq.) Signed by Governor Christine Whitman | May 17, 1995 |
| *Political Identification Law* | P.L. 1995, c.391, (codified as N.J.S.A. 19:44A-22.2 and 22.3) Signed by Governor Christine Whitman | February 1, 1996 |
| *Non-Profit Disclosure by Gubernatorial Candidates* | P.L. 2001, c.20, (codified as N.J.S.A. 19.44A-27 et seq.) Denies eligibility for public financing to gubernatorial candidates who oversaw a 527 or 501(c) non-profit group within four years of their candidacies unless the candidate discloses contributions and expenditures by those committees. Signed by Governor Christine Whitman | January 30, 2001 |
| *Contribution Limit Changes* | P.L. 2001, c.384 (amendments to N.J.S.A. 19:44A-1 et seq.) Signed by Governor Donald DiFrancesco | January 8, 2002 |
| *Campaign Financing Reform Initiatives* | P.L. 2004, c.19, 21, 22, 28, 29, 30, 31, 32, 33, 123 (amendments to N.J.S.A. 19:44A-1 et seq.) Signed by Governor James McGreevey Signed by Governor Richard Codey (174) | June 16, 2004 through January 1, 2006 |



STATUTORY HISTORY OF ELEC continued

| | | |
|---|---|---|
| *2005 Clean Elections Pilot Project* | P.L. 2004, c.121<br>Signed by Governor James McGreevey | August 11, 2004 |
| *Lobbying Law Expansion* | P.L. 2003, c.255 and P.L. 2004, c20, 27, 34, 36, 37, and 38 (amendments to N.J.S.A. 52:13C-18 et seq.)<br>Signed by Governor James McGreevey | April 13 through August 16, 2004 |
| *Pay-to-Play Contracting Reform* | (amendments to N.J.S.A. 19:44A-1 et seq.).<br>P.L. 2004, c.19 (codified as N.J.S.A. 19:44A-20.3 - 20.12)<br>Signed by Governor James McGreevey<br><br>P.L. 2005, c.51 (codified as N.J.S.A. 19:44A-20.13 - 20.25)<br>Signed by Governor Richard Codey<br><br>P.L. 2005, c.271 (codified as N.J.S.A. 19:44A-20.26 - 20.27)<br>Signed by Governor Richard Codey | January 1, 2006<br>October 15, 2004<br>January 1, 2006<br>January 5, 2006 |
| *2007 Clean Elections Pilot Project* | P.L. 2007, c.60<br>Signed by Governor Jon Corzine | March 28, 2007 |
| *Office of Lieutenant Governor* | P.L. 2009, c.66<br>Signed by Governor Jon Corzine | June 26, 2009 |
| *Solicitation Ban on Public Property* | P.L. 2011 c.204<br>Signed by Governor Chris Christie | January 17, 2012 |
| *Eliminates the Requirement of Candidates to File Duplicate Copies of Campaign Treasurer's Reports with County Clerks* | P.L. 2014, c.58 and N.J.A.C. 19:25-8.12<br>Signed by Governor Chris Christie | January 1, 2015 |
| *Requires Governmental Affairs Agents to Disclose Compensation Received from State or Local Government Entities* | P.L. 2017, c.49 and N.J.A.C. 52:13C-21<br>Signed by Governor Chris Christie | May 1, 2017 |
| *Requires Gubernatorial Ballot Statements to be Posted Online* | P.L. 2017, c.177 and N.J.A.C. 19:44A-37<br>Signed by Governor Chris Christie | July 21, 2017 |
| *Elections Transparency Act* | P.L. 2023, c.30<br>Signed by Governor Philip Murphy | April 3, 2023 |



*Steve Kimmelman*



*Christopher Vigale*

## COMPLIANCE DIVISION

The Compliance Division was very busy in 2023 with the passage of the Elections Transparency Act in April. Changes in contribution limits, reportable contribution disclosure amounts, the timing and monetary thresholds of pre-election notices and changes in the pay-to-play law created a blizzard of compliance activity between the Primary and General elections. Adjustments were made to all manuals, forms, training materials and electronic filing programs. Phone calls for assistance because of the changes in reporting requirements and increases in contribution limits poured in from the regulated community and compliance staff were on hand to provide the assistance required.

