# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>  *Plaintiff*  )<br>   v.  )<br>  )<br><u>Lightbox Parent, L.P., et. al.</u>  )<br>  *Defendant*  ) | | Case No. 24-4105 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>  *Plaintiff*  )<br>   v.  )<br>  )<br><u>Blackbaud, Inc., et. al.</u>  )<br>  *Defendant*  ) | | Case No. 24-3993 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>  *Plaintiff*  )<br>   v.  )<br>  )<br><u>Whitepages, Inc., et. al.</u>  )<br>  *Defendant*  ) | | Case No. 24-3998 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>  *Plaintiff*  )<br>   v.  )<br>  )<br><u>Hiya, Inc., et. al.</u>  )<br>  *Defendant*  ) | | Case No. 24-4000 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>  *Plaintiff*  )<br>   v.  )<br>  )<br><u>We Inform, LLC, et. al.</u>  )<br>  *Defendant*  ) | | Case No. 24-4037 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>Infomatics, LLC, et. al.</u>   )<br>*Defendant*   ) | | Case No. 24-4041 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>The People Searchers, LLC, et. al.</u>   )<br>*Defendant*   ) | | Case No. 24-4045 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>Commercial Real Estate Exchange, Inc., et. al.</u>   )<br>*Defendant*   ) | | Case No. 24-4073 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>DM Group, Inc., et. al.</u>   )<br>*Defendant*   ) | | Case No. 24-4075 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>Carco Group, Inc., et. al.</u>   )<br>*Defendant*   ) | | Case No. 24-4077 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|   *Plaintiff* | ) | |
|     v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
|   *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|   *Plaintiff* | ) | |
|     v. | ) | Case No. 24-4095 |
| | ) | |
| <u>Twilio Inc., et. al.</u> | ) | |
|   *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|   *Plaintiff* | ) | |
|     v. | ) | Case No. 24-4098 |
| | ) | |
| <u>Quantarium Alliance, LLC, et. al.</u> | ) | |
|   *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|   *Plaintiff* | ) | |
|     v. | ) | Case No. 24-4103 |
| | ) | |
| <u>Yardi Systems, Inc., et. al.</u> | ) | |
|   *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
|   *Plaintiff* | ) | |
|     v. | ) | Case No. 24-4104 |
| | ) | |
| <u>6Sense Insights, Inc., et. al.</u> | ) | |
|   *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4106 |
| | ) | |
| Search Quarry, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4107 |
| | ) | |
| Acxoim, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4110 |
| | ) | |
| Enformion, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4111 |
| | ) | |
| Costar Group, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4112 |
| | ) | |
| Oracle International Corporation, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4113 |
| | ) | |
| Red Violet, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4114 |
| | ) | |
| Re/Max, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4168 |
| | ) | |
| Epsilon Data Management, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4171 |
| | ) | |
| People Data Labs, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4174 |
| | ) | |
| Labels & Lists, Inc., et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>    ) | | |
|     *Plaintiff*    ) | | |
|        v.    ) | Case No. 24-4175 | |
|    ) | | |
| <u>Claritas, LLC, et. al.</u>    ) | | |
|     *Defendant*    ) | | |

<u>Atlas Data Privacy Corporation, et. al.</u>   )
    *Plaintiff*   )
       v.   )    Case No. 24-4176
   )
<u>Innovis Data Solutions Inc., et. al.</u>   )
    *Defendant*   )

<u>Atlas Data Privacy Corporation, et. al.</u>   )
    *Plaintiff*   )
       v.   )    Case No. 24-4178
   )
<u>Accurate Append, Inc., et. al.</u>   )
    *Defendant*   )

<u>Atlas Data Privacy Corporation, et. al.</u>   )
    *Plaintiff*   )
       v.   )    Case No. 24-4181
   )
<u>Data Axle, Inc., et. al.</u>   )
    *Defendant*   )

