

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

June 28, 2024

The Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the District of New Jersey (by designation)
c/o United States District Court for the Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re: Attorney General of New Jersey's Request to be Added to the Docket of *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, No. 24-CV-4105-HB

Dear Judge Bartle:

      Per Your Honor's May 9, 2024, order filed on Docket No. 24-CV-4141 (Dkt. 17, p.8) and pursuant to 28 U.S.C. § 2403 and Fed. R. Civ. P. 5.1, the Attorney General of New Jersey seeks to intervene, and in doing so, file a brief in support of the constitutionality of N.J. Stat. Ann. §§ 47:1A-1, *et seq.*, and 56:8-166.1 (also known as "Daniel's Law"), across all consolidated matters. This office is currently negotiating a consent order with Plaintiff and Defendants seeking an extension of the brief filing deadline; it is anticipated that said consent order will be filed shortly on this docket. In the interim, we respectfully request that the Attorney General of New Jersey be added to the docket of this matter as an interested party.

                                Respectfully submitted,

                                MATTHEW J. PLATKIN
                                ATTORNEY GENERAL OF NEW JERSEY

By:      */s/ Kashif T. Chand*
                                Kashif T. Chand
                                Deputy Attorney General

cc: All counsel of record (via ECF)

