Troutman Pepper Hamilton Sanders LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540



www.troutman.com

---

Angelo A. Stio III
Partner
D: 609.951.4125
angelo.stio@troutman.com
Admitted in: New Jersey, New York, Pennsylvania

July 9, 2024

**VIA ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:    **DANIEL'S LAW CASES – BRIEFING SCHEDULE**

Dear Judge Bartle:

      We write regarding the July 8, 2024 letter and proposed Order that Plaintiffs submitted for the briefing schedule for Defendants' facial challenge to the constitutionality of Daniel's Law (the "Motion"). [Dkt. 35] . The proposed Order that Plaintiffs submitted contains a paragraph seeking to allow Defendants to have up to fifty (50) pages for their Consolidated Reply Brief. Defendants make this request because the twenty-five (25) page limit set by the Court in the June 3, 2024 Order [Dkt. 28] was for a Consolidated Reply to the Plaintiffs' Opposition Brief and did not contemplate the Attorney General's participation. Because Defendants must now respond to two briefs (i.e., the Plaintiffs' and the Attorney General's) they respectfully request permission to file a one Consolidated Reply Brief of fifty (50) pages in length as opposed to two twenty-five (25) page reply briefs.

      Thank you for your consideration of this request.

Respectfully,

*[signature]*

Angelo A. Stio III

Troutman Pepper Hamilton Sanders LLP, a Georgia limited liability partnership
Delia C. Donahue, Partner-in-Charge, Princeton Office

172722585v2

Honorable Harvey Bartle III, U.S.D.J.
July 9, 2024
Page 2



---

cc: Rajiv Parikh, Esq.
    Adam Shaw, Esq.
    John Yanchunis, Esq.
    Ryan McGee, Esq.
    Mark C. Mao, Esq.
    James Lee, Esq.