# UNITED STATES DISTRICT COURT
for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4105 |
| | ) | |
| <u>Lightbox Parent, L.P., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-3993 |
| | ) | |
| <u>Blackbaud, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-3998 |
| | ) | |
| <u>Whitepages, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4000 |
| | ) | |
| <u>Hiya, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4037 |
| ) | |
| We Inform, LLC, et. al. ) | |
|     *Defendant* ) | |
| | |
| Atlas Data Privacy Corporation, et. al. ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4041 |
| ) | |
| Infomatics, LLC, et. al. ) | |
|     *Defendant* ) | |
| | |
| Atlas Data Privacy Corporation, et. al. ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4045 |
| ) | |
| The People Searchers, LLC, et. al. ) | |
|     *Defendant* ) | |
| | |
| Atlas Data Privacy Corporation, et. al. ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4073 |
| ) | |
| Commercial Real Estate Exchange, Inc., et. al. ) | |
|     *Defendant* ) | |
| | |
| Atlas Data Privacy Corporation, et. al. ) | |
|     *Plaintiff* ) | |
|         v. ) | Case No. 24-4075 |
| ) | |
| DM Group, Inc., et. al. ) | |
|     *Defendant* ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4077 |
| | ) | |
| <u>Carco Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4095 |
| | ) | |
| <u>Twilio Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| <u>Quantarium Alliance, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| <u>Yardi Systems, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4104 |
| | ) | |
| <u>6Sense Insights, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4106 |
| | ) | |
| <u>Search Quarry, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4107 |
| | ) | |
| <u>Acxoim, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4110 |
| | ) | |
| <u>Enformion, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4111 |
| | ) | |
| <u>Costar Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Oracle International Corporation, et. al.</u> )<br>*Defendant* ) | Case No. 24-4112 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Red Violet, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-4113 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Re/Max, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4114 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Epsilon Data Management, LLC, et. al.</u> )<br>*Defendant* ) | Case No. 24-4168 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>People Data Labs, Inc., et. al.</u> )<br>*Defendant* ) | Case No. 24-4171 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4174 |
| | ) | |
| <u>Labels & Lists, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4175 |
| | ) | |
| <u>Claritas, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4176 |
| | ) | |
| <u>Innovis Data Solutions Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4178 |
| | ) | |
| <u>Accurate Append, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4181 |
| | ) | |
| <u>Data Axle, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.        )<br>    *Plaintiff*                     )<br>        v.                   )<br>                        )<br>Remine, Inc., et. al.               )<br>    *Defendant*              ) | Case No. 24-4182 |
| Atlas Data Privacy Corporation, et. al.        )<br>    *Plaintiff*                     )<br>       v.                   )<br>                        )<br>Lusha Systems, Inc., et. al.     )<br>    *Defendant*              ) | Case No. 24-4184 |
| Atlas Data Privacy Corporation, et. al.        )<br>    *Plaintiff*                     )<br>       v.                   )<br>                        )<br>Teltech Systems, Inc., et. al.   )<br>    *Defendant*              ) | Case No. 24-4217 |
| Atlas Data Privacy Corporation, et. al.        )<br>    *Plaintiff*                     )<br>       v.                   )<br>                        )<br>PeopleConnect, Inc., et. al.    )<br>    *Defendant*              ) | Case No. 24-4227 |
| Atlas Data Privacy Corporation, et. al.        )<br>    *Plaintiff*                     )<br>       v.                   )<br>                        )<br>CoreLogic, Inc., et. al.         )<br>    *Defendant*              ) | Case No. 24-4230 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|         v.   ) | Case No. 24-4233 | |
|            ) | | |
| <u>Black Knight Technologies, LLC, et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|         v.   ) | Case No. 24-4256 | |
|            ) | | |
| <u>Zillow, Inc., et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|         v.   ) | Case No. 24-4261 | |
|            ) | | |
| <u>Equimine, Inc., et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|         v.   ) | Case No. 24-4269 | |
|            ) | | |
| <u>Thomson Reuters Corporation, et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   ) | | |
|     *Plaintiff*   ) | | |
|         v.   ) | Case No. 24-4271 | |
|            ) | | |
| <u>Choreograph LLC, et. al.</u>   ) | | |
|     *Defendant*   ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4288 |
| | ) | |
| <u>Transunion, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4292 |
| | ) | |
| <u>Melissa Data Corp., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4298 |
| | ) | |
| <u>Equifax Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4299 |
| | ) | |
| <u>Spokeo, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4345 |
| | ) | |
| <u>i360, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　) | | |
| 　　　*Plaintiff*　　　　　　　　　　　　) | | |
| 　　　　　　v.　　　　　　　　　　　　　) | Case No. 24-4354 | |
| 　　　　　　　　　　　　　　　　　　　　) | | |
| <u>Telnyx LLC, et. al.</u>　　　　　　　　　) | | |
| 　　　*Defendant*　　　　　　　　　　　 ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　) | | |
| 　　　*Plaintiff*　　　　　　　　　　　　) | | |
| 　　　　　　v.　　　　　　　　　　　　　) | Case No. 24-4380 | |
| 　　　　　　　　　　　　　　　　　　　　) | | |
| <u>GoHunt, LLC, et. al.</u>　　　　　　　　) | | |
| 　　　*Defendant*　　　　　　　　　　　 ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　) | | |
| 　　　*Plaintiff*　　　　　　　　　　　　) | | |
| 　　　　　　v.　　　　　　　　　　　　　) | Case No. 24-4383 | |
| 　　　　　　　　　　　　　　　　　　　　) | | |
| <u>Accuzip, Inc., et. al.</u>　　　　　　　　) | | |
| 　　　*Defendant*　　　　　　　　　　　 ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　) | | |
| 　　　*Plaintiff*　　　　　　　　　　　　) | | |
| 　　　　　　v.　　　　　　　　　　　　　) | Case No. 24-4385 | |
| 　　　　　　　　　　　　　　　　　　　　) | | |
| <u>Synaptix Technology, LLC, et. al.</u>　　) | | |
| 　　　*Defendant*　　　　　　　　　　　 ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　) | | |
| 　　　*Plaintiff*　　　　　　　　　　　　) | | |
| 　　　　　　v.　　　　　　　　　　　　　) | Case No. 24-4389 | |
| 　　　　　　　　　　　　　　　　　　　　) | | |
| <u>Joy Rockwell Enterprises, Inc., et. al.</u>　　) | | |
| 　　　*Defendant*　　　　　　　　　　　 ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>*Plaintiff*  )<br>v.  )<br>  )<br><u>Fortnoff Financial, LLC, et. al.</u>  )<br>*Defendant*  ) | | Case No. 24-4390 |

