# UNITED STATES DISTRICT COURT
for the

<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4105 | |
| ) | | |
| <u>Lightbox Parent, L.P., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-3993 | |
| ) | | |
| <u>Blackbaud, Inc., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-3998 | |
| ) | | |
| <u>Whitepages, Inc., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. 24-4000 | |
| ) | | |
| <u>Hiya, Inc., et. al.</u> ) | | |
| *Defendant* ) | | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|    *Plaintiff* | ) | |
|       v. | ) | Case No. 24-4037 |
| | ) | |
| We Inform, LLC, et. al. | ) | |
|    *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|    *Plaintiff* | ) | |
|       v. | ) | Case No. 24-4041 |
| | ) | |
| Infomatics, LLC, et. al. | ) | |
|    *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|    *Plaintiff* | ) | |
|       v. | ) | Case No. 24-4045 |
| | ) | |
| The People Searchers, LLC, et. al. | ) | |
|    *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|    *Plaintiff* | ) | |
|       v. | ) | Case No. 24-4073 |
| | ) | |
| Commercial Real Estate Exchange, Inc., et. al. | ) | |
|    *Defendant* | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
|    *Plaintiff* | ) | |
|       v. | ) | Case No. 24-4075 |
| | ) | |
| DM Group, Inc., et. al. | ) | |
|    *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4077 |
| | ) | |
| <u>Carco Group, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4080 |
| | ) | |
| <u>Deluxe Corporation, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4095 |
| | ) | |
| <u>Twilio Inc., et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4098 |
| | ) | |
| <u>Quantarium Alliance, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |
| | | |
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4103 |
| | ) | |
| <u>Yardi Systems, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | |  |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*                                      )<br>        v.                                                    )<br>                                                             )<br><u>6Sense Insights, Inc., et. al.</u>                )<br>    *Defendant*                                    )  | Case No. 24-4104 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*                                      )<br>        v.                                                    )<br>                                                             )<br><u>Search Quarry, LLC, et. al.</u>              )<br>    *Defendant*                                    )  | Case No. 24-4106 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*                                      )<br>        v.                                                    )<br>                                                             )<br><u>Acxoim, LLC, et. al.</u>                          )<br>    *Defendant*                                    )  | Case No. 24-4107 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*                                      )<br>        v.                                                    )<br>                                                             )<br><u>Enformion, LLC, et. al.</u>                     )<br>    *Defendant*                                    )  | Case No. 24-4110 |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>  )<br>    *Plaintiff*                                      )<br>        v.                                                    )<br>                                                             )<br><u>Costar Group, Inc., et. al.</u>                )<br>    *Defendant*                                    )  | Case No. 24-4111 |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4112 |
| | ) | |
| Oracle International Corporation, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4113 |
| | ) | |
| Red Violet, Inc., et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4114 |
| | ) | |
| Re/Max, LLC, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4168 |
| | ) | |
| Epsilon Data Management, LLC, et. al. | ) | |
| _Defendant_ | ) | |

