IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LIGHTBOX PARENT, L.P., et al.,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-04105-HB<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN MCGEE** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of Ryan McGee, attorney at Morgan & Morgan, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. McGee's Certification and a proposed order are submitted herewith.

Dated July 22, 2024

By: */s/ Rajiv D. Parikh*<br>
Rajiv D. Parikh<br>
PEM Law LLP<br>
1 Boland Drive, Suite 101<br>
West Orange, NJ 07052<br>
Telephone: 973-577-5500<br>
Email: rparikh@pemlawfirm.com