# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | Hon. Harvey Bartle, III |
| Plaintiff, | |
| v. | Civil Action No. 24-4105 |
| LIGHTBOX PARENT, L.P., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-3993 |
| v. | |
| BLACKBAUD, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-3998 |
| v. | |
| WHITEPAGES INC., et al., | |
| Defendant. | |

1

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
|     Plaintiff, | Civil Action No. 24-4000 |
| v. | |
| HIYA, INC., et al., | |
|     Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
|     Plaintiff, | Civil Action No. 24-4037 |
| v. | |
| WE INFORM, LLC, et al., | |
|     Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
|     Plaintiff, | Civil Action No. 24-4041 |
| v. | |
| INFOMATICS, LLC, et al., | |
|     Defendant. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>THE PEOPLE SEARCHERS, LLC, et al.,<br><br>    Defendant. | Civil Action No.<br>24-4045 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMERCIAL REAL ESTATE EXCHANGE, INC., et al.,<br><br>    Defendant. | Civil Action No.<br>24-4073 |
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>DM GROUP, INC., et al.,<br><br>    Defendant. | Civil Action No.<br>24-4075 |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4077 |
| v. | |
| CARCO GROUP, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4080 |
| v. | |
| DELUXE CORPORATION, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4095 |
| v. | |
| TWILIO INC., et al., | |
| Defendant. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4098 |
| v. | |
| QUANTARIUM ALLIANCE, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4103 |
| v. | |
| YARDI SYSTEMS, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4104 |
| v. | |
| 6SENSE INSIGHTS, INC., et al., | |
| Defendant. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4096 |
| v. | |
| DELVEPOINT, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4106 |
| v. | |
| SEARCH QUARRY, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4107 |
| v. | |
| ACXIOM, LLC, et al., | |
| Defendant. | |

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

ENFORMION, LLC, et al.,

    Defendant.

Civil Action No.
24-4110

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

COSTAR GROUP, INC., et al.,

    Defendant.

Civil Action No.
24-4111

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

ORACLE INTERNATIONAL
CORPORATION, et al.,

    Defendant.

Civil Action No.
24-4112

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

RED VIOLET, INC., et al.,

    Defendant.

Civil Action No.
24-4113

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

RE/MAX, LLC, et al.,

    Defendant.

Civil Action No.
24-4114

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

EPSILON DATA MANAGEMENT, LLC,
et al.,

    Defendant.

Civil Action No.
24-4168

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

PEOPLE DATA LABS, INC., et al.,

    Defendant.

Civil Action No.
24-4171

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

LABELS & LISTS, INC., et al.,

    Defendant.

Civil Action No.
24-4174

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

CLARITAS, LLC, et al.,

    Defendant.

Civil Action No.
24-4175

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

INNOVIS DATA SOLUTIONS INC., et al.,

    Defendant.

Civil Action No.
24-4176

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

ACCURATE APPEND, INC., et al.,

    Defendant.

Civil Action No.
24-4178

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

DATA AXLE, INC., et al.,

    Defendant.

Civil Action No.
24-4181

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4182 |
| v. | |
| REMINE, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4184 |
| v. | |
| LUSHA SYSTEMS, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4217 |
| v. | |
| TELTECH SYSTEMS, INC., et al., | |
| Defendant. | |

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

PEOPLECONNECT, INC., et al.,

    Defendant.

Civil Action No.
24-4227

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

CORELOGIC, INC., et al.,

    Defendant.

Civil Action No.
24-4230

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

BLACK KNIGHT TECHNOLOGIES,
LLC, et al.,

    Defendant.

Civil Action No.
24-4233

12

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

ZILLOW, INC., et al.,

    Defendant.

Civil Action No.
24-4256

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

EQUIMINE, INC., et al.,

    Defendant.

Civil Action No.
24-4261

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

THOMSON REUTERS CORPORATION,
et al.,

    Defendant.

Civil Action No.
24-4269

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

CHOREOGRAPH LLC, et al.,

    Defendant.

Civil Action No.
24-4271

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

TRANSUNION, LLC, et al.,

    Defendant.

Civil Action No.
24-4288

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

MELISSA DATA CORP., et al.,

    Defendant.

Civil Action No.
24-4292

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

EQUIFAX INC., et al.,

    Defendant.

Civil Action No.
24-4298

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

SPOKEO, INC., et al.,

    Defendant.

Civil Action No.
24-4299

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

i360, LLC, et al.,

    Defendant.

Civil Action No.
24-4345

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4354 |
| v. | |
| TELNYX LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4380 |
| v. | |
| GOHUNT, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4383 |
| v. | |
| ACCUZIP, INC, et al., | |
| Defendant. | |

16

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4385 |
| v. | |
| SYNAPTIX TECHNOLOGY, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4389 |
| v. | |
| JOY ROCKWELL ENTERPRISES, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4390 |
| v. | |
| FORTNOFF FINANCIAL, LLC, et al., | |
| Defendant. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4392 |
| v. | |
| MYHERITAGE, LTD., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4434 |
| v. | |
| E-MERGES.COM, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4442 |
| v. | |
| WILAND, INC., et al., | |
| Defendant. | |

18

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4447 |
| v. | |
| ATDATA, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4571 |
| v. | |
| PRECISELY HOLDINGS, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4609 |
| v. | |
| NUWBER, INC., et al., | |
| Defendant. | |

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

ROCKETREACH LLC, et al.,

    Defendant.

Civil Action No.
24-4664

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

OUTSIDE INTERACTIVE INC., et al.,

    Defendant.

Civil Action No.
24-4696

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

VALASSIS DIGTIAL CORP., et al.,

    Defendant.

Civil Action No.
24-4770

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

THE LIFETIME VALUE CO., LLC, et al.,

    Defendant.

Civil Action No.
24-4850

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

BELLES CAMP COMMUNICATIONS,
INC., et al.,

    Defendant.

Civil Action No.
24-4949

---

ATLAS DATA PRIVACY
CORPORATION, et al.,

    Plaintiff,

v.

FIRST AMERICAN FINANCIAL
CORPORATION, et al.,

    Defendant.

Civil Action No.
24-5334

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-5600 |
| v. | |
| PROPERTY RADAR, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-5656 |
| v. | |
| THE ALESCO GROUP, L.L.C., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-5658 |
| v. | |
| SEARCHBUG, INC., et al., | |
| Defendant. | |

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-5775 |
| v. | |
| AMERILIST, INC., et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-6160 |
| v. | |
| LEXISNEXIS RISK DATA MANAGEMENT, LLC, et al., | |
| Defendant. | |
| ATLAS DATA PRIVACY CORPORATION, et al., | |
| Plaintiff, | Civil Action No. 24-4324 |
| v. | |
| RESTORATION OF AMERICA, et al., | |
| Defendant. | |

**CERTIFICATION OF SERVICE**

I certify that on August 5, 2024, I electronically filed the Brief from Intervenor, Attorney General of New Jersey, in Response to Defendants' Motion to Dismiss, and this Certification of Service, with the Clerk of the United States District Court for the District of New Jersey. I further certify that all counsel of record will receive a copy of these documents via CM/ECF. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Daniel M. Vannella
Daniel M. Vannella (015922007)
Assistant Attorney General

Dated:  August 5, 2024