Rebekah Conroy
Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
(973) 400-4181
rconroy@stoneconroy.com

*Of Counsel:*
John Paul Schnapper-Casteras *
SCHNAPPER-CASTERAS PLLC
745 Fifth Avenue, Suite 500
New York, NY 10151
(202) 630-3644
jpsc@schnappercasteras.com
* *Pro hac vice pending*

*Attorneys for Amicus National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>    PLAINTIFFS,<br><br>vs. | Civil Action No. 24-cv-04105-HB |

LIGHTBOX PARENT, L.P., et al.,
Defendants.

## ORDER GRANTING LEAVE TO APPEAR AS AMICUS

THIS MATTER, having been open to the Court on the Motion of National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations, by counsel, for entry of an Order granting National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc., and the National Association of Police Organizations, leave to appear and participate as a*micus curiae*; and all parties, by counsel, having received due notice of the motion and having the opportunity to be heard; and the Court having reviewed all papers and arguments relevant to the motion;

IT IS on this 7th day of August, 2024,

ORDERED the National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc. and the National Association of Police Organizations' motion be and hereby GRANTED.

IT IS FURTHER ORDERED that National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc. and the National Association of Police Organizations, be and hereby is granted leave to appear and participate as amicus curiae in this case.

IT IS FURTHER ORDERED that the National Association of Assistant United States Attorneys, the New Jersey State Policemen's Benevolent Association, Inc. and the National Association of Police Organizations' proposed amicus brief attached to the Notice of Motion shall hereby be deemed filed.

**SO ORDERED**  /s/ Harvey Bartle III
Hon. Harvey Bartle, III, U.S.D.J.