Kevin M. McDonough
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: kevin.mcdonough@lw.com

*Attorneys for LightBox Parent, L.P.
and LightBox Holdings, L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PETER ANDREYEV, and WILLIAM SULLIVAN, <br><br> Plaintiffs, <br><br> v. <br><br> LIGHTBOX PARENT, L.P., LIGHTBOX HOLDINGS, L.P., RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | CASE NO. 1:24-cv-04105-HB <br><br> Hon. Harvey Bartle, III <br><br><br> **CERTIFICATE OF SERVICE** |

I, Kevin M. McDonough, hereby certify as follows:

1. I am a member of the law firm of Latham & Watkins LLP, attorneys for Defendants.

2. I am a member in good standing of the bar of this Court.

3. On this date, I filed a true and correct copy of the Reply Memorandum of Law in Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2024          **LATHAM & WATKINS LLP**

/s/ *Kevin M. McDonough*
Kevin M. McDonough