UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**: October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:** SHARON RICCI

**TITLE OF CASE:**       **DOCKET NO.:** 24-4105 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
LIGHTBOX PARENT, L.P., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**: HEARING ON [18] MOTION TO REMAND

Hearing on [18] Motion to Remand held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 10:28a.m.   Time Adjourned: 10:32a.m.   Total Time in Court: 0:04