Plaintiffs

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Adam Shaw | ALL | Atlas and Individual Plaintiffs |
| Rajiv Parikh | ALL | Atlas and Individual Plaintiffs |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DEFENDANTS

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Marissa Wenzel | 1:24-cv-04271 | Choreograph LLC |
| Robert Tilley | 1:24-cv-05334 | First American Fin. Corp |
| Benjamin Bright | 24-cv-4299 | Spokeo, Inc. |
| Sarah Hutchins | 24 cv 3993 | Blackbaud, Inc. |
| Corri Hopkins | 24 CV 3993 | Blackbaud, Inc. |
| David Cheifetz | 24 CV 4850 | Lifetime Value Co. LLC |
| Samantha Southall | 24 CV 4256 | Zillow Grnp, Zillow Inc |
| Samantha Southar | 24 CV 4288 | TransUnion LLC, Neustar, TRUDS |
| Charlie Spalding | 24 cv 4298 | Equifax, Inc.; Kount, Inc. |
| Nick Dolce | 24 CV 04104<br>24 CV 04106 | 6SENSE INSIGHTS, INC.<br>SEARCH Quarry, INC. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Aaron Gold + Whitney Smith | 24-cv-4114 | RE/MAX LLC |
| Mike Schwartz (Apollo STG) | | DM, et al. |
| MATTHEW BROWN | 24-cv-4571 | PRECISELY HOLDINGS, LLC; PRECISELY SOFTWARE INC.; PRECISELY SOFTWARE LTD. |
| MATTHEW BROWN | 24-cv-4770 | VALASSIS DIGITAL CORP.; VALASSIS COMMUNICATIONS, INC. |
| Scott Christie | 24-4233 | BLACK KNIGHT TECHNOLOGIES |
| Tyler Domino | 24-cv-4392 | MyHeritage Ltd; MyHeritage (USA), Inc. |
| Sudhir Rao | 24-cv-4171 | People Data Labs, Inc. |
| Kevin DeMoiB | 24-cv-4168 | Epsilon Data Management, Conversant, Citrus AD International |
| Angelo Stio | | CarcoGroup, DM; RedViolet, Accuom, Enformion, ~~Reporty Bada~~ AtData, Lenne |
| Ryan Savercool | 24-cv-4850 | Lifetime Value Co.s. |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Blaine C. Kimrey | 3998+4000 | Whitepages + Hiya |
| Marcel Pratt | 24-4269 | Thomson Reuters |
| Michael Berry | 24-4269 | Thomson Reuters |
| Rasmeet Chahil | 24-6160 | LexisNexis |
| William C. Baton | 24-4571 / 24-4770 | Precisely / Valassis |
| Serrin Turner | | Costar, Light Box, Oracle, People Connect |
| Stephanie Jonaitis | | Carco, Dm, Red Violet, AtData, Acion, Enformion, Remix |
| George Twill | 1:24-cv-04181 | Data Axle, Inc. |
| Stephen Turner | 24-4073 / 24-4442 | Comm. Real Estate Exchange Inc. / Wiland Inc. |
| Kayla LaRosa | 24-cv-04770 | vericast |

| Name (PLEASE PRINT LEGIBLY) | CIVIL ACTION # OF CASE | NAME OF PARTY REPRESENTING |
|---|---|---|
| Julia Duffy | 24-4217 | TeMech, Epic Enterprises |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |