UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-030

**No. <u>24-8044</u>**

| | |
|---|---|
| Atlas Data Privacy Corporation et al. v. Blackbaud, Inc. (D.N.J. No. 1:24-cv-03993) | Atlas Data Privacy Corporation et al. v. Acxiom LLC (D.N.J. No. 1:24-cv-04107) |
| Atlas Data Privacy Corporation et al. v. Whitepages, Inc. (D.N.J. No. 1:24-cv-03998) | Atlas Data Privacy Corporation et al. v. Enformion, LLC, and Enformion Holdco Inc. (D.N.J. No. 1:24-cv-04110) |
| Atlas Data Privacy Corporation et al. v. Hiya, Inc. (D.N.J. No. 1:24-cv-04000) | Atlas Data Privacy Corporation et al. v. CoStar Group, Inc., and CoStar Realty Information, Inc. (D.N.J. No. 1:24-cv-04111) |
| Atlas Data Privacy Corporation et al. v. Commercial Real Estate Exchange, Inc. (D.N.J. No. 1:24-cv-04073) | Atlas Data Privacy Corporation et al. v. Oracle International Corporation, Oracle America, Inc., and Oracle Corp. (D.N.J. No. 1:24-cv-04112) |
| Atlas Data Privacy Corporation et al. v. Carco Group Inc., and Intellicorp Records, Inc. (D.N.J. No. 1:24-cv-04077) | Atlas Data Privacy Corporation et al. v. Red Violet, Inc. (D.N.J. No. 1:24-cv-04113) |
| Atlas Data Privacy Corporation et al. v. 6Sense Insights, Inc. (D.N.J. No. 1:24-cv-04104) | Atlas Data Privacy Corporation et al. v. RE/MAX, LLC (D.N.J. No. 1:24-cv-04114) |
| Atlas Data Privacy Corporation et al. v. Lightbox Parent, L.P., and Lightbox Holdings, L.P. (D.N.J. No. 1:24-cv-04105) | Atlas Data Privacy Corporation et al. v. Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc. (D.N.J. No. 1:24-cv-04168) |
| Atlas Data Privacy Corporation et al. v. Search Quarry, LLC, and Search Quarry, Inc. (D.N.J. No. 1:24-cv-04106) | Atlas Data Privacy Corporation et al. v. Data Axle, Inc. (D.N.J. No. 1:24-cv-04181) |

| | |
|---|---|
| Atlas Data Privacy Corporation et al. v. Remine Inc.<br>(D.N.J. No. 1:24-cv-04182) | Atlas Data Privacy Corporation et al. v. Wiland, Inc.<br>(D.N.J. No. 1:24-cv-04442) |
| Atlas Data Privacy Corporation et al. v. Teltech Systems, Inc., and Epic Applications, LLC<br>(D.N.J. No. 1:24-cv-04217) | Atlas Data Privacy Corporation et al. v. AtData, LLC<br>(D.N.J. No. 1:24-cv-04447) |
| Atlas Data Privacy Corporation et al. v. PeopleConnect, Inc., PeopleConnect Holdings, Inc., Intelius, LLC, and PeopleConnect Intermediate, LLC<br>(D.N.J. No. 1:24-cv-04227) | Atlas Data Privacy Corporation et al. v. Precisely Holdings, LLC, Precisely Software Inc., and Precisely Software Ltd.<br>(D.N.J. No. 1:24-cv-04571) |
| Atlas Data Privacy Corporation et al. v. CoreLogic, Inc.<br>(D.N.J. No. 1:24-cv-04230) | Atlas Data Privacy Corporation et al. v. Outside Interactive, Inc.<br>(D.N.J. No. 1:24-cv-04696) |
| Atlas Data Privacy Corporation et al. v. Black Knight Technologies, LLC, and Black Knight, Inc.<br>(D.N.J. No. 1:24-cv-04233) | Atlas Data Privacy Corporation et al. v. Valassis Digital Corp., Valassis Communications, Inc., and Vericast Corp.<br>(D.N.J. No. 1:24-cv-04770) |
| Atlas Data Privacy Corporation et al. v. Choreograph LLC<br>(D.N.J. No. 1:24-cv-04271) | Atlas Data Privacy Corporation et al. v. The Lifetime Value Co. LLC, BeenVerified, Inc., BeenVerified, LLC, NeighborWho LLC, The NumberGuru, LLC, PeopleLooker LLC, PeopleSmart LLC, and Ownerly, LLC<br>(D.N.J. No. 1:24-cv-04850) |
| Atlas Data Privacy Corporation et al. v. Transunion, LLC., Neustar, Inc., and Transunion Risk and Alternative Data Solutions, Inc.<br>(D.N.J. No. 1:24-cv-04288) | Atlas Data Privacy Corporation et al. v. First American Financial Corporation<br>(D.N.J. No. 1:24-cv-05334) |
| Atlas Data Privacy Corporation et al. v. Spokeo, Inc<br>(D.N.J. No. 1:24-cv-04299) | Atlas Data Privacy Corporation et al. v. LexisNexis Risk Data Management, LLC, and RELX Inc.<br>(D.N.J. No. 1:24-cv-06160) |
| Atlas Data Privacy Corporation et al. v. Telnyx LLC<br>(D.N.J. No. 1:24-cv-04354) | |