Aside from the statutory changes implemented by the new Act, compliance adjusted internal operations to provide for the immediate disclosure of reports on the respective due dates. With greater campaign finance transparency resulting in a higher volume of reports filed and disclosure accomplished immediately to the public, compliance staff worked tirelessly to meet the mission of disclosure established by the Commission. Compliance staff voluntarily worked after hours on filing days for the General election to process reports for disclosure the same evening.

With the paramount objective of assisting the regulated community, the Compliance Division is on call and available to assist individuals in person, over a computer or over the phone to provide guidance regarding statutory and regulatory requirements relative to campaign finance, lobbying, pay-to-play and the gubernatorial public financing program. Assistance is provided to individuals that are candidates for public office and their treasurers, political committees and continuing political committees, governmental affairs agents and those represented by them, professional campaign fundraisers and business entities contracting

with public entities. The goal is to ensure that the regulated community files public disclosure reports that are accurate and on time. Staff also assists members of the public and the media with instruction on the use of the website to search and locate available data and reports, and with Open Public Records requests.

All State legislative offices and many local elections were in play in 2023 and compliance staff handled election cycle reporting by candidates, joint candidate committees, political committees and independent expenditure committees, which included candidacies for legislative and local primary and general,



Front row: Kim Key, Gianna Sama, and Desiree DeVito.
Back row: Nancy Fitzpatrick, Maite Hopkins, Milene Matos, Daniel Horowitz, Stephanie Olivo, Walter Leavey, Jr., Monica Triplin-Nelson, Carl Skurat, Deegan Lewer, & Titus Kamal.

municipal, December runoff, April and November school board, February and November fire district and the May Municipal election; quarterly reporting relating to candidates, political party committees, legislative leadership committees and continuing political committees; registration of governmental affairs agents; annual and quarterly lobbying disclosure; registration of professional campaign fundraisers and quarterly fundraising activity; and business entities with contracts with public entities.



## COMPLIANCE DIVISION continued

Compliance staff aids all regulated groups and individuals by providing direct mail reminders, delinquent and non-filer letters, guidance documents and reference materials for filing requirements and due dates for filing obligations. Upon obtaining the names of candidates, the division is in immediate and constant contact with those that have filing obligations.

| Election | Number of Candidates | Number of Committees |
|---|---|---|
| Fire Commissioner | 157 (Including candidates in the General) | 4 |
| April Schoolboard | 49 | 5 |
| May Municipal | 87 | 14 |
| Primary | 2,164 | 361 |
| General | 2,225 | 426 |
| December Runoff | 4 | 0 |
| November Schoolboard | 2,067 | 134 |
| **Total** | **6,753** | **944** |

| Regulated Group | Number | Reports Filed |
|---|---|---|
| Candidates and Committees | 7,697 | 29,795 |
| Public Contractors | 2,163 | 2,394 |
| Lobbyists (Avg) | 926 | 6,106 |
| Professional Fundraisers (Avg) | 18 | 73 |
| **Total** | **10,804** | **38,368** |

**Business Entity Disclosure of Contracts and Contributions for 2022 reported in 2023**

| 2,163 Business Entities | Number | Total Amount |
|---|---|---|
| Reported Contracts | 20,793 | $15,310,201,642 |
| Reported Contributions | 7,671 | $9,771,533 |

With mandatory electronic filing in place for all filing entities, ELEC receives nearly all required filings electronically which were disclosed on ELEC's website. Compliance officers review every report to associate the reports to the appropriate filing entity for easy web searching and review for compliance with the applicable law and regulations. Compliance staff creates correspondence upon review recommending corrections that would assist the filer to comply with the applicable rules for proper disclosure.

Compliance staff creates regulatory guidance documents, gives informational seminars and webinars, responds to telephone inquiries and assists individuals that appear in-person.

| Public Assistance | |
|---|---|
| Seminars/Webinars | 74 |
| Seminars Participants | 319 |
| Trained Treasurers | 310 |
| Telephone Assistance | 8,930 |
| Public Room Assistance | 60 |
| Open Public Records Responses | 31 |

Compliance staff continuously attempts to review disclosure reports for assistance with data collection for analytical press releases. It also regularly seeks improvements to forms and ELEC's website to better accommodate the regulated community. Staff reviews statewide election reports for contribution and expenditure totals and conducts a review of annual lobbyist reports to allow for the preparation and posting of analytical data.