<u>Atlas Data Privacy Corporation, et. al.</u>   )
    *Plaintiff*   )
       v.   )    Case No. 24-4182
   )
<u>Remine, Inc., et. al.</u>   )
    *Defendant*   )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>Lusha Systems, Inc., et. al.</u> )<br> *Defendant* ) | Case No. 24-4184 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>Teltech Systems, Inc., et. al.</u> )<br> *Defendant* ) | Case No. 24-4217 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>PeopleConnect, Inc., et. al.</u> )<br> *Defendant* ) | Case No. 24-4227 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>CoreLogic, Inc., et. al.</u> )<br> *Defendant* ) | Case No. 24-4230 |
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br> *Plaintiff* )<br> v. )<br> )<br> <u>Black Knight Technologies, LLC, et. al.</u> )<br> *Defendant* ) | Case No. 24-4233 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4256 |
| | ) | |
| Zillow, Inc., et. al. | ) | |
|     *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4261 |
| | ) | |
| Equimine, Inc., et. al. | ) | |
|     *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4269 |
| | ) | |
| Thomson Reuters Corporation, et. al. | ) | |
|     *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4271 |
| | ) | |
| Choreograph LLC, et. al. | ) | |
|     *Defendant* | ) | |
| | | |
| Atlas Data Privacy Corporation, et. al. | ) | |
|     *Plaintiff* | ) | |
|         v. | ) | Case No. 24-4288 |
| | ) | |
| Transunion, LLC, et. al. | ) | |
|     *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|       v.     ) | Case No. 24-4292 | |
|     ) | | |
| <u>Melissa Data Corp., et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|       v.     ) | Case No. 24-4298 | |
|     ) | | |
| <u>Equifax Inc., et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|       v.     ) | Case No. 24-4299 | |
|     ) | | |
| <u>Spokeo, Inc., et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|       v.     ) | Case No. 24-4345 | |
|     ) | | |
| <u>i360, LLC, et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
|     *Plaintiff*     ) | | |
|       v.     ) | Case No. 24-4354 | |
|     ) | | |
| <u>Telnyx LLC, et. al.</u>     ) | | |
|     *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>   *Plaintiff*    )<br>        v.    )<br>      )<br><u>GoHunt, LLC, et. al.</u>    )<br>   *Defendant*    ) | | Case No. 24-4380 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>   *Plaintiff*    )<br>        v.    )<br>      )<br><u>Accuzip, Inc., et. al.</u>    )<br>   *Defendant*    ) | | Case No. 24-4383 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>   *Plaintiff*    )<br>        v.    )<br>      )<br><u>Synaptix Technology, LLC, et. al.</u>   )<br>   *Defendant*    ) | | Case No. 24-4385 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>   *Plaintiff*    )<br>        v.    )<br>      )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u>   )<br>   *Defendant*    ) | | Case No. 24-4389 |
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>   *Plaintiff*    )<br>        v.    )<br>      )<br><u>Fortnoff Financial, LLC, et. al.</u>    )<br>   *Defendant*    ) | | Case No. 24-4390 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>MyHeritage, LTD., et. al.</u>  )<br>*Defendant*  )  | | Case No. 24-4392 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>E-merges.com, Inc., et. al.</u>  )<br>*Defendant*  )  | | Case No. 24-4434 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Wiland, Inc., et. al.</u>  )<br>*Defendant*  )  | | Case No. 24-4442 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Atdata, LLC, et. al.</u>  )<br>*Defendant*  )  | | Case No. 24-4447 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Precisely Holdings, LLC, et. al.</u>  )<br>*Defendant*  )  | | Case No. 24-4571 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>      v.<br><br><u>Nuwber, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4609 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>      v.<br><br><u>RocketReach LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4664 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>      v.<br><br><u>Outside Interactive Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4696 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>      v.<br><br><u>Valassis Digital Corp., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4770 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>      v.<br><br><u>The Lifetime Value Co. LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4850 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) | | |
| *Plaintiff*                                              ) | | |
| v.                                                       ) | Case No. 24-4949 | |
|                                                          ) | | |
| <u>Belles Camp Communications, Inc., et. al.</u>         ) | | |
| *Defendant*                                              ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) | | |
| *Plaintiff*                                              ) | | |
| v.                                                       ) | Case No. 24-5334 | |
|                                                          ) | | |
| <u>First American Financial Corporation, et. al.</u>     ) | | |
| *Defendant*                                              ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) | | |
| *Plaintiff*                                              ) | | |
| v.                                                       ) | Case No. 24-5600 | |
|                                                          ) | | |
| <u>Property Radar Inc., et. al.</u>                      ) | | |
| *Defendant*                                              ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) | | |
| *Plaintiff*                                              ) | | |
| v.                                                       ) | Case No. 24-5656 | |
|                                                          ) | | |
| <u>The Alesco Group, L.L.C., et. al.</u>                 ) | | |
| *Defendant*                                              ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>           ) | | |
| *Plaintiff*                                              ) | | |
| v.                                                       ) | Case No. 24-5658 | |
|                                                          ) | | |
| <u>Searchbug, Inc., et. al.</u>                          ) | | |
| *Defendant*                                              ) | | |

|  |  |  |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-5775 |
|  | ) | |
| <u>Amerilist, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
|  |  |  |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-6160 |
|  | ) | |
| <u>LexisNexis Risk Data Management, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

## **APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

As stated on the Order of Notice and Certification filed on May, 9, 2024, and pursuant to 28 U.S.C. § 2403, the court certifies to the Attorney General of New Jersey that the constitutionality of Daniel's Law has been facially challenged. To that end, The Attorney General of New Jersey seeks to intervene and file a brief in support of the statute's constitutionality across all consolidated matters.

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date:   6/28/2024

*Attorney's signature*

KASHIF T. CHAND
N.J. Bar No. 016752008
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

KASHIF.CHAND@LAW.NJOAG.GOV
*E-mail address*

973-648-2052
*Telephone number*

973-648-3879
*FAX number*