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff*  )
        v.  )        Case No. 24-4392
         )
<u>MyHeritage, LTD., et. al.</u>  )
    *Defendant*  )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff*  )
        v.  )        Case No. 24-4434
         )
<u>E-merges.com, Inc., et. al.</u>  )
    *Defendant*  )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff*  )
        v.  )        Case No. 24-4442
         )
<u>Wiland, Inc., et. al.</u>  )
    *Defendant*  )

<u>Atlas Data Privacy Corporation, et. al.</u>  )
    *Plaintiff*  )
        v.  )        Case No. 24-4447
         )
<u>Atdata, LLC, et. al.</u>  )
    *Defendant*  )

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4571 |
| | ) | |
| <u>Precisely Holdings, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4609 |
| | ) | |
| <u>Nuwber, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4664 |
| | ) | |
| <u>RocketReach LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4696 |
| | ) | |
| <u>Outside Interactive Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4770 |
| | ) | |
| <u>Valassis Digital Corp., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br><u>The Lifetime Value Co. LLC, et. al.</u>  )<br>    *Defendant*  ) | Case No. 24-4850 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br><u>Belles Camp Communications, Inc., et. al.</u>  )<br>    *Defendant*  ) | Case No. 24-4949 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br><u>First American Financial Corporation, et. al.</u>  )<br>    *Defendant*  ) | Case No. 24-5334 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br><u>Property Radar Inc., et. al.</u>  )<br>    *Defendant*  ) | Case No. 24-5600 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*  )<br>        v.  )<br>  )<br><u>The Alesco Group, L.L.C., et. al.</u>  )<br>    *Defendant*  ) | Case No. 24-5656 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>   v.   )<br>   )<br><u>Searchbug, Inc., et. al.</u>   )<br>*Defendant*   )   | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>   v.   )<br>   )<br><u>Amerilist, Inc., et. al.</u>   )<br>*Defendant*   )   | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>   v.   )<br>   )<br><u>LexisNexis Risk Data Management, LLC, et. al.</u>   )<br>*Defendant*   )   | Case No. 24-6160 |

## APPEARANCE OF COUNSEL

Daniel M. Vannella, Assistant Attorney General, hereby enters an appearance on behalf of Intervenor, Attorney General of New Jersey.

                                                            MATTHEW J. PLATKIN<br>                                                            ATTORNEY GENERAL OF NEW JERSEY

                                      By:    <u>/s/ Daniel M. Vannella</u><br>                                                Daniel M. Vannella<br>                                                Assistant Attorney General

DATE: July 9, 2024