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et. al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No. 24-4171 |
| | ) | |
| People Data Labs, Inc., et. al. | ) | |
| _Defendant_ | ) | |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff* ) <br>         v.                                            ) <br>                                                    ) <br> Labels & Lists, Inc., et. al.            ) <br> *Defendant*                           ) | Case No. 24-4174 |
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff* ) <br>         v.                                            ) <br>                                                    ) <br> Claritas, LLC, et. al.                    ) <br> *Defendant*                           ) | Case No. 24-4175 |
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff* ) <br>         v.                                            ) <br>                                                    ) <br> Innovis Data Solutions Inc., et. al.  ) <br> *Defendant*                           ) | Case No. 24-4176 |
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff* ) <br>         v.                                            ) <br>                                                    ) <br> Accurate Append, Inc., et. al.       ) <br> *Defendant*                           ) | Case No. 24-4178 |
| Atlas Data Privacy Corporation, et. al.  ) <br> *Plaintiff* ) <br>         v.                                            ) <br>                                                    ) <br> Data Axle, Inc., et. al.                 ) <br> *Defendant*                           ) | Case No. 24-4181 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　)<br>　　　*Plaintiff*　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br><u>Remine, Inc., et. al.</u>　　　　　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　　　　)　 | Case No. 24-4182 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　)<br>　　　*Plaintiff*　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br><u>Lusha Systems, Inc., et. al.</u>　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　　　　) | Case No. 24-4184 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　)<br>　　　*Plaintiff*　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br><u>Teltech Systems, Inc., et. al.</u>　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　　　　) | Case No. 24-4217 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　)<br>　　　*Plaintiff*　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br><u>PeopleConnect, Inc., et. al.</u>　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　　　　) | Case No. 24-4227 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>　　)<br>　　　*Plaintiff*　　　　　　　　　　　　　　　)<br>　　　　　v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br><u>CoreLogic, Inc., et. al.</u>　　　　　　　　　)<br>　　　*Defendant*　　　　　　　　　　　　　　) | Case No. 24-4230 | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　*Plaintiff*<br>　　　　v.<br><br><u>Black Knight Technologies, LLC, et. al.</u><br>　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4233 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　*Plaintiff*<br>　　　　v.<br><br><u>Zillow, Inc., et. al.</u><br>　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4256 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　*Plaintiff*<br>　　　　v.<br><br><u>Equimine, Inc., et. al.</u><br>　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4261 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　*Plaintiff*<br>　　　　v.<br><br><u>Thomson Reuters Corporation, et. al.</u><br>　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4269 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>　　*Plaintiff*<br>　　　　v.<br><br><u>Choreograph LLC, et. al.</u><br>　　*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4271 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4288 |
| | ) | |
| <u>Transunion, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4292 |
| | ) | |
| <u>Melissa Data Corp., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4298 |
| | ) | |
| <u>Equifax Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4299 |
| | ) | |
| <u>Spokeo, Inc., et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 24-4345 |
| | ) | |
| <u>i360, LLC, et. al.</u> | ) | |
| *Defendant* | ) | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Telnyx LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4354 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>GoHunt, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4380 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Accuzip, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4383 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Synaptix Technology, LLC, et. al.</u> )<br>*Defendant* ) | | Case No. 24-4385 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u> )<br>*Plaintiff* )<br>v. )<br> )<br><u>Joy Rockwell Enterprises, Inc., et. al.</u> )<br>*Defendant* ) | | Case No. 24-4389 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>        v.<br><br><u>Fortnoff Financial, LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4390 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>        v.<br><br><u>MyHeritage, LTD., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4392 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>        v.<br><br><u>E-merges.com, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4434 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>        v.<br><br><u>Wiland, Inc., et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4442 |
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>        v.<br><br><u>Atdata, LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24-4447 |

| | |
|---|---|
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v. )<br>         )<br>Precisely Holdings, LLC, et. al. )<br>   *Defendant* ) | Case No. 24-4571 |
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v. )<br>         )<br>Nuwber, Inc., et. al. )<br>   *Defendant* ) | Case No. 24-4609 |
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v. )<br>         )<br>RocketReach LLC, et. al. )<br>   *Defendant* ) | Case No. 24-4664 |
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v. )<br>         )<br>Outside Interactive Inc., et. al. )<br>   *Defendant* ) | Case No. 24-4696 |
| Atlas Data Privacy Corporation, et. al. )<br>   *Plaintiff* )<br>      v. )<br>         )<br>Valassis Digital Corp., et. al. )<br>   *Defendant* ) | Case No. 24-4770 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4850 | |
| ) | | |
| <u>The Lifetime Value Co. LLC, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-4949 | |
| ) | | |
| <u>Belles Camp Communications, Inc., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-5334 | |
| ) | | |
| <u>First American Financial Corporation, et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-5600 | |
| ) | | |
| <u>Property Radar Inc., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>     ) | | |
| *Plaintiff*     ) | | |
| v.     ) | Case No. 24-5656 | |
| ) | | |
| <u>The Alesco Group, L.L.C., et. al.</u>     ) | | |
| *Defendant*     ) | | |

| | |
|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>Searchbug, Inc., et. al.</u>   )<br>*Defendant*   )  | Case No. 24-5658 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>Amerilist, Inc., et. al.</u>   )<br>*Defendant*   )  | Case No. 24-5775 |
| <u>Atlas Data Privacy Corporation, et. al.</u>   )<br>*Plaintiff*   )<br>v.   )<br>   )<br><u>LexisNexis Risk Data Management, LLC, et. al.</u>   )<br>*Defendant*   )  | Case No. 24-6160 |

## APPEARANCE OF COUNSEL

Joshua P. Bohn, Deputy Attorney General, hereby enters an appearance on behalf of Intervenor, Attorney General of New Jersey.

                                              MATTHEW J. PLATKIN
                                              ATTORNEY GENERAL OF NEW JERSEY

                          By:    <u>/s/ Joshua P. Bohn</u>
                                     Joshua P. Bohn
                                     Deputy Attorney General

DATE: July 11, 2024