Blackbaud, Inc.; Whitepages, Inc.; Hiya, Inc.; Commercial Real Estate Exchange, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights, Inc.; Lightbox Parent, L.P.; Lightbox Holdings, L.P.; Search Quarry, Inc.; Search Quarry, LLC; Acxioim LLC; Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Corp.; Oracle America, Inc.; Oracle Corp; Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC, Citrus Ad International, Inc.; Data Axle, Inc.; Remine Inc.; Teltech Systems, Inc.; Epic Enterprises, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC; CoreLogic, Inc.; Black Knight Inc.; Black Knight IP Holding Company, LLC; Black Knight Technologies, LLC; Choreograph LLC; TransUnion LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.; Spokeo, Inc.; Telnyx LLC; Wiland Inc.; AtData LLC; Precisely Holdings LLC; Precisely Software Inc.; Precisely Software LTD; Outside Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp; BeenVerified, LLC; NeighborWho LLC; Ownerly, LLC; PeopleLooker, LLC; PeopleSmart LLC; The Lifetime Value Co LLC; The NumberGuru, LLC; First American Financial Corp.; LexisNexis Risk Data Management, LLC; and RELX, Inc.,

Petitioners

### No. 24-8045

Atlas Data Privacy Corporation et al. v. Whitepages, Inc.
(D.N.J. No. 1:24-cv-03998)

Atlas Data Privacy Corporation et al. v. Hiya, Inc.
(D.N.J. No. 1:24-cv-04000)

Atlas Data Privacy Corporation et al. v. Commercial Real Estate Exchange, Inc.
(D.N.J. No. 1:24-cv-04073)

Atlas Data Privacy Corporation et al. v. Carco Group Inc., and Intellicorp Records, Inc.
(D.N.J. No. 1:24-cv-04077)

Atlas Data Privacy Corporation et al. v. 6Sense Insights, Inc.
(D.N.J. No. 1:24-cv-04104)

Atlas Data Privacy Corporation et al. v. Search Quarry, LLC, and Search Quarry, Inc.
(D.N.J. No. 1:24-cv-04106)

Atlas Data Privacy Corporation et al. v. Acxiom LLC
(D.N.J. No. 1:24-cv-04107)

Atlas Data Privacy Corporation et al. v. Enformion, LLC, and Enformion Holdco Inc.
(D.N.J. No. 1:24-cv-04110)

Atlas Data Privacy Corporation et al. v. CoStar Group, Inc., and CoStar Realty Information, Inc.
(D.N.J. No. 1:24-cv-04111)