The Compliance Division aspires to provide excellent customer service to both the regulated community and the public. Whether compliance is assisting over the phone, in a seminar or at a conference or convention, every effort is made to provide information and instruction on properly completing the disclosure forms and to provide the public with accurate and meaningful disclosure of information to promote the intent of the law and regulations. Compliance staff can be made available outside the office to provide informational seminars or training sessions, or to attend conferences or conventions. Providing helpful, courteous service each day to the regulated community and the public is our highest priority.



LAW DIVISION

## LEGAL SECTION

The Legal Section (Legal) is responsible for preparing advisory opinions and regulations, and interpreting and enforcing the laws under the jurisdiction of the Commission. Complaints, final decisions, advisory opinions, and regulations are posted on the Commission's website to provide the public with timely disclosure of the Commission's enforcement actions and convenient access to legal resources. Legal also advises the Commissioners and staff on various aspects of the Commission's work.

## ENFORCEMENT ACTIONS

The Commission is statutorily authorized to issue complaints alleging violations of the New Jersey Campaign Contributions and Expenditures Reporting Act (Campaign Act), N.J.S.A. 19:44A-1, et seq., in addition to the other statutes under the Commission's jurisdiction, and to seek monetary penalties. Legal prosecutes violations of the Campaign Act by issuing complaints, litigating those cases/enforcement actions to resolution and presenting them to the Commission for final decision determination. Enforcement actions are designed to achieve accurate and complete reporting by candidates and committees, and to discourage future violations by imposing appropriate penalties.

## COMPLAINTS

Legal issued 158 complaints in 2023. These complaints resulted from investigations and internal audits pertaining to calendar years 2021 and 2022, including the 2022 primary, municipal and general elections. Violations related to 48-hour notices and contribution and expenditure reporting by candidates and various committees were alleged.

Upon receipt of a complaint, Respondents have the right to request a hearing and have the matter transmitted to the Office of Administrative Law (OAL), or Respondents may waive their right to a hearing.



Top row: Amanda S. Haines, Gail L. Shanker, and Theresa J. Lelinski.
Bottom row: Tia Dinh, Kelley Keane-Dawes, and Ben Kachuriner.

## FINAL DECISIONS

At the conclusion of each case, the Commission issues a final decision that sets forth findings of fact and conclusions of law specifying violations found and penalties imposed for specific violations. Final decisions issued in 2023 found that candidates and committees violated the Campaign Act and imposed penalties for: (1) failing to file reports and filing late reports; (2) failing to file 48-hour notices; and (3) failing to report and late reporting of contribution and expenditure information. The Commission issued 205 final decisions in 2023. Monetary penalties paid during 2023 totaled $103,723.58.



## LAW DIVISION continued

## ADVISORY OPINIONS

To provide guidance to the regulated community, the Commission is authorized to issue advisory opinions to individuals and entities as to whether a given set of facts would constitute a violation by the requestor and/or whether a given set of facts would render the requestor subject to reporting requirements.  Advisory opinions are posted on ELEC's website. The Commission issued one advisory opinion in 2023.  Advisory Opinion 01-2023 (AO 01-2023) advised an individual intending to be a simultaneous candidate for United States Senate and Governor of New Jersey that all contributions received by the gubernatorial candidate committee, including coordinated expenditures from the Senate committee, will be subject to the contribution limit applicable to all gubernatorial candidates.  AO 01-2023 further advised that if the individual become a qualified candidate, all coordinated expenditures by the Senate campaign, including those made prior to an application for matching funds, would apply to the gubernatorial expenditure limit, subject to N.J.A.C. 19:25-16.27 exclusions.

## CONCLUSION

Interpreting and enforcing the provisions of law are critical elements of effective administration of the campaign and lobbying financial disclosure entrusted to the Commission.  Legal continues to meet its challenges in a professional and responsible manner by enforcing the laws fairly and uniformly, and respecting the protections afforded each Respondent under the law.

## REVIEW AND INVESTIGATION SECTION

The Review and Investigation Section consists of a Director of Review and Investigation, six investigators and one support staff.

In calendar year 2023, the Review and Investigation Section closed 52 investigations. The investigations primarily focused on the incomplete or untimely filing of campaign reports, campaign report information such as complete disclosure of contribution and expenditure information, receipt of excessive contributions, and reporting obligations of individuals and/or entities that expended funds independently of the candidate.



Top row: Marcus Malmignati, Shreve Marshall, and Tamico Flack.
Middle row: Brett Mead and Christopher Guear.
Bottom row: Danielle Hacker, Matthew Krinsley, and Laura Jurkiewicz.