Atlas Data Privacy Corporation et al. v. Oracle International Corporation, Oracle America, Inc., and Oracle Corp.
(D.N.J. No. 1:24-cv-04112)

Atlas Data Privacy Corporation et al. v. Red Violet, Inc.
(D.N.J. No. 1:24-cv-04113)

Atlas Data Privacy Corporation et al. v. RE/MAX, LLC
(D.N.J. No. 1:24-cv-04114)

Atlas Data Privacy Corporation et al. v. Epsilon Data Management, LLC, Conversant LLC, and Citrus Ad International, Inc.
(D.N.J. No. 1:24-cv-04168)

Atlas Data Privacy Corporation et al. v. Claritas, LLC
(D.N.J. No. 1:24-cv-04175)

Atlas Data Privacy Corporation et al. v. Data Axle, Inc.
(D.N.J. No. 1:24-cv-04181)

Atlas Data Privacy Corporation et al. v. Remine Inc.
(D.N.J. No. 1:24-cv-04182)

Atlas Data Privacy Corporation et al. v. Lusha Systems, Inc
(D.N.J. No. 1:24-cv-04184)

Atlas Data Privacy Corporation et al. v. Teltech Systems, Inc., and Epic Applications, LLC
(D.N.J. No. 1:24-cv-04217)

Atlas Data Privacy Corporation et al. v. PeopleConnect, Inc., PeopleConnect Holdings, Inc., Intelius, LLC, and PeopleConnect Intermediate, LLC
(D.N.J. No. 1:24-cv-04227)

Atlas Data Privacy Corporation et al. v. CoreLogic, Inc.
(D.N.J. No. 1:24-cv-04230)

Atlas Data Privacy Corporation et al. v. Black Knight Technologies, LLC, and Black Knight, Inc.
(D.N.J. No. 1:24-cv-04233)

Atlas Data Privacy Corporation et al. v. Choreograph LLC
(D.N.J. No. 1:24-cv-04271)

Atlas Data Privacy Corporation et al. v. Transunion, LLC., Neustar, Inc., and Transunion Risk and Alternative Data Solutions, Inc.
(D.N.J. No. 1:24-cv-04288)

Atlas Data Privacy Corporation et al. v. Equifax Inc. and Kount Inc.
(D.N.J. No. 1:24-cv-04298)

Atlas Data Privacy Corporation et al. v. Spokeo, Inc
(D.N.J. No. 1:24-cv-04299)

Atlas Data Privacy Corporation et al. v. Telnyx LLC
(D.N.J. No. 1:24-cv-04354)

| | |
|---|---|
| Atlas Data Privacy Corporation et al. v. Wiland, Inc. <br> (D.N.J. No. 1:24-cv-04442) | Atlas Data Privacy Corporation et al. v. Valassis Digital Corp., Valassis Communications, Inc., and Vericast Corp. <br> (D.N.J. No. 1:24-cv-04770) |
| Atlas Data Privacy Corporation et al. v. AtData, LLC <br> (D.N.J. No. 1:24-cv-04447) | Atlas Data Privacy Corporation et al. v. LexisNexis Risk Data Management, LLC, and RELX Inc. <br> (D.N.J. No. 1:24-cv-06160) |
| Atlas Data Privacy Corporation et al. v. Outside Interactive, Inc. <br> (D.N.J. No. 1:24-cv-04696) | |

Whitepages, Inc.; Hiya, Inc.; Acxiom, Inc.; Commercial Real Estate Exchange, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights, Inc.; Search Quarry LLC; Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Corporation; Oracle America, Incorporated; Oracle Corporation; Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC; Citrus Ad International, Inc.; Claritas, LLC; Data Axle, Inc.; Remine Inc.; Lusha Systems, Inc.; Teltech Systems, Inc.; Epic Applications, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC; Corelogic, Inc.; Black Knight Technologies, LLC; Black Knight, Inc.; Choreograph LLC; TransUnion, LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.; Equifax, Inc.; Kount, Inc.; Spokeo Inc.; Telnyx LLC; Wiland, Inc.; AtData, LLC; Outside Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp.; LexisNexis Risk Data Management, LLC; and RELX Inc.,