## LAW DIVISION continued

### REQUESTS FOR INVESTIGATION

Any member of the public can request an investigation by completing the Confidential Request for Investigation form, which can be found on the Commission's web site, www.elec.nj.gov. The Requests for Investigation continue to be a major source of information regarding alleged violations of the Reporting Act as many members of the public continue to hold accountable their elected officials. When submitting a Request, it is helpful if the complainant provides as much information as possible, such as copies of campaign literature, photographs of campaign signs and any other information that may support the alleged reporting violation. However, these Requests cannot be filed by facsimile.

The Commission received a total of 183 Requests for Investigation in calendar year 2023. The Commission also initiates investigations as a result of staffs review of reports filed with the Commission. The Review and Investigation Section opened 22 new investigations in calendar year 2023. The Commission does not release any information to the public, indicating how it may have learned of a specific reporting violation or comment as to how an investigation is initiated.

### INVESTIGATIONS

In most cases, R&I will issue a subpoena either to entities that are the subject of the investigation or to financial institutions where a designated campaign or organizational depository is established. Subpoenas are issued for the production of documents that are needed to corroborate the financial information that was reported by the respondents or obtain more accurate information to assist the respondents with their filing obligations. In calendar year 2023, the section issued 75 subpoenas during the course of an investigation and in support of the Legal Section during litigation.

### NON-FILER COMPLAINTS

The Review and Investigation Section is also responsible for reviewing the filings of candidates and committees to make referrals for complaint to the Legal Section of those entities that fail to file with the Commission. In 2023, 157 such complaint recommendations were transmitted to the Legal Section

### ADMINISTRATIVE HEARING AND OTHER LEGAL SUPPORT

The Section's investigators also review the Commission's files for records of candidates and entities participating in an election who have failed to file any reports.

The R & I section also assists the attorneys in the Legal Section with follow-up enforcement activity such as locating addresses for sheriffs service of complaints and in the preparation of cases for hearings before the Office of Administrative Law. In this instance, the investigator is required to prepare as the State's witness in the cases in which the respondents do not waive their right to such hearings., The investigators are also called upon to review amended reports filed by respondents in response to Commission complaints.



INFORMATION TECHNOLOGY DIVISION

## INFORMATION TECHNOLOGY DIVISION

2023 was a busy year for the IT Department. The Elections Transparency Act, which was signed into law on April 3, 2023, required sweeping changes to the online filing applications as well as ELEC's website. Staff installed new office network equipment, while overseeing upgrades of the agency's main database and virtual servers.

method for all agency staff whether they work from the office or remotely.

The Elections Transparency Act made significant changes to various filing thresholds as well as timely reporting of certain contributions and expenditures leading up to election day.

ELEC's online filing applications, including ELEC eFile and sForms, required substantial enhancements to comply with the new Law. Compounding the difficulty was the fact that the changes had to be made in the middle of a legislative election year.



Front row: Shirley Bryant, Brenda Brickhouse, Aydan Altan, Anthony Giancarli, Kim Swartz, and Helen Kelly.
Back row: Maryanne Garcia, Peter Palaitis, Susan Danley, Lou Solimeo , Elias Amaya, Bettie Michael, Ken Colandrea, and Brian Robbins.

One previous software change that made the transition easier was ELEC's decision in 2019 to update its filing program from a PC-based application to a web-based platform. It gave all filers immediate access to the statutorily required updates.

Staff switched to Zoom as the online platform for monthly commission meetings. The IT section also updated its internet security web gateway and started planning for the automation of how filers obtain an electronic Registration and PIN signature.

While an initial plan was rejected, IT Staff won approval from the state Office of Information Technology to use Microsoft Teams Calling on a pilot basis. Staff have tested it extensively as an alternative to the current AT&T VOIP system. Finally, Zscalar, a virtual private network (VPN) that helps secure internet access, is being evaluated to provide a more efficient and effective connection

As part of our office relocation in 2017 to its offices into the NJ Network (NJN) Building on Stockton Street, ELEC was able to reuse existing network switches, hubs, routers, and gateways in the new location. Knowing that by October 2023 this equipment would be obsolete, upgrades were completed in two phases to minimize agency interruptions and to provide a smoother transition for staff. The life expectancy of the new network equipment is between 8 to 10 years.



## INFORMATION TECHNOLOGY DIVISION continued

An important aspect of any network is proper protection of the underlying infrastructure from unauthorized access and misuse. ELEC has upgraded to the Zscalar Internet Access (ZIA) Platform. This state-of-the-art solution is the world's leading secure web gateway (SWG) delivering a cloud native, AI-powered cyberthreat protection, and zero trust access to the internet.

The ability to effectively broadcast ELEC's monthly commission meetings to the public has become a priority since the pandemic. Allowing the public, whether the general citizenry, advocacy groups, or journalists, to easily attend an online meeting helps fulfill ELEC's commitment to transparency. Along with the use of Zoom, better audio equipment was purchased, and a camera was added so the public can view the actual proceedings.

ELEC may be the only agency where callers speak directly to a live person. The agency does not use an auto-attendant. Human operators route calls to Compliance, the IT help desk or other agency staff.

ELEC was given the go-ahead by the Office of Information Technology to run a thorough check of the Microsoft Teams Calling phone system. 20 licenses were secured to evaluate the efficiency and reliability of the product. Since the agency is already using the Office 365 cloud-powered productivity platform including email and Teams messaging, the testing of the Teams Calling application seemed logical. The system performed well during extensive testing, and the agency will be transitioning to the new phone service next year.

ELEC's main data warehouse is an Oracle Database. Oracle is one of the world's leading high-performance data management systems. The agency has been using Oracle since 1999. Like any other enterprise platform, the database must be upgraded to newer software versions to maintain

operating system compatibility and close off security threats. New features are also available to improve performance and known bug fixes. This year the IT staff updated Oracle 11g to version 19c.

Finally, in keeping pace with the Windows Server operating system, ELEC's 14 Virtual Servers were upgraded to version 2022. The agency moved from physical servers in 2021 to OIT's virtual environment to further improve overhead costs, reliability, and backup efficiency. This decision is aligned with ELEC's overall disaster recovery plan and improves its preparedness and recovery time should a disaster or emergency occur.

### DATA ENTRY SECTION

Although all reports are now filed electronically, contributions and expenditures reported by campaigns and committees spending under the R1 and R3 expenditure threshold are allowed to file a Short Form for disclosure. The Data Entry staff must enter this information in our database since the Short Form system does not extract data from the form.

The Data Entry staff processes these reports in an efficient and timely manner. They also update the database for the website daily and ensure reports are disclosed at the appropriate time.

Data entry is also responsible for the processing of all registration and PIN requests. This two-part number is used as an electronic signature for each person within a filing entity responsible for certifying the report.



HOMEPAGE



Governor Phil Murphy • Lt. Governor Tahesha

Search

State of New Jersey
New Jersey Election Law Enforcement Commission

NJHome | Services A to Z | Departments/Agencies | FAQs

Home    Public Information    Candidates/Committees    Lobbying    Pay-to-Play    Legal Resources    About ELEC



The Commission is working to update our website to provide updates and changes pertaining to the **Elections Transparency Act** which was signed into law on April 3, 2023. Please reference the link to view the new legislation and call Compliance staff with any questions.

### Advice for Filers

Forms (Electronic Filing)
➕ Candidates and Election Committees
  • Single Candidates
  • Joint Candidate Committees
  • Political Committee
  • Recall Candidates & Committee
  • Independent Expenditure
➕ Committees (CPC, PPC & LLC)
➕ ELEC ePayments
Gubernatorial Public Financing Program
Professional Fundraisers
Pay-to-Play
Treasurer Training
Lobbying

## Where To Find

| | | | |
|---|---|---|---|
| Filers | Contributions and Expenditures | Candidate or Committee Reports | Lobbying Reports |
| Press Releases | Pay to Play Reports | Complaints and Final Decisions | News Letters, White Papers and Other Publications |

### Press Releases

**Enforcement Action**
April 3, 2024

**Business Entity Annual Statements**
April 2, 2024

**Complaints Issued**
March 27, 2024

**Commission Meeting Agenda**
March 13, 2024

**ELEC Regulations**
March 13, 2024

**2023 Annual Lobbying Spending**
March 12, 2024

**2023 Lobbying Spending Trends**
March 11, 2024

### Spotlight On

ELEC-Tronic Newsletter
Issue 173 *March 2024* ▸

White Paper No. 31 ▸
Legislative Election 2021 –
The Southern Tsunami

2022 Annual Report ▸

The History of the Commission
Project – Volume 13 – Dr. Susan
Lederman – Former ELEC
Commissioner ▸

Gubernatorial General Debates
Schedule ▸

NEW JERSEY & ITS PARTY SYSTEM:
A Collection of Columns Extolling
the Benefits of Political Parties ▸

2021 Cost Index Report ▸

ELEC Still Doing Its Job Despite The
COVID-19 Crisis

▪ INSIDER NJ

### Contribution Limits

View contribution limits for
candidates, parties, political
committees and PACs ▸

### Disclosure Dates

Pending report disclosure
dates ▸

### How do I...?

Electronically file my reports?

• Candidates and Committees
• Lobbyists
• Public Contractors
• Gubernatorial Candidates

Request an Investigation ▸

Subscribe to ELEC News ▸

View ELEC Minutes ▸

View Statistical Information ▸

View Historical Information ▸

OPRA|Open
Public Records Act

Contact Us | Site Map/Search | Employment Opportunities

Statewide: **Privacy Notice** | **Legal Statement** | **Accessibility Statement** | NJ Home | Services A to Z | Departments/Agencies | FAQs

©2024 | State of NJ | NJ Election Law Enforcement Commission | P.O. Box 185, Trenton, NJ 08625-0185 | Tel. (609) 292-8700



FINANCE AND ADMINISTRATION DIVISION

## FINANCE AND ADMINISTRATION DIVISION

During 2023, the Finance and Administration Division continued to play an integral role in the successful operations of the Commission, by providing important management and employee services. Among the major areas handled and overseen by the Division are budget planning and analysis, purchasing/procurement, personnel and payroll administration, mail processing, and facilities management. Additionally, the Finance and Administration Division oversees multi-function devices and all other machinery maintenance for the entire Commission. Finally, reception services for the Commission are housed within the Finance and Administration Division. A great source of pride for all associated with the Commission is the fact that all telephone inquiries are still courteously and efficiently handled personally by a knowledgeable staff member and are not simply forwarded to a voicemail or telephone menu.

### BUDGET

One of the major areas of responsibility for the Finance and Administration Division is the preparation, analysis, and management of the Commission's budget. The Commission's fiscal year 2024 Direct State Services adjusted appropriation is $5,753,000 which is an increase of $286,000 from the fiscal year 2023 Direct State Services adjusted appropriation. This increase is from salary program to offset increases in salaries. Thus, the Finance and Administration Division staff continued to work to ensure the accurate budgeting and management of expenditures.

During 2023, the Finance and Administration Division staff worked tirelessly with other Commission Divisions to ensure the efficient management of the budget and the purchasing of necessary supplies and services, in order to keep the Commission functioning at an optimal level.

### PERSONNEL

Another major area of responsibility for the Finance and Administration Division is the



Front Row: Barbara Rann, Cheryl Lippincott, and Samantha Schutzbank.
Back Row: Kelvin Fisher, Aracelis Brown, Tamika McCoy, Christine Clevenger, Christopher Mistichelli, and Elaine Salit.

coordination and management of personnel activities for the entire Commission. The Finance and Administration Division staff successfully worked with the Civil Service Commission and the Governor's Office during 2023 to comply with all State personnel rules and regulations in backfilling positions. This has allowed overall staff levels to remain unchanged over the past few years.



# FINANCE AND ADMINISTRATION DIVISION  continued

ELEC staff had been working remotely from 2020 throughout the COVID-19 pandemic but were required to return to full-time in-person work in early 2022. After a few months of entirely in-office work, the Governor's office and Civil Service Commission introduced guidelines for a Pilot Telework Program. The Division of Finance and Administration was tasked with creating and implementing our Pilot Telework Program, which began in June 2022 and runs through the end of the current fiscal year, June 30, 2024; This pilot program allows eligible staff to work two days remotely and three days in office.

ELEC continues to follow all safety protocols and guidelines set forth by the CDC and the Governor's office, ensuring the well-being of our staff as well as ensuring operations remain uninterrupted. All State and Federal health and safety requirements, such as possible exposure notifications/quarantines, cleaning protocols, and the like have been strictly adhered to as they have been issued and/or updated.

## OTHER RESPONSIBILITIES

In addition to handling budget, fiscal and personnel matters for the Commission, the Finance and Administration Division is also responsible for general administrative functions, such as reception, mail processing, overseeing machinery and equipment maintenance, and acting as the Commission's liaison with Building Management. During 2023, the Division continued to work to maintain an atmosphere where all other Divisions could focus solely on their respective roles within the Commission, without concern for these day-to-day administrative issues.

## CONCLUSION

By providing important management and employee services in a timely and professional manner, the Finance and Administration Division has been an integral part of the Commission. During 2023, the Division operated within the parameters established by the Department of Treasury and the Governor's Office and continued to handle all responsibilities effectively.

In FY 2025, the Commission anticipates an appropriation of $6,662,000 based on the Governor's Budget Message.

| Comparison Of Fiscal Years 2023 And 2024 Original DSS Appropriations | | |
|---|---|---|
| | Fiscal-2023 Appropriation | Fiscal-2024 Appropriation |
| Salaries and Wages | 4,721,000 | 5,007,000 |
| Printing and Supplies | 44,000 | 39,000 |
| Services Other Than Personal | 700,000 | 705,000 |
| Maintenance and Fixed Charges | 2,000 | 2,000 |
| Total Operational | $5,467,000 | $5,753,000 |

| 2023 Evaluation Data | |
|---|---|
| Disclosure Reports (Total) | 38,368 |
| Campaign & Quarterly Lobbyist Pay-to-Play Professional Campaign Fundraiser | 29,795 6,106 2,394 73 |
| Investigations | 52 |
| Complaints | 158 |
| Public Assistance Requests | 10,628 |
| Fine Collection | $103,724 |
| Lobbying Annual Fees | $468,070 |
| Campaign Fundraiser Annual Fees | $ 15,000 |



# COMMISSION STAFF & ORGANIZATION CHART

## EXECUTIVE
**JOSEPH W. DONOHUE, ACTING EXECUTIVE DIRECTOR**
- Steven Kimmelman
- Christopher Vigale
- Elbia L. Zeppetelli

## COMPLIANCE DIVISION
**STEPHANIE A. OLIVO, ESQ., COMPLIANCE DIRECTOR**
- Carl Skurat
- Daniel Horowitz
- Deegan Lewer
- Desiree DeVito
- Gianna Sama
- Kimberly Key
- Maite Hopkins
- Michel Donato-Suarez
- Milene Matos
- Monica Triplin-Nelson
- Nancy Fitzpatrick
- Titus Kamal
- Walter Leavey, Jr.

## FINANCE & ADMINISTRATION DIVISION
**CHRISTOPHER MISTICHELLI, DIRECTOR**
- Aracelis Brown
- Barbara Rann
- Cheryl Lippincott
- Christine Clevenger
- Elaine J. Salit
- Kelvin Fisher
- Samantha Schutzbank
- Tamika McCoy

## LAW DIVISION
**AMANDA HAINES, ESQ., ACTING LEGAL DIRECTOR**
- Benjamin Kachuriner, Esq.
- Gail L. Shanker, Esq.
- Kelley Keane-Dawes, Esq.
- Theresa J. Lelinski, Esq.
- Maureen Tilbury

## REVIEW AND INVESTIGATION
**SHREVE E. MARSHALL, JR., DIRECTOR**
- Brett Mead
- Christopher Guear
- Danielle Hacker
- Laura Jurkiewicz
- Marcus Malmignati
- Matthew Krinsley
- Tamico Flack

## INFORMATION TECHNOLOGY DIVISION
**ANTHONY GIANCARLI, DIRECTOR**
- Aydan A. Altan
- Brian Robbins
- Elias J. Amaya
- Ken Colandrea
- Kim Swartz
- Louis Solimeo
- Maryanne Garcia
- Peter Palaitis
- Susan Danley

## INFORMATION TECHNOLOGY DATA
- Brenda A. Brickhouse
- Darlene Kozlowski
- Elizabeth Michael
- Helen Kelly
- Shirley R. Bryant





# ELEC OVERVIEW

**1973**
Frank P. Reiche, Chair
Judge Sidney Goldmann, Vice Chair
Judge Bartholomew Sheehan, Commissioner
Florence P. Dwyer, Commissioner

**1974-1979**
Frank P. Reiche, Chair
Judge Sidney Goldmann, Vice Chair
Josephine Margetts, Commissioner
Archibald S. Alexander, Commissioner

**1980-1981**
Judge Sidney Goldmann, Chair
Josephine Margetts, Vice Chair
Andrew C. Axtell, Commissioner
M. Robert DeCotiis, Commissioner

**1982-1983**
Andrew C. Axtell, Chair
M. Robert DeCotiis, Vice Chair
Justice Haydn Proctor, Commissioner
Alexander P. Waugh, Jr., Commissioner

**1984-1986**
Andrew C. Axtell, Chair
Alexander P. Waugh, Jr., Vice Chair
Justice Haydn Proctor, Commissioner
Owen V. McNanny III, Commissioner

**1987-1988**
Judge Stanley G. Bedford, Chair
Owen V. McNany, III, Vice Chair
Andrew C. Axtell, Commissioner
David Linett, Commissioner

**1989-1990**
Judge Stanley G. Bedford, Chair
Owen V. McNany, III, Vice Chair
David Linett, Commissioner
S. Elliott Mayo, Commissioner

**1991-1992**
Owen V. McNany, III, Chair
Judge Stanley G. Bedford, Commissioner
David Linett, Commissioner

**1993-1994**
Owen V. McNany, III, Chair
William H. Eldridge, Vice Chair
David Linett, Commissioner

**1995**
William H. Eldridge, Chair
Owen V. McNany, III, Vice Chair
David Linett, Commissioner
Michael Chertoff, Commissioner

**1996**
Judge Ralph V. Martin, Chair
David Linett, Vice Chair
Paula A. Franzese, Commissioner

**1997-2000**
Judge Ralph V. Martin, Chair
David Linett, Vice Chair
Paula A. Franzese, Commissioner
Lynnan B. Ware, Commissioner

**2001**
Judge Ralph V. Martin, Chair
Paula A. Franzese, Vice Chair
Lynnan B. Ware, Commissioner
Susan S. Lederman, Commissioner

**2002-2003**
Judge Ralph V. Martin, Chair
Paula A. Franzese, Vice Chair
Susan S. Lederman, Commissioner
Peter J. Tober, Commissioner

**2004-2006**
Jerry Fitzgerald English, Chair
Peter J. Tober, Vice Chair
Albert Burstein, Commissioner
Judge Theodore Z. Davis, Commissioner

**2007**
Jerry Fitzgerald English, Chair
Peter J. Tober, Vice Chair
Albert Burstein, Commissioner

**2008-2009**
Jerry Fitzgerald English, Chair
Peter J. Tober, Vice Chair
Albert Burstein, Commissioner
Judge Amos C. Saunders, Commissioner

**2010**
Jerry Fitzgerald English, Chair
Judge Amos C. Saunders, Vice Chair
Albert Burstein, Commissioner
Ronald DeFilippis, Commissioner

**2011**
Ronald DeFilippis, Chairman
Walter F. Timpone, Vice Chairman
Judge Amos C. Saunders, Commissioner
Judge Lawrence Weiss, Commissioner
(Appointed 4-2011- Deceased 11-13-2011)
Jerry Fitzgerald English, Commissioner
(Retired 3-15-2011)

**2012-2015**
Ronald DeFilippis, Chairman
Walter F. Timpone, Vice Chairman
Judge Amos C. Saunders, Commissioner
(Deceased 8-16-2015)

**2016**
Ronald DeFilippis, Chairman
Walter F. Timpone, Vice Chairman
(Resigned 5-2-2016)

**2017** (Retired 7-2017)
Ronald DeFilippis, Chairman

**7-2017-3/2023**
Eric H. Jaso, Chairman
Judge Stephen M. Holden, Commissioner
Marguerite T. Simon, Commissioner

**7-2023**
Thomas H. Prol, Chairman
Ryan Peters, Commissioner
Norma R. Evans, Commissioner
Jon-Henry Barr, Commissioner

**EXECUTIVE DIRECTORS**
| | |
|---|---|
| 1973-1976 | David F. Norcross |
| 1976-1981 | Lewis B. Thurston, III |
| 1981-1984 | Scott A. Weiner |
| 1984-2009 | Frederick M. Herrmann |
| 2009-2023 | Jeffrey M. Brindle |

**ACTING EXECUTIVE DIRECTOR**
| | |
|---|---|
| 11.2023 | Joseph W. Donohue |

**LEGAL COUNSEL**
| | |
|---|---|
| 1973-1994 | Edward J. Farrell |
| 1994-2012 | James P. Wyse |
| 2012-Present | Edwin R. Matthews |