Petitioners

### No. <u>24-8048</u>

Atlas Data Privacy Corporation et al. v. Babel Street, Inc.
(D.N.J. No. 1:24-cv-10596)

Babel Street, Inc.,

Petitioner

Present:  BIBAS, FREEMAN, and CHUNG, <u>Circuit Judges</u>

1. Petitions for Permission to Appeal under 28 U.S.C. § 1453(c) Filed by

   Blackbaud, Inc.; Whitepages, Inc.; Hiya, Inc.; Commercial Real Estate Exchange, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights, Inc.; Lightbox Parent, L.P.; Lightbox Holdings, L.P.; Search Quarry, Inc.; Search Quarry, LLC; Acxioim LLC; Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Corp.; Oracle America, Inc.; Oracle Corp; Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC, Citrus Ad International, Inc.; Data Axle, Inc.; Remine Inc.; Teltech Systems, Inc.; Epic Enterprises, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC; CoreLogic, Inc.; Black Knight Inc.; Black Knight IP Holding Company, LLC; Black Knight Technologies, LLC; Choreograph LLC; TransUnion LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.; Spokeo, Inc.; Telnyx LLC; Wiland Inc.; AtData LLC; Precisely Holdings LLC; Precisely Software Inc.; Precisely Software LTD; Outside Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp; BeenVerified, LLC; NeighborWho LLC; Ownerly, LLC; PeopleLooker, LLC; PeopleSmart LLC; The Lifetime Value Co LLC; The NumberGuru, LLC; First American Financial Corp.; LexisNexis Risk Data Management, LLC; and RELX, Inc.

   Whitepages, Inc.; Hiya, Inc.; Acxiom, Inc.; Commercial Real Estate Exchange, Inc.; Carco Group, Inc.; Intellicorp Records, Inc.; 6Sense Insights, Inc.; Search Quarry LLC; Enformion, LLC; Enformion Holdco, Inc.; CoStar Group, Inc.; CoStar Realty Information, Inc.; Oracle International Corporation; Oracle America, Incorporated; Oracle Corporation; Red Violet, Inc.; RE/MAX, LLC; Epsilon Data Management, LLC; Conversant LLC; Citrus Ad International, Inc.; Claritas, LLC; Data Axle, Inc.; Remine Inc.; Lusha Systems, Inc.; Teltech Systems, Inc.; Epic Applications, LLC; PeopleConnect, Inc.; PeopleConnect Holdings, Inc.; Intelius, LLC; PeopleConnect Intermediate, LLC; Corelogic, Inc.; Black Knight Technologies, LLC; Black Knight, Inc.; Choreograph LLC; TransUnion, LLC; Neustar, Inc.; TransUnion Risk and Alternative Data Solutions, Inc.; Equifax, Inc.; Kount, Inc.; Spokeo Inc.; Telnyx LLC; Wiland, Inc.; AtData, LLC; Outside Interactive, Inc.; Valassis Communications, Inc.; Valassis Digital Corp.; Vericast Corp.; LexisNexis Risk Data Management, LLC; and RELX Inc.

   Babel Street, Inc.

2. Plaintiffs' Answer in Nos. 24-8044 and 24-8045

3. Plaintiffs' Answer in No. 24-8048

4. Motion in Nos. 24-8044 and 24-8045 by Non-Party Constella Intelligence, Inc. [Defendant in D.N.J. No. 1:24-cv-10571] to Intervene and Join in Petitions for Permission to Appeal

                                        Respectfully,
                                        Clerk

_____ORDER_____

The foregoing petitions and motion are DENIED.

                                        By the Court,

                                        s/ Stephanos Bibas
                                        Circuit Judge

Dated: March 18, 2025
PDB/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk